# EXHIBIT 1

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF OHIO

3   DEBORAH GALOSKI,                )

4            Plaintiff,             )

5       vs.                         ) No. 1:14-cv-00553

6   APPLICA CONSUMER PRODUCTS,      )

7   INC.,                           )

8            Defendant.             )

9       The deposition of PAUL W. BORTH, Ph.D., BCE,

10  called for examination pursuant to Notice and the

11  Rules of Civil Procedure for the United States

12  District Courts pertaining to the taking of

13  depositions, taken before Elizabeth L. Vela, an

14  Illinois Certified Shorthand Reporter, at One North

15  Wacker Drive, Chicago, Illinois on the 26th day of

16  January, 2017, at the time of 9:16 a.m.

17  (Proceedings concluded at 3:55 p.m.)

18

19

20

21

22

23  Reported by:  Elizabeth L. Vela, CSR

24  License No.:  084-003650

1     APPEARANCES:
2     DWORKEN & BERNSTEIN, by
3     MR. FRANK A. BARTELA,
4     60 South Park Place, Suite 200
5     Painesville, OH 44077-3417
6     (216) 861-4211
7     fbartela@dworkenlaw.com
8       Representing the Plaintiff,
9
10    BARNES & THORNBURG, LLP, by
11    MR. BRADLEY B. FALKOF,
12    One North Wacker Drive, Suite 4400
13    Chicago, IL 60606
14    (312) 357-1313
15    brad.falkof@btlaw.com
16      Representing the Defendant.
17
18
19
20
21
22
23
24

1       I N D E X
2 WITNESS            EXAMINATION
3 PAUL W. BORTH, Ph.D., BCE
4    BY MR. BARTELA        4
5    BY MR. FALKOF       244
6    BY MR. BARTELA (Further)    248
7
8
9
10      E X H I B I T S
11 NUMBER       MARKED FOR ID
12 Borth Deposition
13   Exhibit 1       17
14   Exhibit 2       71
15   Exhibit 3       84
16   Exhibit 4       84
17   Exhibit 5       84
18   Exhibit 6       84
19   Exhibit 7      129
20   Exhibit 8      180
21   Exhibit 9      180
22   Exhibit 10     227
23   Exhibit 11     227
24   Exhibit 12     227

1     (Witness sworn.)
2     PAUL W. BORTH, Ph.D., BCE,
3 called as a witness herein, having been first duly
4 sworn, was examined and testified as follows:
5     EXAMINATION
6 BY MR. BARTELA:
7   Q. Good morning, Dr. Borth. My name is
8 Frank Bartela. We met off the record a moment ago.
9   A. Yes.
10   Q. I'm an attorney representing the plaintiff
11 in this matter and I'm going to ask you some
12 questions today, okay?
13   A. Yes.
14   Q. All right. Mr. Borth -- or Dr. Borth,
15 rather, could you spell your name for the record?
16   A. Last name is spelled B-o-r-t-h.
17   Q. Okay. And could you state your home and
18 office address for the record?
19   A. Home and office are the same. It's
20 10255 Fox Trace, two words, Zionsville, Indiana
21 46077.
22   Q. Okay. Thank you. As I said, I'm going to
23 ask you some questions today. I want to go over a
24 few ground rules before we get started.

1     As you can see, the court reporter is
2 taking down everything we say to make a complete
3 and accurate record of our discussion this morning.
4     So I would ask that when we're speaking
5 with each other, you verbalize your answers. Is
6 that fair?
7   A. Yes.
8   Q. Okay. And that we do our best not to
9 speak over each other. I'll be the bigger offender
10 of this, I can tell you, but does that sound fair,
11 as well?
12   A. Yes.
13   Q. Okay. You're free to take a break
14 whenever you'd like. The only stipulation there
15 is, I would ask you answer whatever question is
16 outstanding, and then, we'll go ahead and take the
17 break.
18     So this is -- we're not in a race here.
19 So if you need to take a break, for any reason, you
20 just let me know, and we'll accommodate that, okay?
21   A. Yes, sir.
22   Q. I also want to make sure that you
23 understand the question that I'm asking you. So
24 if, for some reason, a question is unclear or you

1 don't understand it, I want you to let me know. Is
2 that fair?
3    A.   Yes.
4    Q.   If I ask you a question and you answer me,
5 I'm going to assume that you understood what I was
6 asking. Is that fair?
7    A.   Yes.
8    Q.   Okay. Are you on any drugs or medication
9 today that might affect your ability to give
10 accurate or truthful testimony?
11    A.   No.
12    Q.   Okay. Any other reason you might not be
13 able to do so?
14    A.   No.
15    Q.   Okay. Have you ever been deposed before?
16    A.   No.
17    Q.   So this is your first time?
18    A.   Yes.
19    Q.   Okay. Is this your first time you've been
20 engaged as an expert witness?
21    A.   Yes.
22    Q.   Are you currently engaged in any other
23 litigation matters as an expert witness?
24    A.   No.

1    Q.   Okay. Have you ever done any work for
2 Barnes & Thornburg before?
3    A.   No.
4    Q.   Ever worked for Mr. Falkof in any way?
5    A.   No.
6    Q.   What about Mr. Jeff Sanford?
7    A.   No.
8    Q.   Okay. Have you ever done any work for
9 Applica Consumer Products before?
10    A.   No.
11    Q.   What about Spectrum Brands?
12    A.   No.
13    Q.   Black & Decker?
14    A.   No.
15    Q.   Have you ever done any work for any
16 manufacturer of ultrasonic pest repellers?
17    A.   No.
18    Q.   I want to talk a little bit about your
19 engagement in this case.
20    A.   Okay.
21    Q.   Who contacted you first?
22    A.   The first contact was made by
23 GLG Research. They're, as I describe it, an agency
24 that I am a counsel member of.

1        And as I understand it, they have clients
2 that seek experts in various things that they might
3 have on file. And then, they match experts with
4 the client -- with their client, and then, we talk
5 to see whether the match is good.
6    Q.   Okay. So am I fair in understanding that
7 GLG Research is an expert witness firm that
8 provides expert witnesses?
9    A.   That's how I understand it, yes.
10    Q.   Okay. When did you become a counsel
11 member of GLG Research?
12    A.   It would have been in the middle of 2015.
13    Q.   Okay. So this was rather recent that you
14 joined GLG Research?
15    A.   Yes. Yes.
16    Q.   And once you joined GLG Research, were you
17 presented with any other opportunities to serve as
18 an expert witness?
19    A.   Yes. Their process -- nothing ever went
20 as far as this did. I would say maybe I was
21 contacted two or three times by a client over the
22 phone.
23        And you know, you talk, and basically,
24 it's a vetting process. And those other two or

1 three just fell off the table and never happened.
2    Q.   Can you tell me what types of cases those
3 were?
4    A.   They were primarily pest management --
5 agricultural pest management opportunities.
6        I don't know whether it was -- I don't
7 know whether it would have been the plaintiff or
8 the defense that contacted me, but each one of them
9 had something to do with agricultural pest
10 management.
11    Q.   Okay. When you say agricultural pest
12 management, are we talking about farms -- pest
13 management on farms?
14    A.   It could be.
15    Q.   It could be?
16    A.   It could be farms, it could be turf and
17 ornamental, but primarily farms and companies that
18 produce products for farmers.
19    Q.   And you said that there were two or three
20 of these opportunities that --
21    A.   I'm guessing.
22    Q.   -- just didn't pan out?
23    A.   Yes.
24    Q.   Can you tell me why they didn't pan out?

3 (Pages 6 - 9)

1    A.   No.
2    Q.   Just kind of beyond your scope of
3 knowledge?
4    A.   It's their choice to reconnect, if they
5 want to, and they just never reconnected.
6    Q.   Okay.  Why did you join GLG Research?
7    A.   Well, it's an opportunity for me to have
8 some professional engagement after retirement from
9 my former employer.
10   Q.   Okay.  So you were first contacted by
11 GLG Research.  What type of information did they
12 give you?
13   A.   Did they give me?  They would have given
14 me a brief -- a paragraph, basically, that
15 described the case and whether I thought I would be
16 interested in the opportunity is the way they
17 phrase it.
18       And if I say yes, which I did to that,
19 then that yes goes back to the client and the
20 client decides whether -- their client decides
21 whether to contact me or not.
22   Q.   Okay.  When did you -- when were you first
23 contacted by GLG Research in this case?
24   A.   November of 2016.  Maybe late October or

1 November.
2    Q.   And how soon after that were you then
3 contacted by someone at Mr. Falkof's firm?
4    A.   I believe it was November 2nd when I first
5 got the letter of engagement.
6    Q.   Okay.  And who did you speak with?
7    A.   Mr. Falkof.
8    Q.   Do you remember what you were told about
9 this case?
10   A.   Yes.
11   Q.   And what was that?
12   A.   That the case was about ultrasonic pest
13 repellers.
14       And the first conversation was whether I
15 had any experience with ultrasonic pest repellers
16 and that it was a class action suit.  He was
17 representing the plain -- sorry.  The defense.  And
18 that's about all the details I can recall.
19   Q.   Have you ever been involved in a class
20 action lawsuit before?
21   A.   Not as an expert witness.
22   Q.   Maybe as a class member, though?
23   A.   As a class member, yes.
24   Q.   What -- do you remember what case that

1 was?
2    A.   Yeah.  And I don't know whether anything
3 became of them.  Avis trying to put that automatic
4 toll thing -- responder on your -- when you rent a
5 car, and then -- okay?  So that's going forward by
6 somebody in New York.
7        There was a John -- I've got a John Deere
8 lawn tractor.  And there was something about the
9 engine wasn't up to specs or something.  So as a
10 member, yes, but never as an expert witness.
11   Q.   So in these cases, did you receive notices
12 in the mail --
13   A.   Yes.
14   Q.   -- to let you know you were a class
15 member?
16   A.   Yes.
17   Q.   Did you opt out?
18   A.   Usually not, if I can find the
19 documentation that's being requested.
20   Q.   If you can find the documentation, then
21 you will remain a part of the class?
22   A.   Yes.
23   Q.   Okay.  A moment ago, you mentioned that in
24 the first conversation you had with Mr. Falkof, you

1 were asked whether you had any experience with
2 ultrasonic pest repellers.
3        Do you have any -- from a scientific
4 standpoint, do you have any experience working with
5 ultrasounds?
6    A.   No.
7    Q.   Okay.  Any experience with the use of
8 ultrasonic waves in different scientific
9 applications?
10   A.   Not in scientific applications, no.  I --
11 you know, to kind of cut to the chase, what I did
12 tell him at the time was that my father had one of
13 these units in his little trailer that he owned.
14 And he swore by it.  And that's the extent of my
15 involvement.
16   Q.   So you had a family member that had an
17 ultrasonic pest repeller --
18   A.   Yes.
19   Q.   -- is that fair?
20   A.   Yes.
21   Q.   But as a scientist and in your experience
22 as a scientist, you've never run an experiment with
23 ultrasonic waves?
24   A.   No, I have not.

1    Q.   Tested an ultrasonic pest repeller?

2    A.   I have not.

3    Q.   Been a part of any type of research about

4  ultrasonic pest repellers?

5    A.   Not -- no.

6    Q.   Designed any scientific protocols to

7  conduct experiments on ultrasonic pest repellers?

8    A.   No.

9    Q.   So when you're engaged for this matter,

10  that's your first contact with ultrasonic pest

11  repellers, from a scientific standpoint, is that

12  fair?

13    A.   Yes.

14    MR. BARTELA:  Could we go off the record?

15         (A short break was taken.)

16  BY MR. BARTELA:

17    Q.   Thank you, Dr. Borth.  So in this phone

18  call you had with Mr. Falkof, were you retained at

19  that point?

20    A.   He -- not immediately.  He -- the

21  conversation ended with him saying he had to go

22  back to his client to discuss, and then, he'd get

23  back to me.

24    Q.   Do you know if he talked to any other

1  expert witnesses?

2    A.   I do not.

3    Q.   Other than this brief -- and correct me if

4  I'm wrong.

5         Other than this brief sort of paragraph

6  you got from GLG Research about the case, did you

7  receive any other materials before you spoke with

8  Mr. Falkof?

9    A.   No.

10    Q.   Did you do any investigating on your own?

11    A.   After I talked to him, I -- and before I

12  got the call back that, you know, offered me the

13  opportunity, I did go on line and kind of looked at

14  what the current -- whatever I could find browsing,

15  searching, whatever you want to call it on line,

16  Googling, to see what was being said about

17  ultrasonics.

18    Q.   And do you remember what websites you

19  visited?

20    A.   No, I don't.

21    Q.   Okay.  Do you remember what you found?

22    A.   I found that they are still being sold.

23  Different manufacturers, different companies sell

24  them.  That's about it.

1    Q.   Okay.  So after your call with Mr. Falkof,

2  at a certain point, obviously, you were engaged to

3  be an expert witness in this case, is that right?

4    A.   Yes.

5    Q.   And after that engagement, was material

6  provided to you to review?

7    A.   Yes, it was.

8    Q.   What was given to you?

9    A.   What's listed -- what's cited.  I think

10  it's Nos. 1 through 44.  Six pounds of paper came

11  in the mail.

12    Q.   We've certainly created a voluminous

13  record in this case, haven't we?

14    A.   Yes.

15    Q.   The one thing I'm great at is generating

16  paper, which I don't know if Brad will agree on

17  that point, but anyways -- okay.

18         So was there any material that you

19  specifically requested that you weren't given?

20    A.   No.

21    Q.   Let's go ahead and we'll mark your expert

22  report.

23    MR. BARTELA:  Could you please mark this as

24  Borth 1?

1         (Whereupon, Borth Deposition

2         Exhibit 1 was marked for

3         identification.)

4  BY MR. BARTELA:

5    Q.  Dr. Borth, you have in front of you what

6  we've marked as Borth 1 --

7    A.   Yes.

8    Q.   -- which is a copy of your -- of

9  defendant's notice of filing of your expert report.

10         Your expert report, as well as your C.V.

11  are attached as exhibits, is that correct?

12    A.   Yes.

13    Q.   Okay.  So have you seen this document

14  before?

15    A.   Yes.

16    Q.   Did you participate in preparing this

17  document?

18    A.   I did.

19    Q.   Okay.  If we look at the front page here,

20  we have -- your information is listed as Dr. Paul

21  W. Borth, Ento-Centric Consulting, 10255 Fox Trace,

22  Zionsville, Indiana.

23         That's the address you gave earlier,

24  correct?

1    A.   Yes.
2    Q.   What's Ento-Centric Consulting?
3    A.   That's a business name I came up with.
4   It's an LLC, actually.  It's a doing business as.
5        The one that's on file with the State of
6   Arizona -- excuse me.  Indiana is Paul W. Borth
7   Consulting, LLC.
8        Nobody knows Paul W. Borth.  So I created
9   a d/b/a, Ento-Centric.  And not everybody knows
10  what that is either, believe me.
11   Q.   What does Ento-Centric mean?
12   A.   It refers to entomology.
13  Entomology-Centric Consulting.
14   Q.   Got you.  What -- so your -- the sort of
15  legal name of your entity is Paul W. Borth
16  Consulting.
17       And what do you do -- what types of
18  services does Paul W. Borth Consulting offer?
19   A.   Well, I'll take a phone call from anybody
20  that calls me.
21       Things I've been involved in the past, I
22  took a ghost-writing job for a small urban pest
23  management company, a technical article on bed
24  bugs, actually.

1        Through GLG, I've done an hour here, an
2   hour there consulting with their clients that would
3   call when market conditions -- you know, trying to
4   forecast.
5        These people that would call me could be
6   investment bankers.  That's typically what you get,
7   you know, trying to get an expert or a consultant
8   to forecast what the market is going to do, up or
9   down.
10   Q.   So someone who might be interested in a
11  business venture, where they're buying a business
12  related to entomology might call you and figure out
13  if that's a smart decision?
14   A.   Possibly, yes.
15   Q.   What are other types of consulting
16  services do you offer, if any?
17   A.   That's it.
18   Q.   Okay.  Do you do any consulting on
19  ultrasonic pest repellers, outside of this case?
20   A.   Outside of this case, no.
21   Q.   Have you been engaged -- strike that.  I
22  know the answer to that.
23       If you'll turn to -- let's see.  What's
24  within this Exhibit 1 marked at the top as 97-2,

1   we've got a copy of your C.V.
2    A.   Oh.  Back in the back.  Okay.  Got it.
3    Q.   Are you there?
4    A.   Almost.
5    Q.   So is this a copy of your C.V.?
6    A.   Yes.
7    Q.   And is this the most up-to-date copy you
8   have?
9    A.   Yes, it is.
10   Q.   Did you prepare this specifically for this
11  litigation?
12   A.   No.  The only addition I made was the
13  first bullet point under the 2015 to present.
14   Q.   Okay.  So if someone called Ento-Centric
15  Consulting and they wanted your C.V., this is what
16  you'd send them?
17   A.   Yes.
18   Q.   I want to go back just for a moment and
19  tie up a loose end real quick.
20       The conversation you had with Mr. Falkof,
21  did you provide him your opinion on ultrasonic pest
22  repellers at that point?
23   A.   The only statement I made was that my
24  father believed in the ultrasonic pest repeller

1   that he had in his little trailer.
2    Q.   Before you were actually engaged to serve
3   as an expert witness for the defendant in this
4   case, did you provide an opinion on the efficacy of
5   ultrasonic pest repellers?
6    A.   No.
7    Q.   Okay.  Let's turn back to your C.V. here.
8   So it does list that you've been the principal of
9   Paul W. Borth Consulting from 2015 to present.
10   A.   Yes.
11   Q.   We've covered your experience there.
12  Prior to -- excuse me.
13       Prior to forming Paul W. Borth Consulting,
14  where were you employed?
15   A.   Dow AgroSciences.
16   Q.   Okay.  And what is Dow AgroSciences?
17   A.   It's a wholly-owned business within the
18  Dow Chemical Company focused strictly on
19  agriculture.
20   Q.   Okay.  And --
21   A.   Well, excuse me.  I should say it broader.
22  It's ag -- it's pest management, basically.
23       So it's agriculture, urban pest
24  management, which is important here, turf and

1 ornamental business, forestry.

2     I mean, wherever there are weed pathogens

3 or insect pests, they've got some interest.

4     Q. Let's dig into that a little bit, just

5 because I'm not a pest expert like yourself.

6     A. Okay.

7     Q. So you said that there were -- there was

8 an urban application within --

9     A. Yes.

10     Q. -- Dow AgroSciences. And what do you mean

11 when you say that?

12     A. Urban to Dow AgroSciences implies pests in

13 and around homes, building -- commercial buildings.

14     So the insect pests that we were really

15 involved in when I was last there was termites,

16 which of course, is under that definition urban

17 pests. It attacks homes.

18     Cockroaches, ants, the type of pests that

19 you'd find in an urban -- well, in a home

20 setting -- residential setting or commercial.

21     Q. And what types of products would

22 Dow AgroSciences make and sell for the urban

23 application?

24     A. To the urban application, it would be

1 primarily insecticides. Well -- and herbicides,

2 too, for weeds.

3     Q. So when you say insecticides, do you mean

4 sprays or --

5     A. Yes.

6     Q. -- chemicals that could be used to

7 eliminate pests?

8     A. Primarily, yes. There is a big area that

9 is not really a spray. It's called a bait -- you

10 know, a bait matrix, basically, which the insect

11 pests would feed on. So it's not a spray. It's

12 bring them in and they'll feel on this toxic

13 material.

14     Q. Okay. So would that be like, for

15 instance, pellets you could put in a container in

16 your basement that mice would eat?

17     A. Well, they were not involved in rodents.

18     Q. Okay. So they were strictly specific to

19 insects?

20     A. Yes. As I was leaving, they were involved

21 in rodent monitoring with electronic networking and

22 signals -- bluetooth signals and everything but not

23 the toxic and to kill the pest.

24     Q. Did you work on that --

1     A. No.

2     Q. -- electronic monitoring?

3     A. Well, I was manager of a project that led

4 up to where they are right now, and then, I

5 retired. So --

6     Q. So --

7     A. I don't know where it is right now.

8     Q. So once you retired, they got, obviously,

9 more advanced and you weren't involved in that once

10 you left?

11     A. I understand that, but once you retire,

12 the doors are locked and you don't get to know

13 what's going on.

14     Q. And you also mentioned that in the urban

15 application, there would be herbicides?

16     A. Yes.

17     Q. What are herbicides?

18     A. Yes. Yes.

19     Q. What are herbicides?

20     A. Herbicides are usually chemicals that are

21 toxic to weeds.

22     Q. Again, this might be a spray or some type

23 of chemical you put on a weed?

24     A. Usually a spray, yes.

1     Q. Outside of the urban setting, you

2 mentioned two other applications.

3     A. Uh-huh.

4     Q. What were those again?

5     A. For Dow AgroSciences?

6     Q. Yes.

7     A. It would have been agriculture, itself,

8 and I probably mentioned turf and ornamental.

9     Q. And did you work within any applications

10 on the turf and ornamental?

11     A. Yes. Again, as a manager, not as the

12 direct researcher.

13     Q. Okay. And what types of products would we

14 expect from the turf and ornamental?

15     A. They would have been herbicides. Golf

16 courses were a big client. So getting dandelions

17 out of the -- you know, whatever is considered a

18 weed by the client, that's -- you try to develop a

19 management strategy, typically chemical.

20     Q. And what about the remaining application,

21 which was agricultural? What types of products --

22     A. Well --

23     Q. -- would be produced there?

24     A. Well, again, in an agricultural setting,

1 you have insect pests, weed pests, and fungal
2 pests. And so Dow AgroSciences was involved in the
3 management of all three of those disciplines.
4    Q.   Okay. And it says here you spent over
5 27 years with Dow AgroSciences, is that right?
6    A.   Yes. Yes.
7    Q.   And in that time, you held a number of
8 different positions?
9    A.   Yes.
10    Q.   I'd like to start at the beginning --
11    A.   Okay.
12    Q.   -- and work our way forward. So it looks
13 like you -- am I correct that you started there in
14 1987?
15    A.   Yes, it is.
16    Q.   And what was your first position?
17    A.   It was as a field scientist in the state
18 of Indiana performing research on the developmental
19 compounds that at that time Dow Chemical -- it
20 hadn't yet been named AgroSciences but research
21 compounds in the pipeline that had to be tested in
22 the field to see whether they were efficacious or
23 not.
24    Q.   Okay. So these would be chemical

1 applications?
2    A.   At that time, yes.
3    Q.   And then, you were promoted to -- it says
4 here national R & D leader in crop protection
5 division.
6    A.   Yes.
7    Q.   What does that mean?
8    A.   That just means instead of being in the
9 field doing the actual research, I moved to
10 Indianapolis where the headquarters were and
11 managed the scientists who did do the research.
12    Q.   Okay. And again, this was managing
13 scientists involved with chemical applications?
14    A.   At that time, yes.
15    Q.   Okay. Then, in 1998, it says here that
16 you moved to the role of human resources manager in
17 R & D and commercial functions.
18        Is that a separate position or did you
19 hold that position alongside your R & D --
20    A.   No, that's a separate position.
21    Q.   And what did you do there?
22    A.   A couple different -- a couple different
23 things.
24        The one that most people identify with is

1 a human resource manager. So that I had maybe a
2 number of -- say 300 people in several departments,
3 for which I was their HR manager. And if they ever
4 needed anything, they'd come to me, anything
5 personal, you know, what typical HR managers do.
6    Q.   Okay. So you moved more into like an
7 administrative role, is that fair?
8    A.   Yeah. Hands-on with the people, but yes,
9 I've -- and actually, the way that -- of course,
10 they didn't report -- those people in my files
11 didn't report to me directly. I was kind of the --
12 supposedly the neutral HR manager on the outside.
13    Q.   Okay. And in this position, are you doing
14 any scientific work in that five years?
15    A.   No, other than being -- I'll say familiar
16 with the work that these people did. And they were
17 all scientists.
18    Q.   And in 2003, then, you become the R & D
19 leader in global and U.S. urban pest management --
20    A.   Yes.
21    Q.   -- in the turf and ornamental division?
22    A.   Yes.
23    Q.   You held that position for five years, it
24 looks like, right?

1    A.   Yes.
2    Q.   What were your duties in that role?
3    A.   That was an administrative role; again, a
4 management role, responsible for the scientists who
5 were in the field conducting the experiments that
6 we needed to have done to test our developmental
7 products, budget management, project proposals,
8 that sort of thing.
9    Q.   Okay. Are you -- at this point, 2003 to
10 2008, are you doing any scientific experiments?
11    A.   Not personally.
12    Q.   So you're kind of overseeing things?
13    A.   I'm overseeing them. I'm responsible for
14 the people who are doing them.
15    Q.   And then, it looks like you changed
16 positions again in 2008. You become the leader of
17 Delivery Systems Technology Center?
18    A.   Yes.
19    Q.   Can you tell me what that means?
20    A.   That was a newly created center. I was
21 the first one to start that up.
22        Delivery systems in the agricultural
23 settings implies that it's the way that the
24 chemical gets to the plant or the insect or

1 whatever the target is.

2 And so usually, in most people's minds, if
3 you think of formulation, the chemical, the active
4 ingredient could be delivered in a dry form, in a
5 liquid form, in a pellet form, whatever.

6 So this was a new center that I ran,
7 started up that would explore new areas of delivery
8 systems.

9 Q. Okay. And were you doing any
10 experimenting personally at that point or are you
11 just overseeing the researchers again?

12 A. Right, just overseeing.

13 Q. Okay. And then, your final position with
14 Dow -- it looks like it was from 2012 to '15.

15 A. Yes.

16 Q. It says you were the leader of Discovery
17 Phase Technology Center and Learning and
18 Effectiveness Center.

19 A. Yes.

20 Q. Can you tell me what that means?

21 A. Two different things. Let's start with
22 Discovery Phase Technology Center.

23 In the Dow AgroSciences R & D world, new
24 products -- candidate products are, quote,

1 discovered at the lab bench, basically, inside a
2 chemistry -- for the most part, a chemistry lab.
3 They have to go through various steps and hurdles
4 before they get to the field to determine whether
5 they're registrable with EPA.

6 And so the Discovery Phase Technology
7 Center was a network of people and places around
8 the world that tested these discovery compounds.
9 They had not yet been advanced, let's say, to a
10 development stage or predevelopment. They were
11 under scrutiny to see whether they met the
12 criteria.

13 The Learning and Effectiveness Center was
14 completely different. That was more of a -- I'd
15 call it a quality control type center, a group of
16 people who were engaged in six sigma type projects
17 to make the departments that I worked with more
18 efficient. So I led that small group of people but
19 very different from the discovery phase.

20 Q. Okay. What do you mean by six sigma?

21 A. Six sigma is a methodology that -- I don't
22 know who -- there's some -- I don't know who first
23 came up with that moniker, but it implies that you
24 reduce defects in a process to a level of six

1 zeros, 0.00 out to six.

2 And so it's a very -- it's a very tight --
3 a very tight discipline that gets supposedly --
4 that's what you're working toward, get yours -- all
5 your processes in a department to be so efficient
6 that there are .000 defects in your product,
7 whatever that might be.

8 Q. Okay. And in 2015, that's when you left
9 Dow?

10 A. Yes. Retired.

11 Q. You retired?

12 A. Yes.

13 Q. Okay. Did you retire of your own volition
14 or were you instructed to retire?

15 A. I was asked to retire.

16 Q. Okay. Were there any --

17 A. Well, I mean, there was -- I should say --
18 there was no choice. I mean, they had -- the job
19 was going away. So I had enough years in the
20 company that I could retire instead of, you know --

21 Q. Was that related in any way to your
22 performance?

23 A. No, not at all. Not to my knowledge. I
24 wouldn't think so.

1 Q. Okay. It looks here on your C.V. that you
2 received your Ph.D. from the University of Arizona.

3 A. That's correct.

4 Q. And what discipline was your Ph.D. in?

5 A. Entomology.

6 Q. Okay. Were there any specialties or
7 subsections?

8 A. Yes. The minor was plant pathology.

9 Q. What is plant pathology?

10 A. That's the study of diseases of plants.

11 Q. It says you wrote your dissertation here,
12 which was titled Traditional and Geostatistical
13 Modeling of Pink Bollworm Spatial Dynamics in
14 Arizona Cotton with Application of Sampling and
15 Computer Mapping. That's a mouthful --

16 A. That's it.

17 Q. -- Dr. Borth.

18 A. That's it.

19 Q. And what -- can you tell us briefly what
20 that was about?

21 A. Yes, I can. Okay. The ultimate objective
22 was to -- this -- at the time, this insect, pink
23 bollworm, was a major pest of cotton in Arizona and
24 Southern California.

1      And farmers, traditionally, to control
2 this insect sprayed their entire fields, just come
3 in with an airplane and blanket the whole field
4 several times in a season with this -- with
5 insecticides.
6      The purpose of this project was to
7 determine if there was a way to predict where the
8 insects would invade the field and where they would
9 be most heavily concentrated so that the farmer, if
10 he chose, could spray that small area instead of
11 the whole field, which maybe a lot of it wasn't
12 needed and the insects weren't there.
13      So that's what this was, to try to
14 identify where the pink bollworm entered a field,
15 and then, take that information, if it was
16 predictable, and give it to the farmer and say you
17 really should -- you only have to spray this piece
18 of the field instead of the whole thing.
19   Q.   Did -- when you went to -- it looks like
20 you went to Dow right after you were done at the
21 University of Arizona --
22   A.   Yes.
23   Q.   -- is that right?
24   A.   Yes.

1   Q.   Were you able to put that research into
2 practice at all?
3   A.   Only -- well, as -- I -- my first position
4 with Dow Chemical was in Iowa.  And they don't grow
5 any cotton in Iowa and there's no pink bollworms in
6 Iowa, but the methodology that I used in Arizona
7 was applicable to insect pests of corn in Iowa.
8      And with one of the University of Iowa --
9 or excuse me.  Iowa State University.  A big
10 difference.  One of those -- one of their
11 entomology professors -- we did several research
12 studies that used this geostatistical analysis on
13 this other insect, which was corn rootworm.
14   Q.   Okay.  Do you hold any patents?
15   A.   Yes.
16   Q.   And how many --
17   A.   Well, not solely.  I mean, they're
18 co-authored, whatever you call it.  I think there's
19 six of them.
20   Q.   Okay.  And are those listed in your C.V.
21 here?  I think, somewhere, it said that.
22   A.   I wonder.  I'm not sure.  I have to look.
23 No, I just --
24   Q.   Oh.  If you look --

1   A.   Well, yeah, I guess you could look up the
2 numbers.  They were all involving bed bugs --
3   Q.   And --
4   A.   -- and electronic systems.
5   Q.   What type of electronic systems?
6   A.   Well, as I described before -- tried to
7 describe, as I was leaving the company, we were
8 working with -- I'll call it remote monitoring of
9 insect pests.  Excuse me.  Not insect.  Rodent
10 pests, actually.  Mice.
11      We -- so the network system -- the patent
12 wasn't just mine but with others, co-inventors, was
13 around the -- I'll call it signaling.
14      If a mouse or a rat hit one of our traps,
15 it sent off a signal that was picked up by a
16 computer, basically, and stored in a database.  So
17 we could tell -- if you had various traps around a
18 building, you knew which ones were being hit and
19 which ones weren't.
20   Q.   Okay.  And was that ever turned into a
21 commercial product?
22   A.   I believe they're -- right now, I believe
23 they're going down that road, but I don't have any
24 firm knowledge of it.

1   Q.   So were all these patents you list here --
2 which it looks like there are -- there are six.
3      Were those all focused on that type of
4 device that you just explained for us?
5   A.   Not the ones on bed bugs.  That was
6 different.
7   Q.   Can you tell us about those?
8   A.   They -- those were all around how could --
9 trying to answer -- well, the patent was based on
10 the -- I'll call it identification of a bed bug in
11 a room, let's say.  I mean, again, it's probably
12 easier to start from the end result and work
13 backwards.
14      If you're in a hotel room -- let's say
15 you're the hotel owner.  You want to know whether
16 you've got bed bugs in there or not so your clients
17 don't get bitten at night.  You'd like to know
18 whether they're there.
19      Well, we were trying to develop a product
20 that would monitor a hotel room based on -- and
21 this is what's different than the other one.  Based
22 on the -- I'll call them pheromones, the
23 fragrances, if you will, that bed bugs give off.
24      And so that monitor was based on picking

1 up those smells, odors. And if it did have an
2 odor, then it would send a signal and alert the
3 proprietor that this room might be infested.
4    Q. Okay. All right. One thing I don't see
5 in your C.V. -- and I think I know the answer to
6 it, because we talked about it already, but there's
7 no list of any cases you've participated in within
8 the last four years, and that's because you
9 haven't?
10    A. I have not.
11    Q. At your time at Dow, did you publish any
12 academic papers?
13    A. No, nothing that would -- let me under --
14 let me ask you, when you say academic papers, do
15 you mean published in the -- in refereed journals?
16    Q. Yeah, any -- that's a great qualifier.
17 Yeah, any paper that was published in a
18 peer-reviewed journal.
19    A. No.
20    Q. No? Okay. Before your time at Dow, did
21 you publish any peer-reviewed articles?
22    A. During grad school. I can't even remember
23 how many, but I published one based on my masters
24 degree.

1    I was co-author on a couple of them while
2 I was in Dow Chemical, but it wasn't -- it was
3 related to that geostatistical modeling that I --
4 the Iowa State University professor was actually
5 the primary author. I was just like third in line
6 or something. So --
7    Q. Understood.
8    A. -- I really don't take a lot of credit for
9 that.
10    Q. And were -- none of these papers had any
11 focus on using ultrasonic waves to repel pests?
12    A. None at all.
13    Q. Okay. It says here that you were an
14 author or co-author of over 25 significant
15 non-refereed publications --
16    A. Yeah.
17    Q. -- and conference proceedings?
18    A. Yes.
19    Q. So are those maybe papers for seminars?
20    A. Exactly. Annual conferences of the
21 Entomological Society of America. I usually gave a
22 10-minute talk at their annual meeting and
23 sometimes at their branch meetings. That's the
24 type of thing. They were not refereed by anybody.

1 I'd get up, and you know, orally give my papers, in
2 quotes.
3    Q. Were any of those focused on --
4    A. No.
5    Q. -- ultrasonic pest repellers?
6    A. None.
7    Q. Or the use of ultrasonic waves to repel
8 insects --
9    A. No.
10    Q. -- or rodents?
11    A. No.
12    Q. Dr. Borth, prior to today's deposition,
13 did you meet with anybody to discuss the
14 deposition?
15    A. Yes.
16    Q. Who did you meet with?
17    A. Mr. Falkof.
18    Q. About how long did you meet with him for?
19    A. On Monday, we met face to face for about
20 two hours.
21    Q. Okay. Were there any other meetings?
22    A. No.
23    Q. Did you review any documents, memos,
24 notes, videotapes, audiotapes, photographs during

1 that meeting?
2    A. Actually, no. I don't -- no.
3    Q. So during that meeting, you didn't review
4 any documents whatsoever?
5    A. I'm trying -- I don't recall, actually.
6    Q. Okay. That's fair enough. Outside of
7 that meeting, have you spoken with anyone else
8 about your deposition?
9    A. No. Just Mr. Falkof.
10    Q. Have you, on your own, reviewed any
11 materials at all in preparation for your deposition
12 today?
13    A. Yes.
14    Q. What did you review?
15    A. Well, what I -- I would have to go back to
16 the report.
17    I reviewed the 44 items that were sent by
18 Mr. Falkof. And then, there's probably 20 more,
19 No. 45 through 60 something, that I reviewed to
20 prepare for the report that I wrote.
21    Q. Okay. So outside of preparing the report,
22 when you're actually preparing yourself to give
23 your deposition today, you reviewed the documents 1
24 through 44 that are listed in your report?

11 (Pages 38 - 41)

1 A. Yes.

2 Q. Okay. Have you talked to anybody else,

3 other than Mr. Falkof or Mr. Sanford, his

4 associate, about your engagement as an expert in

5 this matter?

6 A. No.

7 Q. What about --

8 A. My wife knows that I'm engaged but --

9 Q. Our wives know all.

10 A. We've kept --

11 MR. FALKOF: You're learning quickly, Frank.

12 THE WITNESS: I knew I -- I figured I was going

13 to be asked this question. I wanted to be able to

14 state it honestly. So she has been kept at arms'

15 length.

16 BY MR. BARTELA:

17 Q. Have you talked to anybody else about the

18 report that you prepared in this case?

19 A. No.

20 Q. Did you talk to anybody from Applica or

21 that was formerly employed by Applica in the

22 lead-up to filing your report in this matter?

23 A. I did. I had a telephone conversation

24 with Les Campbell.

1 Q. Okay. When was that?

2 A. I could find the exact date but --

3 Q. Just to the best of your memory.

4 A. It was December sometime.

5 Q. About how long did you talk to

6 Mr. Campbell?

7 A. It was probably a 30-minute conversation.

8 Q. Did you have questions for Mr. Campbell --

9 A. Yes.

10 Q. -- based on his deposition testimony?

11 A. Based on -- not so much his deposition but

12 his knowledge about the physics of the -- of an

13 ultrasonic pest repeller.

14 Q. Was anyone else on the call?

15 A. No, not that I'm aware of.

16 Q. Did Mr. Campbell supply you any

17 information that's not included in your expert

18 report during that call?

19 A. No.

20 Q. Did he point you in the direction of any

21 materials that might be publicly available?

22 A. No.

23 Q. Did he give you any information about the

24 research and development of the Black & Decker

1 branded ultrasonic pest repellers at issue in this

2 case?

3 A. He referred to what's called the

4 correlation report. And I had some questions for

5 him on that.

6 And then, some general questions on

7 kilohertz, decibels, sound pressure levels, SPLs.

8 I'm not an electrical engineer. So --

9 Q. So you were unfamiliar with these

10 technical aspects of the ultrasonic pest repeller,

11 because you never done any work with them --

12 A. Correct.

13 Q. -- is that right?

14 A. Correct.

15 Q. And so you asked Mr. Campbell some

16 questions about the technical aspects of the

17 ultrasonic pest repellers, is that fair?

18 A. Correct.

19 Q. And he gave you his knowledge during the

20 conversation?

21 A. Yes.

22 Q. And he didn't point you to any reference

23 materials that you could use to educate yourself?

24 A. No. We just spoke -- just spoke. Just

1 conversation.

2 Q. Did you go back and double-check anything

3 that he told you about the technical aspects of the

4 ultrasonic pest repeller?

5 A. I guess you could say in pre -- I don't

6 know which came first, whether he -- he didn't lead

7 me to anything specific, but I did go on line, as

8 you'll see in some of the references cited, to

9 familiarize myself with kilohertz and decibels and

10 these measurements that I was unaware of.

11 Q. Yeah. If we look at --

12 A. So I don't think you'd say check up on

13 him. It was just, you know, something I would do

14 naturally.

15 Q. If we look at your report, which is --

16 within Borth 1, it's listed as doc 97-1 at the top.

17 If you look to Page 2 of 19, that's where

18 this numbered list of references lives, right, that

19 we've kind of referenced a few times today?

20 A. Yes. Correct.

21 Q. And here, we see there's a chart. It's

22 labeled 1 through 64, is that right?

23 A. Yes. Yes.

24 Q. Okay. So you mentioned that after you

1 talked to Mr. Campbell, you went on line, found
2 some materials about ultrasonic waves, kilohertz,
3 decibel levels, things like that, right?
4     A.   Yes.
5     Q.   Can you point to the -- in your reference
6 chart here to exactly the materials you're talking
7 about?
8     A.   No. 62 and 63, it looks like, are the most
9 obvious.
10    Q.   Okay.  So No. 62 appears to be an on-line
11 article that's labeled Physics of Light and Sound
12 For Kids --
13    A.   Yes.
14    Q.   -- is that right?
15    A.   Yes.
16    Q.   And what is -- it comes from a website
17 called boogeylights.com.  What is boogeylights.com?
18    A.   I have no idea.
19    Q.   Okay.  Was -- do you know if this material
20 is in any way peer-reviewed?
21    A.   No.  I have no way of knowing.
22    Q.   Okay.  And then, the next document you
23 point to is No. 63 --
24    A.   Uh-huh.

1     Q.   -- which is labeled What is a Decibel and
2 How is it Measured, is that correct?
3     A.   That's correct.
4     Q.   Okay.  And that's taken from a website
5 called howstuffworks.com, is that correct?
6     A.   Correct.
7     Q.   Do you frequent howstuffworks.com?
8     A.   No.
9     Q.   Do you listen to the How Stuff Works
10 podcast?
11    A.   No.
12    MR. FALKOF:  Is there one?
13    MR. BARTEL:  Yeah.  Can we go off the record?
14         (Discussion off the record.)
15 BY MR. BARTELA:
16    Q.   Do you know if the How Stuff Works article
17 is peer-reviewed in any way?
18    A.   I do not.
19    Q.   Did you -- outside of these two materials,
20 No. 62 and 63 -- which are articles published on
21 websites, is that fair?
22    A.   Yes.
23    Q.   Okay.  Did you consult any other reference
24 materials about the technical aspects of how

1 ultrasonic waves work --
2     A.   No.
3     Q.   -- or how the decibel level of an
4 ultrasonic wave might affect the ultrasonic wave?
5     A.   No.
6     Q.   Did you consult any other reference
7 materials at all generally about the application of
8 ultrasonic waves in consumer electronics?
9     A.   No.
10    Q.   Did you review any peer-reviewed studies
11 published in scientific journals that discussed the
12 operation of ultrasonic waves or devices that
13 output ultrasonic waves?
14    MR. FALKOF:  I'm going to object to the
15 question.  Are you saying other than what he has
16 provided you with here?
17 BY MR. BARTELA:
18    Q.   Do you understand my question?
19    A.   I was going to try to qualify it, as well.
20 I don't know whether that's what he's trying to do
21 but --
22    Q.   Well, I'll take another stab at it.
23 You've pointed to No. 62 and No. 63, right?
24    A.   Right.

1     Q.   And we've agreed that these are articles
2 published on websites, right?
3     A.   Yes.
4     Q.   And generally, these articles, they
5 discuss how sound waves work --
6     A.   Yes.
7     Q.   -- is that fair?
8     A.   Yes.
9     Q.   In fact, the one -- No. 63 is labeled What
10 is a Decibel and How is it Measured?
11    A.   Uh-huh.  Yes.
12    Q.   And you understand that from the
13 ultrasonic pest repellers at issue in this case,
14 there is a kilohertz frequency output, is that
15 right?
16    A.   Yes.
17    Q.   And there can be also be a decibel level
18 that corresponds to that, is that right?
19    A.   Two different measurements, yes.
20    Q.   Okay.  And outside of Nos. 62 and 63, did
21 you consult any other reference materials at all
22 that discuss the operation of sound waves or
23 ultrasonic waves or frequency kilohertz outputs or
24 decibel levels, whether they're listed in this

13 (Pages 46 - 49)

1 chart or not?
2    A. The qualifier I would add is this. I did
3 not consult any other electrically or physics --
4 physics-based journals, peer-reviewed journals, or
5 anything about ultrasonics.
6      What I did consult or look at is what's
7 listed here. When the entomologists were studying
8 and publishing their reports on -- in peer-reviewed
9 journals, they often specified kilohertz, sound
10 pressure levels, decibels. And so I gained a --
11 you know, knowledge from reading those.
12    Q. Okay. And in those articles, the
13 researchers would often -- correct me if I'm wrong
14 but would often recount the kilohertz output, the
15 decibel level of the devices that they were
16 testing, is that fair?
17    A. Sometimes. I mean, they all had different
18 ways of reporting it, but yes.
19    Q. Can we agree that the kilohertz frequency
20 output and the decibel level, they mean something,
21 is that fair?
22    A. Yes, they do.
23    Q. And they would tell somebody who's
24 educated in sound waves some type of information

1 about the sound wave that's being pushed out of a
2 device --
3    A. Yes.
4    Q. -- is that fair?
5    A. Yes.
6    Q. And these scientific papers that you've
7 referenced where the researchers are testing the
8 efficacy of ultrasonic devices, they don't
9 necessarily explain what a kilohertz means or what
10 a decibel levels means --
11    A. No.
12    Q. -- do they?
13    A. No, they don't.
14    Q. And so to gain an understanding of what a
15 kilohertz would mean or kilohertz output or what a
16 decibel level would mean, you consulted No. 62 and
17 No. 63, correct?
18    A. That's correct.
19    Q. Did you consult anything else other than
20 those two?
21    A. Just the conversation with Les Campbell.
22    Q. Okay. I just want to make sure -- I think
23 you already told me this.
24      Your conversation with Les Campbell in

1 December, it was just you and Mr. Campbell on that
2 conversation?
3    A. Yes.
4    Q. Was it a conference call?
5    A. No. It was a -- just I dialed his number
6 and --
7    Q. Old-fashioned phone call?
8    A. -- talked to him, yes.
9    Q. You said you had questions about the
10 correlation report. And we're going to get to the
11 correlation report.
12      Can you tell me briefly, though, what
13 types of questions you had for Mr. Campbell?
14    A. I asked him to -- well, this was the first
15 con -- it was the only conversation I had with him,
16 but I asked him basic questions on kilohertz. I
17 think it's called sound -- voltage magnitude. I
18 believe I asked him to explain that to me.
19      I asked him to -- if he could explain some
20 of the construction of the tables that are in there
21 in that report. That's basically it.
22    Q. Would you have recorded any notes from
23 this conversation in your notes for this case?
24    A. Yes.

1    Q. And those were provided today?
2    A. Yes.
3    Q. Okay. Fair. You said you asked him a
4 question about voltage magnitude.
5    A. Yes.
6    Q. Can you remember what he told you?
7    A. Well, I really -- I can, if I have that
8 term right. I'd have to look at the correlation
9 report, but let's assume that one of the columns is
10 voltage magnitude.
11      As I under -- as I remember it, he
12 explained that as the energy that was on the input
13 side of a speaker, okay?
14    Q. Okay.
15    A. And so in that column, I know there's 5-7,
16 all the -- you know, a lot of -- 5-7 is most
17 common. And he described that column to mean
18 the -- I guess voltage, okay, that's going into the
19 speaker.
20    Q. Okay. And prior to your conversation with
21 Mr. Campbell, specifically when you're talking
22 about voltage magnitude, did you have any
23 experience with what voltage magnitude meant?
24    A. Not at all.

14 (Pages 50 - 53)

1    Q.   Do you have any experience from a
2  scientific standpoint of dealing with speakers?
3    A.   No.
4    Q.   Okay.  From a non-scientific standpoint,
5  any specialized knowledge about speakers?
6    A.   No.  I wish I did, but I don't.
7    Q.   Okay.  You said Mr. Campbell also
8  explained to you what kilohertz were?
9    A.   Yes.
10    Q.   Okay.  And what do you remember he told
11  you?
12    A.   Kilohertz is a measure of the frequency of
13  a sound wave.  And the greater the number, the
14  greater the kilohertz, the -- the shorter the
15  frequency, the more -- I'll call it in terms of
16  pitch.  He also used the word pitch or tone.
17       When you have a very high kilohertz, you
18  have a very high pitch.  If it's very low
19  kilohertz, it's very low.  So that's my
20  understanding.
21    Q.   Okay.  And prior to your conversation with
22  Mr. Campbell, did you have any technical or
23  scientific knowledge about kilohertz?
24    A.   No.

1    Q.   Had you -- before talking to Mr. Campbell,
2  had you done any research on kilohertz?
3    A.   No.
4    Q.   There's -- did you talk to Mr. Campbell
5  about the decibel level of an ultrasonic pest
6  repeller?
7    A.   Yes.
8    Q.   Okay.  And what did he tell you, if you
9  remember?
10    A.   Well, he told me that this voltage
11  magnitude was directly related to the decibels, the
12  loudness.  He -- you know, a one-word description
13  of what decibel means, how loud something is.
14       And the voltage magnitude going into the
15  speaker is associated with the decibels that come
16  out of the speaker.
17    Q.   Okay.  Before your conversation with
18  Mr. Campbell about decibel levels, did you have any
19  technical or scientific knowledge about decibel
20  levels?
21    A.   No.
22    Q.   Did you do any research about it?
23    A.   No.
24    Q.   Did you talk to Mr. Campbell at all about

1  how far an ultrasonic wave would travel from the
2  machines at issue in this case?
3    A.   No.
4    Q.   Okay.  Did you talk to him at all about
5  whether or not the, for instance, decibel level
6  would decrease over distance?
7    A.   Not specifically.  I think we both
8  understood that to be true.
9    Q.   Did you do any research on that issue?
10    A.   Only what I picked up from these couple of
11  sites here that would say the farther you are from
12  the origin, the less -- the lower the volume, the
13  lower -- the decibels drop off as you go farther
14  and farther from the speaker.
15    Q.   When you say --
16    A.   It's just general knowledge.
17    Q.   I violated the second rule already.  I
18  didn't mean to cut you off there.
19       When you say these materials, are you
20  talking about No. 62 and 63?
21    A.   62 and 63, yes.
22    Q.   Specific to the pest repellers at issue in
23  this case, which are the Stanley Black & Decker
24  branded devices, did you talk to Mr. Campbell at

1  all about the distance in which the waves would
2  travel from those machines?
3    A.   Not specifically.  Again, it was just
4  general.
5    Q.   Okay.  After you talked to Mr. Campbell --
6  did you just have that one phone call with him?
7    A.   Yes.  There was a follow-up e-mail.  And I
8  cannot remember what the subject was, but there was
9  a follow -- to the lab rate on -- not a lab rate
10  but to further explain something but --
11    Q.   Did he send the e-mail to you?
12    A.   No.  I sent it to him to ask a question.
13    Q.   Okay.  So you had some questions for him?
14    A.   Okay.  That -- yeah, I do remember now.
15  That was a question that asked -- I gave you the
16  answer already, but it asked is the voltage
17  magnitude directly associated with the -- is it --
18  the input and the decibels that come out, are they
19  related.  And his answer was yes.
20    Q.   Okay.  So there was just one e-mail.  Did
21  you ask any other questions in that e-mail?
22    A.   No, just that one, simple one.
23    Q.   Was his answer specific to the question
24  that you asked?

1    A.   Yes.
2    Q.   Did it include any other information?
3    A.   I think it was a one-word answer, yes.
4    Q.   Okay.  Have you talked to a man by the
5  name of Pete Meister at all?
6    A.   No.
7    Q.   Okay.  Have you talked to a man by the
8  name of Aurelio Reyes at all?
9    A.   No.
10    Q.   How about a man named Stuart Slugh?
11    A.   No.
12    MR. FALKOF:  Slugh is S-l-u-g-h.
13  BY MR. BARTELA:
14    Q.   After your call with Mr. Campbell, did you
15  report that call to anybody?  Like did you
16  report --
17    A.   Yes.
18    Q.   -- what you learned from that call to
19  anyone?
20    A.   Not really.  I informed Mr. Falkof that we
21  did talk, but I didn't go into the subject matter.
22    Q.   Okay.  Do you know if Mr. Campbell
23  reviewed your report that we find here marked as
24  97-1 within Borth 1?

1    A.   I do not know.
2    MR. FALKOF:  Frank, I'll put your mind at ease.
3  It has not been shared with anyone.
4    MR. BARTELA:  Can we go off the record?
5        (Discussion off the record.)
6  BY MR. BARTELA:
7    Q.   Okay.  So we were talking about your
8  discussion with Mr. Campbell.  I want to follow up
9  just on a few points real quick.
10        You said that in the beginning of this
11  case, you were supplied with a number of materials
12  from Mr. Falkof --
13    A.   Yes.
14    Q.   -- right?  And those are 1 through 44 or
15  45 in your report?
16    A.   No, 44.
17    Q.   44?  Okay.  Looking at No. 47, it is an
18  entry labeled Refresh ultrasonic pest repeller
19  product specification.
20    A.   Yeah.
21    Q.   And it looks like it's by a man named
22  Aurelio Reyes.
23    A.   Yes.
24    Q.   And a person named Chung Waiman.

1    A.   Uh-huh.
2    Q.   What is that?
3    A.   Well, first, to be clear, this did come
4  from Mr. Falkof, but it was not in the original set
5  of documents that he sent me.  So he sent it
6  afterwards.
7    Q.   Okay.  So we're clear, at first, you were
8  sent Items 1 through 44?
9    A.   That's what I got in the six-pound
10  package, yes.
11    Q.   And then, at a later point, you were
12  provided some other materials.
13        Could you tell me by referring to the
14  numbers --
15    A.   Okay.
16    Q.   -- in the chart what materials those were?
17    A.   Okay.  Mr. Falkof sent No. 47, which is
18  the one you just talked about and -- well, then, we
19  go down to 59, plaintiff's expert witness report,
20  and 60, deposition of Dr. Roger Gold.
21        And all the ones that I did not mention
22  were found by me and not sent by Mr. Falkof.
23    Q.   Could you tell me what No. 47 is?
24    A.   Yes.  A product specification sheet -- and

1  I'm not a manufacturer, but I have knowledge of
2  them from my work with Dow AgroSciences are the
3  technical specifics that a manufacturer would --
4  that a -- well, I'm going to talk about two
5  manufacturers.
6        That an owner of a technology would give
7  to a manufacturer, who might be a mass producer of
8  these things to follow.
9        And it has, you know -- in this case,
10  there's several pages of specific requirements that
11  Applica, I guess, is asking of their manufacturer
12  of their product to adhere to.
13    Q.   So this wouldn't obv -- obviously, this
14  wouldn't be an item that would be given to the
15  consumer, correct?
16    A.   I don't believe so.
17    Q.   Okay.  This would be some type of
18  technical document that would be sent to the plant
19  that's actually manufacturing --
20    A.   Yes.
21    Q.   -- the devices?
22    A.   That's how I understand it, yes.
23    MR. BARTELA:  Brad, was this given to us in
24  discovery?

1    MR. FALKOF:  Yeah.
2    MR. BARTELA:  Okay.  I just wanted to make
3 sure.
4    MR. FALKOF:  Yeah.  I think we generally call
5 it the product specification sheet.  I didn't
6 realize who had written it or anything like that.
7 BY MR. BARTELA:
8    Q.   Did you talk to Mr. Campbell at all about
9 this product specification sheet?
10   A.   No.
11   Q.   Did you talk to Mr. Campbell at all about
12 any changes that were made to the design of the
13 device?
14   A.   No.
15   Q.   Okay.  Is there any information that you
16 requested from Mr. Falkof or from any attorney at
17 his firm that you weren't given?
18   A.   No.
19   Q.   Okay.  So there's nothing you wanted to
20 look at?
21   MR. FALKOF:  Hang on.  What about the one --
22 what about No. 36?
23   THE WITNESS:  Okay.  Yes.  Well, I did request
24 that.  I just -- I don't know whether he was

1 responsible for not sending it or your firm, I
2 don't know, but No. 36 was referenced in Dr. Gold's
3 report, I believe.
4    And since it was referenced there, I
5 wanted to have a copy of it.  And he sent several
6 things, but that was not among them or you sent
7 them.  I don't know who sent them.
8 BY MR. BARTELA:
9    Q.   Did you do an independent --
10   A.   I tried.
11   Q.   -- search for them?
12   A.   Yeah.  I couldn't find it, yeah.  Well,
13 it's a -- what I know that to be -- if the citation
14 is correct from Dr. Gold, Pest Control is a trade
15 magazine that would not have been a refereed
16 journal article.
17   Q.   So other than No. 36, there are no
18 materials --
19   A.   No.
20   Q.   -- you requested --
21   A.   No.
22   Q.   -- that you weren't given?
23   A.   No.
24   Q.   Okay.  It looks here like you read the

1 depositions of Peter Meister, Stuart Slugh,
2 Aurelio Reyes, and Leslie Campbell from Applica, is
3 that correct?
4    A.   Yes.  Yes.
5    Q.   And you also read the deposition of the
6 plaintiff, Mrs. Deborah Galoski?
7    A.   Yes.
8    Q.   And also of our expert, Dr. Roger Gold?
9    A.   Yes.
10   Q.   Okay.  And did you take handwritten notes
11 on those depositions?
12   A.   Yes.
13   Q.   Are those included in that packet?
14   A.   Yes.
15   Q.   The company we talked about earlier called
16 GLG Research, you -- is that essentially like an
17 advertisement for you as an expert witness?
18   A.   It hasn't been to this point.  And I don't
19 think I would use that -- I guess -- no.  No.
20   Q.   Do you use any type of advertising for
21 your services as an expert witness?
22   A.   Not yet.
23   Q.   Do you have plans to?
24   A.   Well, I should -- I have an

1 under-construction website, but nobody's directed
2 to it.  So I don't think anybody's looking at it.
3    Q.   So do you use any other -- I may have
4 asked this already.
5    Do you use any other firms, other than
6 GLG Consulting, to get the word out about your
7 expert services?
8    A.   No.
9    Q.   Do you go to any legal conventions or
10 symposiums to try to meet attorneys?
11   A.   I have not.
12   Q.   Let's take a look here again at your
13 report, Dr. Borth.
14   A.   Okay.
15   Q.   And this report, this was prepared by you?
16   A.   Yes.
17   Q.   Is there anything anyone told you not to
18 include in your report?
19   A.   No.
20   Q.   Were you told what to include in your
21 report?
22   A.   Only to the extent that the engagement --
23 the reason that I was hired -- I mean, it had some
24 objectives.  And so in kind of broad --

1    Q.   Do you remember what they were?
2    A.   Yeah.  There are three.  First -- and this
3  may be out of order, but the first was -- one of
4  them, I should say, was to assess the studies that
5  Applica had at their disposal to base their claims
6  on for the ultrasonic pest repeller.
7         The second was to review and critique
8  Dr. Gold's report and his deposition.
9         And the third was to review Ms. Galoski's
10  deposition to determine whether she followed the
11  use directions that were contained with the
12  package.
13    Q.   So that was a specific direction, not just
14  review Ms. Galoski's testimony but review it with
15  the focus of being did she comply with the product
16  use manual?
17    A.   Those are my words, but yes.
18    Q.   Once you got started on this quest, did
19  you come up with any ideas for maybe other things
20  you should look at, other topics you should
21  consider?
22    A.   No.
23    Q.   Okay.  These three topics that you just
24  kind of went through for us, were those given to

1  you up front when you first spoke with Mr. Falkof?
2    A.   I don't recall.  It wasn't in the first
3  conversation, the -- what I call the vetting
4  conversation but sometime thereafter.
5    Q.   Okay.  Fair to say sometime after you were
6  actually engaged as an expert here?
7    A.   Yes.
8    Q.   And were you given these objectives before
9  you received any of the actual information that you
10  reviewed?
11    A.   I don't recall the order.
12    Q.   Okay.  After you spoke with Mr. Falkof and
13  then became engaged as an expert in this matter,
14  did you do any type of literature review to get
15  yourself acclimated with ultrasonic pest repellers?
16    A.   Everything that I reviewed is here.  It
17  was either cited or not cited.
18         And I have a -- I think you asked me to
19  bring that, you know, things that I reviewed but
20  weren't included in the report.  And I have that
21  stuff, if you want to see it.
22    Q.   Yeah.  What did you review but not include
23  in the report?
24    A.   Well, there were some -- reviewed but not

1  cited.  Okay.  I wanted to make sure -- I
2  anticipated you asking me what a board certified
3  entomologist was.  So I have -- reviewed that to
4  make sure.
5         There is some -- there's -- I don't know
6  what you call this.  Something from
7  Jeanne Steigerwald.  There's a Jeffrey Brown
8  deposition that was not included.  There's a
9  journal article that I read but didn't think it was
10  useful.
11    Q.   What was the name of that journal article?
12    A.   Effective -- it was written by Ballard and
13  Gold.  That's why I pulled it up.  Effectiveness of
14  Six Insecticide Treatment Strategies in the
15  Reduction of German Cockroach Populations in
16  Infested Apartments.  A long title, but it
17  didn't -- you know, it didn't seem to have any
18  value.
19    Q.   Did it discuss ultrasonic pest repellers
20  at all?
21    A.   No.  No.  Here's something not used.  I
22  found FTC Alleges Electronic Mosquito Repellent
23  Claims Are False.  We're not talking mosquitos
24  here.  We're not talking, you know, electronic.  So

1  I didn't use that.
2         Kind of Wikipedia-type references on what
3  is inductive reasoning and deductive reasoning as
4  we might get to hypothesis testing, what an
5  armchair scientist is, some backup references on
6  scientific method.  That's it.
7    Q.   Can I look at those?
8    A.   Sure.
9    Q.   The materials specific to Jean Steigerwald
10  and Bell & Howell, did you find these on your own?
11    A.   No.
12    Q.   Okay.  These were given to you by counsel?
13    A.   Yes.
14    Q.   Were you given any specific directions
15  when you were reviewing these?
16    A.   No, not at all.  It was just -- I would
17  say -- I'd call it supplementary, just extra
18  information.
19    Q.   When you spoke with Mr. Campbell, which we
20  talked about a minute ago, did you talk at all
21  about the FTC warning from 2001?
22    A.   No.
23    Q.   Were you aware of that warning?
24    A.   Only after I started digging into the

1  case.
2    Q.  Were you aware that, in general, in your
3  career with Dow that the FTC would investigate
4  claims about products sold to consumers?
5    A.  Yes.
6    Q.  The FTC -- and I don't want you to give me
7  any detail or anything that would be privileged,
8  but did the FTC do any investigations of products
9  you worked on at Dow?
10   A.  No.
11   Q.  Okay.
12   A.  No.  I mean, if they did, I wasn't aware
13  of it.
14   Q.  Do you have any experience with how the
15  FTC would investigate a product?
16   A.  Not at all.
17   Q.  Did you do any investigation into how an
18  FTC investigation might work?
19   A.  Just what I picked up from reading
20  their -- you know, their warning or whatever that
21  is and what Dr. Gold had to say about it in his
22  deposition.  Nothing outside of that.
23   Q.  There is something I have a question
24  about.

1    A.  Okay.
2    Q.  I would like to mark this.
3    MR. BARTELA:  Can you mark this as 2 or
4  whatever we're up to?
5          (Whereupon, Borth Deposition
6          Exhibit 2 was marked for
7          identification.)
8  BY MR. BARTELA:
9    Q.  So we have one copy of this from your
10  notes -- or from the materials you brought with
11  you, rather.
12        And it is, I believe, the e-mail between
13  you and Mr. Campbell that you spoke about a moment
14  ago.
15   A.  Oh.  Yeah.
16   Q.  So I've marked it as No. 2.  What I'm
17  trying to figure out here is, is this just a
18  one-page document or is this page right behind it
19  connected?
20   A.  No, they're not connected.  This is the
21  e-mail.  And this was something that I pulled off
22  the Internet and copied.
23   Q.  What I'd like to do is just let the record
24  reflect that what's marked as Borth 2 is a one-page

1  document that contains an e-mail from Dr. Borth to
2  Les Campbell and a response from Les Campbell.
3        In your e-mail here, you're discussing a
4  question you have about how the voltage magnitude
5  is related to the decibel level --
6    A.  Okay.
7    Q.  -- that comes from the machine.  That's
8  how I'm interpreting it.
9        So you can review it and let me know if
10  I'm wrong, but I want to make sure I understand it.
11   A.  Yeah.  Okay.  What was your question?  I
12  forgot.
13   Q.  Okay.  So you've reviewed this now?
14   A.  Yes.
15   Q.  My question is, am I understanding the
16  scope of this e-mail that you sent to Mr. Campbell
17  on January 4th to be that you were questioning how
18  the voltage magnitude of the devices is related to
19  the decibel output of the device?
20   A.  Correct.
21   Q.  And you had this question based on -- it
22  looks like the correlation report and the outputs
23  that are listed in the correlation report?
24   A.  Yes.

1    Q.  Okay.  And this e-mail is after you had
2  already spoken to Mr. Campbell?
3    A.  Yes.  Yes.
4    Q.  And Mr. Campbell tells you the voltage to
5  the speaker is directly proportional to the decibel
6  level, is that correct?
7    A.  Yes.  Previously, I said it was a one-word
8  answer, but obviously, it was a sentence, and he
9  just -- you know, he basically said yes.
10   Q.  And did this solve the dilemma you were
11  having or the question that you had in your mind?
12   A.  Yes, it did.
13   Q.  Okay.  Did you do any follow-up research,
14  other than maybe looking at Documents No. 62 and 63
15  from your report, about this specific question?
16   A.  No.
17   Q.  Okay.  Did you ask anybody else about this
18  question?
19   A.  No.
20   Q.  Did you consult anybody in the academic
21  area that would study ultrasonic pest repellers?
22   A.  No.
23   Q.  Okay.  That's all the questions I have.
24  You can just hold onto that.  The court reporter

1 will take that at the end of the day.
2    A.  I'll put it down here.
3    Q.  So to go back to my original question,
4 which is, other than these materials that are
5 listed in your report and the materials we just
6 went through that you reviewed but didn't
7 necessarily rely upon, did you do any type of
8 academic literature review about ultrasonic pest
9 repellers?
10    A.  No.
11    Q.  Do you know how to access on-line
12 resources that would give you academic articles?
13    A.  I know the procedure.  I'm not -- you
14 know, you can't always get into them, but I know
15 how to do it, yeah.
16    Q.  Is it something you would normally do in
17 your experience with Dow, look at academic --
18    A.  Yes.
19    Q.  -- articles from time to time?
20    A.  Yes.  Yes.
21    Q.  And so you didn't do any search through
22 any academic journal aggregators to look for
23 articles about ultrasonic pest repellers, using
24 ultrasonic -- or using ultrasonic waves to repel

1 pests or rodents?
2    A.  No.  The only thing that I did was, as I
3 said in the very beginning, a Google search, but
4 that's not a -- you know, you're not going into any
5 professional organization.
6    Q.  Did you ask anybody if you should do a
7 literature review?
8    A.  Well, I guess literature review -- it
9 depends on what you mean by literature review.
10       There's, you know, background research,
11 which is all the citations there.  I would call
12 that literature review.  Going beyond what I did,
13 no, I didn't ask anybody.
14    Q.  Okay.  That's a fair distinction.  What I
15 meant was, when I'm talking about literature review
16 in this context, I mean academic articles that have
17 been written about the subject on which you're
18 providing testimony, which would be ultrasonic
19 waves to repel pests or rodents.
20       And my question was -- just so we get it
21 clear, my question was, did you ask anybody if you
22 should do your own independent literature review of
23 that subject?
24    A.  No.

1    Q.  And this, again, is a subject in which you
2 don't have any real scientific or technical
3 expertise prior to working on this case?
4    MR. FALKOF:  I'm going to object.  When you say
5 this subject, are you limiting it to ultrasonic
6 pest repellers or are you talking about entomology
7 generally?
8 BY MR. BARTELA:
9    Q.  Okay.  I'll ask -- Dr. Borth, did you
10 understand my question?
11    A.  I would qualify it, you know.
12    Q.  Let me take another stab --
13    A.  Okay.
14    Q.  -- and I'll try to make it clearer.  The
15 subject of using ultrasonic waves to repel pests or
16 rodents is a subject that before this case, you
17 didn't have any technical or scientific expertise
18 in, is that fair?
19    A.  That's fair.  Correct.
20    Q.  Okay.  And despite the fact that you
21 didn't have any scientific or technical expertise
22 in the subject of using ultrasonic waves to repel
23 pests or rodents, despite that fact, you didn't do
24 your own independent literature review of

1 peer-reviewed articles about that specific subject?
2    A.  No, other than what is included in the
3 cited references.
4    Q.  Do you know who Dr. Subramanyam is?
5    A.  I do.
6    Q.  Okay.  Do you know him on a personal
7 level?
8    A.  A professional level in the past.  I mean,
9 years ago.
10    Q.  Okay.  So have you worked with him before?
11    A.  Not directly.  Let me explain.  In one of
12 the roles that I have with Dow AgroSciences, I told
13 you, I was managing the people who were doing
14 experiments with some of our products.
15       One of the scientists who was doing those
16 experiments worked with who we called Dr. Subi for
17 short when he was -- and may still be at Kansas
18 State.  I don't know.
19       So I know him through that association.  I
20 can't remember that I -- I've never visited his
21 lab.  I also attended a conference where he was
22 also a speaker in Australia.  And I think we went
23 out to dinner.
24    Q.  About how long ago was that conference?

1    A.   Let's say 10 years.  It was when I was --
2  if you look at the dates there, it was when I was
3  managing that urban pest global group.
4    Q.   Okay.  Do you remember if Dr. Subi's talk
5  that you went to in Australia -- did it have
6  anything to do with ultrasonic pest repellers?
7    A.   Actually, I didn't go to one of his talks.
8  We were connected with this scientist, who I was
9  managing.  And I was the head guy and they wanted
10  me to pay for dinner.  So --
11    MR. FALKOF:  So they invited you.
12    THE WITNESS:  Yeah, they invited me.
13  BY MR. BARTELA:
14    Q.   Okay.  Have you ever done any research
15  with Dr. Subramanyam about ultrasonic pest
16  repellers?
17    A.   No, I have not.
18    Q.   Did -- at any point when you were
19  reviewing these materials -- let's back up.
20    We can agree that Dr. Subramanyam and some
21  of his associates did some of the underlying
22  research about the efficacy of the Black & Decker
23  devices?
24    A.   That's what I read in the documents that

1  were provided, yes.
2    Q.   Okay.  And just so we're clear, they were
3  testing the Weitech branded devices in their labs,
4  is that fair?
5    A.   That's what I remember, yes.
6    Q.   And then, the Weitech branded devices were
7  correlated to the technical specifications of the
8  Black & Decker devices, which we see in the
9  correlation report --
10    A.   Correct.
11    Q.   -- is that fair?
12    A.   Yes, that's fair.
13    Q.   So Dr. Subi and his associates are doing
14  some of this underlying research.
15    Did you contact him at all to ask him any
16  questions about his research?
17    A.   No.
18    Q.   Did anyone tell you you couldn't contact
19  him?
20    A.   No.
21    Q.   Okay.  Why didn't you contact him?
22    A.   My engagement, as I understood it, was to
23  review the written material that was produced.  So
24  that's what I did.

1    Q.   Right, but you called Dr. -- you called
2  Mr. Campbell when you had a question, right?
3    A.   Because I was not a -- I'm not a physicist
4  or electrical engineer.
5    I didn't even understand -- you know, I
6  had to be certain what a kilohertz meant, what a
7  decibel meant.
8    I can read Dr. Subi's and his associate's
9  report and pretty much understand, because it's
10  insect-related.  Not the physics part but the
11  insect part and the methodology they used and so
12  forth.
13    Q.   So you didn't have any questions about any
14  of the tests that Dr. Subi had done?
15    A.   No.
16    Q.   Did you talk with any of the other
17  researchers that had performed any of the
18  underlying efficacy tests that were performed on
19  the Weitech branded devices?
20    A.   No, I did not.
21    Q.   Do you know a man by the name of A. Daniel
22  Ashton?
23    A.   No.  Only that he wrote one of the reports
24  or authored it, yeah.

1    Q.   Okay.  And you didn't call him with any
2  questions?
3    A.   No.
4    Q.   I think there was another scientist named
5  Feng Wang Hung?
6    A.   No, I did not call.  No contact.
7    Q.   When you were given this assignment --
8  rather, when you were engaged to be an expert
9  witness in this case, did you set out to conduct
10  any of your own independent efficacy tests about
11  the ultrasonic pest repellers at issue in this
12  case?
13    A.   No.
14    Q.   That just wasn't part of the scope of your
15  engagement, correct?
16    A.   Correct.
17    Q.   Did you ever ask to do that but were told
18  no?
19    A.   No.
20    Q.   Did you physically review Mrs. Galoski's
21  devices?
22    A.   I did -- I have what's called -- what
23  legals call exemplars.  I do not think they are her
24  actual devices.

21 (Pages 78 - 81)

1    Q.   So you have pictures?
2    A.   I have the actual -- well, these -- I've
3  got the ultrasonic pest repellers themselves.
4    Q.   Okay.  So they sent you physical pest
5  repellers that are just -- they're not hers,
6  they're just other --
7    A.   I believe they're others, yes.
8    Q.   Do you know if they correspond to the
9  devices that she owned?
10    A.   Well, the -- if you go back to those model
11  numbers, EW and -- the E -- various series of
12  EWs -- and they're all -- they're within the model
13  number.
14        They're not the exact ones, but like
15  the -- they call it in the spec sheets 100 to
16  700 series, and then, beyond.  They're within that
17  series, but I don't think they're exactly hers.
18    Q.   And when you got these, what did you do
19  with them?
20    A.   Well, I opened the package and I put them
21  in a -- well, first, I read the use directions, use
22  book.  And I plugged each one of them in to see
23  what happened.
24        And a little red light came on in each one

1  of them.  One package of three, one package of two.
2  A red light went on showing that it's working.
3  Ultrasound is being produced, even though humans
4  can't hear it.
5        And then, in each one of the packages, I
6  actually took it apart, just because I was curious
7  to see what the inside of an ultrasonic pest
8  repeller looked like.
9    Q.   What's it look like?
10    A.   Well, it's got a green circuit board that
11  takes up most of the space.  It's got a speaker
12  that's, you know, in there.
13        And -- I mean, it's electronic circuitry,
14  I would say.  A green circuit board takes up most
15  of the space.
16    Q.   Did you do any measurements to see if any
17  heat was put off of the device when it was plugged
18  in?
19    A.   No.
20    Q.   Did you do any measurements to see if
21  there were actually ultrasonic waves coming out of
22  the device?
23    A.   No.
24    Q.   Do you have the capability to do any

1  measurements to see if there are ultrasonic waves
2  coming off the device?
3    A.   No.
4    Q.   Do you have anyone you would call to do
5  that work for you?
6    A.   I do not.  I'd have to search.
7    Q.   I may have asked this, but did you ask
8  anyone specifically if you could perform an
9  efficacy study of the devices that are at issue in
10  this case?
11    A.   I did not ask anyone.
12    Q.   I want to go through some of these
13  materials that you've listed that you relied upon.
14  So I think the easiest thing to do might be just to
15  mark a few of them at once and we'll go through
16  them.
17    MR. BARTELA:  So do you want to go off the
18  record for a minute and I'll get these ready?
19        (Discussion off the record.)
20        (Whereupon, Borth Deposition
21         Exhibit 3, Exhibit 4, Exhibit 5,
22         and Exhibit 6 were marked for
23         identification.)
24

1  BY MR. BARTELA:
2    Q.   Okay.  Dr. Borth, we're going to mark a
3  few different things here as exhibits for you to
4  look at.
5    A.   Okay.
6    Q.   We're going to kind of ask you some
7  questions about them, okay?
8    A.   Yes.
9    Q.   So I'm going to go through them now so the
10  record is clear.
11        What we're marking as Borth 3 is a copy of
12  the correlation report.  Have you seen this before?
13    A.   Yes.
14    Q.   Okay.  And this is one of the documents
15  that's listed in your references relied upon
16  section, correct?
17    A.   Correct.
18    Q.   Okay.  What we've marked as Borth
19  Exhibit 4 is a PowerPoint presentation.  And it's
20  labeled Response of Several Arthropod Species to
21  Three Ultrasonic Devices from Weitech, Inc.
22        Can -- have you ever seen this before?
23    A.   I've seen it, yes.
24    Q.   And that, again, is one of the materials

1 listed in your references relied upon?
2   A.   Yes.
3   Q.   Okay.
4   A.   Well, yes.  I'll qualify that later, if we
5 get into it.
6   Q.   We'll have some questions about it, yes.
7   A.   Okay.
8   Q.   What we've marked as Borth 5 is a
9 PowerPoint that's labeled Ultrasound and Anthropod
10 Pest Control, Hearing is Believing.
11       And it looks to be authored by
12 Dr. Subramanyam, who we earlier referred to as
13 Dr. Subi.
14   A.   Correct.
15   Q.   And have you seen this before?
16   A.   Yes.
17   Q.   Again, this is listed in your report as
18 references relied upon.
19       Okay.  And for right now, finally, we are
20 marking as Borth 6 a study titled Victor Sonic
21 PestChaser Repellent Efficacy Study using Wild
22 Norway Rats.
23   A.   Okay.
24   Q.   Have you seen this before?

1   A.   Yes.
2   Q.   Okay.  You -- and again, that's included
3 in the list of devices -- or the list of references
4 that you relied upon, is that right?
5   A.   Yes.
6   Q.   All right.  I want to go through first --
7   A.   Can I qualify relied upon or were you
8 going to get to that?
9   Q.   Well, I'm going to ask you some questions
10 about that, but if you have something that you need
11 to offer --
12   A.   No, I'll wait.  I'll wait.  It will come
13 up, I'm sure.
14   Q.   Okay.  Let's start out with this
15 Ultrasound and Anthropod Pest Control, Hearing is
16 Believing.
17   A.   A-r.
18   Q.   Arthropod.  Is that a real word?
19   A.   Oh, yeah.  Anthropod is not.
20   Q.   Oh, okay.  And that's Borth 5.  So please
21 take that.
22       Okay.  So you testified a moment ago
23 you've seen this before, you've reviewed it before,
24 is that right?

1   A.   I have.
2   Q.   Okay.  And you make reference to this
3 PowerPoint in your report.  A moment ago, you
4 wanted to clarify on relied upon.
5   A.   Yes.
6   Q.   What would you like --
7   A.   I'd like to say that for this PowerPoint,
8 as well as the other one -- we're assuming it's a
9 PowerPoint.  It looks like that.
10       I did read it.  I did understand what they
11 were doing, but since this was not published in any
12 scientific journal, I took it just as extra
13 information.
14       So I qualified relied upon to say yes, I
15 read it -- I read both of these, but I didn't put
16 as much scientific weight on them as I would have a
17 report that was either published in a journal or
18 that had a standard research report format,
19 question -- you know, hypothesis, results,
20 conclusions.
21   Q.   Just so we're clear --
22   A.   This --
23   Q.   -- in the correlation report, which we'll
24 get to in a moment --

1   A.   Yes.
2   Q.   -- there's a number of efficacy reports
3 attached to that correlation report, right?
4   A.   Yes.
5   Q.   And none of those are published in
6 peer-reviewed journals, are they?
7   A.   No.  Well, I don't know.  I --
8   Q.   Because you didn't do a literature --
9   A.   I -- they didn't come up in any of the
10 searches that I did.
11   Q.   Which were -- and we're talking about the
12 Google searches?
13   A.   Yes.
14   Q.   Okay.  I have some questions about this
15 Ultrasound and Arthropod Pest Control, Hearing is
16 Believing.  What does arthropod mean?
17   A.   Arthropod is a phylogenetic term that
18 would be at the phylum order -- kingdom phylum
19 class order, that whole series.  Arthropods are
20 jointed animals.  They're segmental bodies.
21   Q.   These pages are not numbered.  So I
22 apologize for that, but if you turn in about --
23 it's got to be about 12 or so pages.
24       There is a -- first, a sheet that has a

1 number of pictures of ultrasonic devices on it.
2   A.   Okay.  Let me find that.
3   Q.   Those might be double-sided, too.
4   A.   They are.  Okay.  I have the pictures.
5   Q.   Do you know if any of these devices are
6 the Weitech devices that were tested?
7   A.   No, I do not.
8   Q.   Okay.  In the bottom left, there's a
9 device named Pestex.
10   A.   Uh-huh.  Yes.
11   Q.   Is that one of the devices that was
12 included in the correlation report?
13   A.   I do not recall.
14   Q.   Just so the record is clear, it looks like
15 in the correlation report, which we'll discuss in a
16 moment, there's a product named Verminex.
17     So you're unaware if any of these are the
18 Weitech devices that were tested?
19   A.   I was unaware.
20   Q.   If you go to the next page, it's a page
21 labeled manufacturers and retailers claim that
22 pests can be repelled by ultrasonic devices.  Then,
23 it lists a number of pests.
24     A number of these pests were actually

1 tested against the Weitech devices, is that fair?
2   A.   Yes.
3   Q.   There's some that weren't?
4   A.   Yes.  At least that I didn't see reports
5 on, yes.
6   Q.   And what are -- so the list, just so the
7 record is clear, is rats, mice, squirrels,
8 mosquitos, ants, spiders, cockroaches, flies,
9 fleas, ticks, crickets, yellow jackets, bees,
10 moths, water bugs, and silverfish.
11     What of these pests weren't tested on the
12 Weitech devices?
13   A.   I did not see reports on squirrels,
14 mosquitos, ticks, bees -- and there's a distinction
15 there -- an entomological distinction, water bugs,
16 or silverfish, the distinction being that since
17 Subi wrote this as an entomologist, yellow jackets
18 are wasps, they're not bees.
19     So he did test yellow jackets, but I don't
20 remember seeing anything on bees.
21   Q.   What are silverfish?
22   A.   Arthropods.  They're usually found in damp
23 places.  They are silver in color, torpedo-shaped,
24 long antenna.

1 And I don't remember what order they're
2 in.  They're one of these transition organisms
3 between a -- on the ecologic or the evolutionary
4 scale.  They're not -- they don't have all of the
5 characteristics that a more advanced insect would
6 have.
7     So I mean, I don't know.  If you want to
8 know more, I can keep babbling but --
9   Q.   I think you've hit the highlights.
10   MR. FALKOF:  You never saw silverfish?
11   MR. BARTELA:  No.
12 BY MR. BARTELA:
13   Q.   Okay.  If we turn to the next page, it's,
14 again, what looks to be a PowerPoint slide.  It's
15 labeled preposterous claims by manufacturers and
16 retailers.
17     Could you read these three claims listed
18 into the record for us?
19   A.   Yes.  The first bullet, gets rid of
20 household pests without chemicals or poisons.
21 Second bullet, our safe electronic pest repellers
22 and flea collars use high-frequency sound to drive
23 away pests.
24     Third bullet, millions of satisfied users

1 report that these products safely chase away fleas,
2 mice, rats, squirrels, and other rodents, as well
3 as roaches, moths, ants, spiders, mosquitos, and
4 many other creepy pests.
5     And the source that he used was an
6 on-line, www.hitecpet.com/pestcontrol.html.
7   Q.   Okay.  Thank you.  We know that -- at
8 least from the title page that this was prepared by
9 Dr. Subramanyam, right?
10   A.   It's in the same PowerPoint file, yeah.
11   Q.   Okay.  And you don't have any reason to
12 dispute that Mr. -- or Dr., rather, Subramanyam
13 prepared this?
14   A.   No.
15   Q.   And Dr. Subramanyam, as we talked about a
16 moment ago, is the doctor, along with some of his
17 associates, that performed some of the efficacy
18 studies that we find in Applica's records?
19   A.   Correct.
20   Q.   So when you were reviewing this, you
21 didn't find it strange that Dr. Subramanyam would
22 label a PowerPoint slide preposterous claims by
23 manufacturers and retailers?
24   A.   No, because he has a source there that I

1 did not look up, but he probably took those words
2 from this source of hitecpet.com.
3     And it's -- no, I didn't have any -- it
4 didn't cause me -- it didn't cause me to
5 second-guess or to think twice about what he's
6 saying or why.
7   Q.  It didn't make you question his results at
8 all?
9   MR. FALKOF:  I'm going to object to the
10 question.  Results -- I mean, we don't know
11 whether, for example, this came before or after the
12 Weitech testing.  And I'm not sure what you mean by
13 his results then.
14   MR. BARTELA:  Objection noted.
15 BY MR. BARTELA:
16   Q.  You can answer, if you understand my
17 question.
18   A.  That got me off track.  Could you repeat
19 it, please?
20   MR. BARTELA:  Could you read it back for him,
21 please?
22     (Whereupon, the record was read.)
23   THE WITNESS:  No.
24

1 BY MR. BARTELA:
2   Q.  Did you contact him to figure out why he
3 had prepared a slide labeled preposterous claims by
4 manufacturers and retailers?
5   A.  I did not.
6   Q.  If you look forward -- let's try to be
7 specific about this.  Three slides.  You'll see
8 that there's a slide labeled published research
9 results.
10   A.  Yes.
11   Q.  Are you with me?
12   A.  Yes.
13   Q.  And on the following page and for a few
14 pages after -- three full pages, there is a chart
15 that recounts different published studies regarding
16 the use of ultrasonic waves or ultrasonic devices
17 to repel pests.  Do you see those?
18   A.  Yes.
19   Q.  What pests here does Dr. Subramanyam
20 outline in this chart?
21   A.  In the first column of these three pages,
22 the first pest is flea, the second pest is
23 cockroach, the third pest is tick, the fourth pest
24 is -- and fifth pest is mosquito, the sixth one is

1 European corn borer, the seventh is cabbage looper,
2 and the eighth, bollworm.
3   Q.  Do you know if any of these cited studies
4 used Weitech branded devices specifically?
5   A.  I do not.
6   Q.  Did you endeavor to find any of these
7 studies?
8   A.  I did not.  Well, let me qualify.
9   Q.  Go ahead.
10   A.  He's listed under the cockroaches some of
11 the Gold articles -- Ballard, Gold, Koehler.  So
12 some of them, I did.
13   Q.  Well, fair enough.  So some of those were
14 provided to you as a result --
15   A.  Right.
16   Q.  -- of being relied upon by Dr. Gold?
17   A.  Right.
18   Q.  But you didn't actively go out and search
19 for any of these papers or --
20   A.  No.
21   Q.  -- articles, whatever they might be?  No?
22   A.  No.
23   Q.  And why didn't you do that?
24   A.  Primarily, because they're outside the

1 scope of the claims on the package label, except
2 for cockroaches there.
3     And then, you could say under the category
4 other pests, which might be considered flea,
5 tick, it depends.  I mean, I guess ticks can be
6 considered a pest if they're, you know, in your
7 house.
8   Q.  What about mosquitos, is that a common
9 pest in the United States?
10   A.  It certainly is, yes.  Indoors, probably
11 not --
12   Q.  So that could be -- I'm sorry.
13   A.  Probably not a pest indoors, unless you're
14 in a third world country.
15   Q.  Did you ever have a mosquito in your
16 house?
17   A.  I have.
18   Q.  That can certainly be another pest --
19   A.  It could be.
20   Q.  -- considered by the --
21   A.  It could be.
22   Q.  Considered by the packaging, just so --
23   A.  Uh-huh.
24   Q.  The next page is 2001 FTC -- the FTC

25 (Pages 94 - 97)

1 warning?

2    A. Yes.

3    Q. Did you go and give that FTC warning a

4 read?

5    A. Yes, as part of -- if that's the same one

6 that we looked at before. 2001, yeah.

7    Q. Okay. I think we can agree that it's

8 likely the same one, but for the purposes of the

9 questions I'm going to ask you, I'm referring to

10 the 2001 FTC warning that you cite in your study --

11    A. Okay.

12    Q. -- which has been the topic of some

13 discussion in this case.

14      Did you do any research into how the FTC

15 investigates consumer products? We talked a little

16 bit about this earlier, but I want to ask

17 specifically, did you do any research on how the

18 FTC investigates consumer products?

19    A. Not specifically. The only knowledge I

20 have is what I gleaned from reading Dr. Gold's

21 report.

22    Q. Okay. Do you have any reason to disagree

23 with the FTC's 2001 warning?

24    A. No reason to disagree, no.

1    Q. All right. If you'd turn forward a page,

2 there's a slide here called Kansas State University

3 test results, ultrasonic devices against arthropod

4 pests, 2000 to 2003.

5    A. Yes.

6    Q. Dr. Subi doesn't give us the names of the

7 devices he's testing, is that fair?

8    A. That's correct.

9    Q. He labels them A, B, C, D, and E, is that

10 right?

11    A. Yes.

12    Q. We can agree generally that -- and correct

13 me if I'm wrong that the year 2000 to 2003 would

14 encompass the time span in which Dr. Subramanyam

15 and his team are doing efficacy studies of the

16 Weitech branded devices, is that fair?

17    A. I would assume. I mean, my assumption is

18 based on the report dates that are included in the

19 correlation report. And I think they're 2001,

20 2002.

21    Q. Right. So we have nothing in the records

22 that are at issue in this case, which you've

23 outlined in your report, which I've put in front of

24 you now to believe that this 2000 to 2003 date

1 would not encompass the reports done by Dr. Subi of

2 the Weitech branded devices?

3    A. No reason for me to assume otherwise.

4    Q. If you go to the very next page --

5    A. Yes.

6    Q. -- he -- the doctor, that is,

7 Dr. Subramanyam, he outlines the arthropods used in

8 tests.

9      He says -- or what I take him to be saying

10 is that they tested the devices on cat fleas,

11 German cockroaches, ants, and Eastern yellow

12 jackets?

13    A. Yes.

14    Q. Those are the same pests that were tested

15 against the Weitech branded devices by

16 Dr. Subramanyam?

17    A. I'm not so sure about cat fleas. He might

18 have. I'd have to look at -- I'd have to look to

19 make sure, but I know he tested German cockroach.

20      And the ant studies, I think -- he has

21 here his associate. I'm quite sure he did those.

22 And Eastern yellow jacket, I think he's the author

23 on them. So I think the answer is yes.

24    Q. Thank you. The next page encompasses some

1 more critters.

2    A. Okay.

3    Q. Long-bodied cellar spiders, field and

4 house crickets, and then, what it lists as a fly

5 complex, including green bottle fly, flesh fly,

6 house fly, blow fly, two other unknown fly species,

7 the imperial scorpion, and the Indian meal moth.

8      Are these all insects that were also

9 tested against the Weitech branded devices?

10    A. Yes. In general parlance, yes. Spiders

11 are not officially insects and neither are

12 scorpions, but they're pests.

13    Q. Thank you. All right. The following

14 pages, he has some charts here about sound

15 characterization.

16    A. Okay.

17    Q. Do you see that?

18    A. Yes.

19    Q. Did you review this?

20    A. I looked at them, yes.

21    Q. Does this tell you anything?

22    A. Well, these are the types of things that I

23 had to consult or ask Les Campbell about, because I

24 was not familiar with graphs like this. Now, I can

1 speak to them in a general way.

2    Q.  Right. So before this case, you would

3 have no technical or scientific expertise about --

4 for instance, the first thing we see here is a

5 chart outlining the frequency kilohertz.

6    A.  I would not.

7    Q.  And the second chart looks like sound

8 pressure?

9    A.  Yes.

10    Q.  So you, again, before this case would not

11 have any technical or scientific expertise about

12 that --

13    A.  No.

14    Q.  -- topic?

15    A.  No.

16    Q.  Do you understand sound pressure to mean

17 the decibel?

18    A.  That's what I understand it to be equated

19 to.

20    I don't know whether -- if you were a

21 physicist whether you would -- you might split

22 hairs here and say that it's a different type of

23 measurement, but at my level of understanding,

24 sound pressure and decibels are the same.

1    Q.  And you said a moment ago that this was --

2 this topic was something you consulted with

3 Mr. Campbell about, the topic of --

4    A.  Yes.

5    Q.  -- frequency kilohertz, sound pressure,

6 decibels, is that correct?

7    A.  Yes. Yes.

8    Q.  And at this point, you said you have a

9 general understanding of the frequency kilohertz

10 and decibel levels, is that correct?

11    A.  Yes.

12    Q.  So you would agree, at this point, you

13 don't even have a technical or scientific expertise

14 in frequency kilohertz or sound pressure, is that

15 correct?

16    A.  No, I do not.

17    Q.  And so the following pages outline charts,

18 the same information for Devices A through E,

19 that's correct?

20    A.  Yes.

21    Q.  Okay. If you go a few pages forward --

22 probably more than a few. Maybe about 10 pages

23 forward.

24    There's another title slide that's labeled

1 measurement of sound output inside test enclosures.

2 Do you see that?

3    A.  Yes, I do.

4    Q.  If you turn to the next page, what we have

5 here is a picture of the test environment that was

6 being used, at least in the underlying tests that

7 make up this PowerPoint --

8    A.  Yes.

9    Q.  -- is that fair?

10    A.  Yes.

11    Q.  And we see that they used Plexiglas

12 enclosures that were four by four by four feet?

13    A.  Uh-huh. Yes.

14    Q.  Is that the same -- and these -- well,

15 scratch that -- or strike that, rather.

16    These four-by-four-by-four enclosures were

17 then connected with a two to three-foot-long tube

18 or conduit --

19    A.  Yes.

20    Q.  -- is that fair? Is this the same style

21 test that was done in the underlying efficacy tests

22 of the Weitech devices?

23    A.  I can't say for sure. I'd have to look at

24 each one and I just don't know.

1    Q.  Okay. Fair enough. If you go just a

2 couple pages forward, you'll see there's cockroach

3 tests --

4    A.  Yes.

5    Q.  -- with some truly terrifying pictures of

6 cockroaches. Have you reviewed this portion of the

7 PowerPoint?

8    A.  I looked at it, yes.

9    Q.  Okay. If you go forward just a few more

10 pages, Dr. Subramanyam gives some conclusions that

11 he reached.

12    A.  Okay.

13    Q.  He says in his second conclusion, paired

14 t-tests indicated that differences in cockroach

15 numbers were not statistically significant with a P

16 value of less than .05.

17    A.  Yes.

18    Q.  As a scientist, what does that tell you?

19    A.  That tells me that there's a greater than

20 5 percent chance that the results that he received

21 were not -- were due to -- were not due to chance.

22    There was some treatment -- there was not

23 a treatment effect when you set the level at .05.

24 If he had set it higher, which is an arbitrary

1 thing, let's just say .25, there might have been
2 significance.
3  Q.  So I want to understand this.  Is this a
4 level of specificity about the results that he
5 reached or is that too simplistic?
6  A.  No.  It's -- .05 is common in pest
7 management and efficacy studies to -- as kind of a
8 threshold of whether you have a treatment effect,
9 basically accepting the null hypothesis or not.
10 That's the threshold.  Now, it's an arbitrary
11 setting, but it's commonly used.
12  Q.  Okay.  So it's a commonly accepted
13 standard --
14  A.  It is.
15  Q.  -- in the academic community?
16  A.  Yes.  I would also -- the answer is yes.
17 Since it's arbitrary, every researcher can set it
18 a priori to what they think is the right thing to
19 do.  You might set it lower than that.  You might
20 set it higher than that.
21      Just by way of explanation, if you're in a
22 very controlled laboratory situation, you could get
23 significance at a lower level.  When you're
24 outdoors, where there's more factors that can

1 affect things, the researcher might readily set a
2 .10, because there's more things -- more
3 experimental error that can come into play.
4  Q.  Okay.  But this .05 level is --
5  A.  Yeah, it's --
6  Q.  -- generally accepted?
7  A.  Yes, it is.
8  Q.  And if we were to -- if we were to say --
9 just so I'm understanding, hypothetically, had this
10 sentence read paired t-tests indicated that
11 differences in cockroach numbers were statistically
12 significant at P greater than .05, would that tell
13 you as a scientist that there was -- the treatment
14 that was being tested had some efficacy results
15 that were successful?
16  A.  It would tell me that the specific
17 experiments that he did -- if his hypothesis was
18 that there was no difference between treated and
19 untreated, if there was a significant difference,
20 then that would tell me that there's a greater
21 likelihood that the treatment effect was true, that
22 there was a difference, it wasn't just due to
23 chance.
24  Q.  So he's saying here that there was --

1 there was no statistically significant treatment
2 effect?
3  A.  Correct.
4  Q.  Okay.  He goes on to say the level of
5 repellency observed may not be of commercial
6 significance.  That's the fourth bullet point.
7  A.  It is.
8  Q.  In your experience working for a long
9 time, what I think was 27 years for a company that
10 produced chemical applications to achieve -- or to
11 try to achieve repellency, if you got a report,
12 hypothetically, that a treatment you were
13 investigating was not statistically significant,
14 the researcher is telling you there's likely not a
15 level of repellency that may be of commercial
16 significance, what would you have done?
17  A.  Personally, I would never have made a
18 binding decision based on one study.
19      Given the words in his fourth bullet
20 point, they were carefully chosen.  And the word
21 may not be -- the words may not be of commercial
22 significance is his opinion.
23      And every company has their own culture,
24 let's say, or their own risk-taking.  I don't know.

1 I'm beyond -- their own risk-taking profile.  And
2 so some might take it and some might not.  And he
3 doesn't know.
4  Q.  A moment ago, you said you would never
5 rely on a single test.
6      That's because it's important to replicate
7 results, right, when you're trying to figure out if
8 something works?
9  A.  Uh-huh.  Yes.
10  Q.  And it's important from a scientific
11 standpoint, correct?
12  A.  Yes.
13  Q.  Something that's generally accepted in the
14 scientific field --
15  A.  Yes.
16  Q.  -- is that fair?
17  A.  But what he did, he -- if you read --
18  MR. FALKOF:  There's no question pending.
19  THE WITNESS:  Okay.
20 BY MR. BARTELA:
21  Q.  For Device -- so you reviewed this.  You
22 saw these results.
23      Did you go back and try to see if
24 Devices A through E had, for instance, frequency

28 (Pages 106 - 109)

1 outputs or decibel levels consistent with the
2 Weitech brand devices --
3    A.  Yes.
4    Q.  -- that were used?
5    A.  I tried to match them up.  And it was not
6 very easy.  And I don't know that I was correct,
7 but I tried to match his coded -- what he codes
8 here for whatever audience he was giving this to
9 back to the items that were in question.  And I
10 don't know that I was right or not.
11      Because this is a high-level seminar
12 presentation, he doesn't give the details that
13 you'd need to be exact in your -- in that --
14    Q.  Would you agree -- oh.  Sorry.
15    A.  That's okay.
16    Q.  Would you agree that you had a tough time
17 trying to match this up -- or part of the reason,
18 rather, that you had a tough time trying to match
19 the frequency outputs and the sound pressure
20 outputs in this specific PowerPoint with those
21 included in the correlation report was because you
22 don't really have an expertise in that electronical
23 function of the device?
24    A.  It was even more basic than that.  Had he

1 somewhere, you know, given a table of equivalences
2 or something, we could have -- it could have been
3 matched, but because the frequency of these devices
4 overlaps, I don't think -- and we'd have to look,
5 but I don't think you have a -- in these Devices A
6 through E, there's probably not a 45 to 55, and
7 then, a 56 to a 70.  They're all overlapping.
8      And so it's very difficult to match his
9 Device A through E with Weitech's devices that he
10 was testing.
11    Q.  Do you think a person with a greater deal
12 of scientific or technical expertise about
13 frequency levels and decibel levels would have been
14 able to look at the information included here by
15 Dr. Subramanyam and compare it with the correlation
16 report?
17    A.  I really don't know.  I --
18    Q.  That's fair enough.  Did you ask anybody
19 at Applica whether this -- the devices that were
20 tested within this PowerPoint that we're looking at
21 right now were Weitech devices?
22    A.  No.
23    Q.  We can go now to the next PowerPoint that
24 we've marked, which is what I'm going to hand you

1 now that the court reporter has marked as Borth 4.
2      And it's another PowerPoint -- what looks
3 to be a PowerPoint presentation.  And this one is
4 entitled response of several arthropod species to
5 three ultrasonic devices from Weitech.
6    A.  Okay.
7    Q.  So again, just to be clear, you've seen
8 this PowerPoint prior to today?
9    A.  Yes.
10    Q.  This was included in your numbered list of
11 references?
12    A.  Yes.
13    Q.  And you gave a qualifier on that earlier.
14    A.  Yes.
15    Q.  Do you know, was this prepared by
16 Dr. Subramanyam?
17    A.  That's a good question.  His name is not
18 on it anywhere that I can see.  So I don't know.
19    Q.  Let me ask you a question.  Will you look
20 at the very last page of this document?
21    A.  Okay.
22    Q.  It says thanks in word art?
23    A.  Yes.
24    Q.  If you look at the preceding -- the

1 preceding one that we looked at --
2    A.  Yeah.
3    Q.  -- if you'd look at the very last page of
4 that for me, is that the same thanks?
5    A.  It seems like it, yes.
6    Q.  Okay.  So back to what we've labeled as --
7 is that Borth 4?
8    A.  4.
9    Q.  So on the second page of this, there are
10 three -- there are three devices listed.
11    A.  Yes.
12    Q.  They're called the Transonic 100,
13 Transonic CIX 0600, and the Transonic 800.
14    A.  Correct.
15    Q.  And were these generally the three devices
16 that were tested by Dr. Subramanyam and his team?
17    A.  Yes.
18    Q.  These are the Weitech devices --
19    A.  Yes.
20    Q.  -- correct?
21    A.  It seems so, yes.
22    Q.  Okay.  And if we look forward a page,
23 again, we see another two pages where he outlines
24 the arthropod species that were presumably tested.

1    A.   Correct.

2    Q.   And again, just so the record is clear,

3  that reflects cat fleas, German cockroaches, ants,

4  Eastern yellow jackets, long-bodied spiders, field

5  crickets, and a fly complex consisting of green

6  bottle fly, flesh fly, house fly, blow fly, and two

7  other unknown fly species.

8    A.   Correct.

9    Q.   This looks similar to the arthropod

10 species outline from the previous --

11   A.   Yes.

12   Q.   -- PowerPoint, right?  Okay.  I have just

13 a few questions about this for you, Dr. Borth.

14       If you go forward, at a certain point,

15 you'll find a page labeled responses of German

16 cockroaches.

17   A.   Okay.  I have it.

18   Q.   Okay.  So he lists the German cockroach as

19 the Blattella germanica.

20   A.   Yes.

21   Q.   Is that a common form of cockroach?

22   A.   They're very common, German cockroach.

23 That's the Latin name, yeah, Blattella germanica.

24   Q.   Okay.  Would you find these all across the

1  United States?

2    A.   Yes.

3    Q.   On the next page, you'll see that, again,

4  we have a picture of the test environment that was

5  used.

6    A.   Correct.

7    Q.   And this says that they used two

8  Plexiglass enclosures that were four feet by four

9  feet by four feet with a two-foot-long conduit

10 square on the bottom.

11       This -- again, this is the same test

12 structure that was included in the previous

13 PowerPoint, right?

14   A.   Yes, the physical design.  I -- we'd have

15 to go back.  I don't know whether the -- the third

16 bullet that says where the ultrasonic unit was

17 mounted, I'm not sure whether that's exactly the

18 same as the other one but --

19   Q.   Okay.  That's a fair distinction, but in

20 general --

21   A.   Yes, in general.

22   Q.   -- the two Plexiglass boxes connected by a

23 conduit is the form of the test?

24   A.   Yes.

1    Q.   If you go forward a few more pages,

2  there's a slide labeled cockroach tests with six

3  pictures --

4    A.   Yes.

5    Q.   -- what appears to be six pictures.

6    A.   Yes.

7    Q.   In these pictures, it looks like there are

8  cockroaches that are actually on the ultrasonic

9  devices.

10   A.   It does.

11   Q.   Is that a result that you saw anywhere in

12 any of Dr. Subi's efficacy studies with regard to

13 the Weitech devices?

14   A.   There was one comment made in one of the

15 reports that this happened.  I don't recall any

16 measurements or anything.  It was just an

17 observation as to that.

18   Q.   Okay.  As an entomologist, especially one

19 who worked in the field of creating applications to

20 repel insects or arthropods, do you find this

21 result concerning?

22   A.   Well, I'd want to find out why.  That

23 would be my approach to it, why are they there.

24 And you conduct some experimentation to try to

1  figure that out.

2    Q.   Do you know if any experimentation was

3  ever done to try to figure out why they were on the

4  repellers?

5    A.   I do not.

6    Q.   If you were running a test and this was

7  the result, would you deduce that the ultrasonic

8  repellers were effective in repelling cockroaches?

9    MR. FALKOF:  I'm going to object to the

10 question.  When you say this was the result, are

11 you assuming that all of the cockroaches went to

12 the device or some percentage of the cockroaches

13 went to a device?

14 BY MR. BARTELA:

15   Q.   Doctor, do you understand my question?

16   A.   Again, that exchange --

17   MR. BARTELA:  Can you read it back for me?

18       (Whereupon, the record was read.)

19   THE WITNESS:  I would not deduce anything until

20 I had more data.

21 BY MR. BARTELA:

22   Q.   Okay.  That's fair.  If you were running a

23 test, where at least some percentage of the

24 arthropods you were trying to repel were attracted

1 to the mechanism you were using to repel them,
2 would you have concerns about the efficacy of that
3 device in actually repelling the insects?
4     MR. FALKOF: Objection as to the form of the
5 question. Go ahead.
6     THE WITNESS: If you use the word attract --
7 which is a very specific word when it comes to
8 testing things.
9         So I would not assume that these were
10 attracting. I don't know why they were there.
11 We'd have to try to experiment -- you know,
12 experiment with it to find out.
13 BY MR. BARTELA:
14     Q. Do you think that someone put these
15 cockroaches on the devices?
16     A. I have no reason to believe that.
17     Q. Okay. You would agree that the pictures
18 that we're looking at right now show various angles
19 of a pest repeller with what, in my estimation,
20 would be 20, 20 plus cockroaches on or directly
21 around the -- oh. Do you need to see the color
22 one?
23     MR. FALKOF: Yeah.
24

1 BY MR. BARTELA:
2     Q. On or around the device? You can -- I
3 have a color copy you can view, if you'd like.
4     MR. FALKOF: I'm going to object to the
5 question on two grounds.
6         I'm not sure whether this is one device or
7 multiple devices. It's really hard to tell.
8         I'm also objecting because there's nothing
9 here to indicate whether the device was even turned
10 on. This may have been before the test. We have
11 no idea whether this is before, during, or after
12 the test.
13     MR. BARTELA: Okay. Can you read my question
14 back, please? Thank you.
15         (Whereupon, the record was read.)
16     THE WITNESS: There are cockroaches on or
17 around the device. How many of them is hard for me
18 to say.
19 BY MR. BARTELA:
20     Q. Okay. If you will look at the preceding
21 page, it's labeled cockroach tests.
22     A. Yes.
23     Q. And we have a chart. And there are
24 several columns in this chart.

1         The first column is labeled date and day.
2 And so it looks to me, and I want your opinion,
3 that this test started on 4/3.
4     A. It looks that way, yes.
5     Q. And it went to 4/8.
6     A. Yes.
7     Q. And the next column is labeled unit in
8 enclosure. And there's an A and a B.
9     A. Yes.
10     Q. Okay. And in the A column, the device is
11 listed as off until April 6th, is that correct?
12     A. April 7th.
13     Q. Okay. April -- that's fair. April 7th
14 and April 8th, the A -- unit enclosure A is listed
15 as on.
16     A. Correct.
17     Q. And for B, the unit enclosure is listed as
18 off on April 4th but on from April 5th and 6th, and
19 then, off again on April 7th and 8th.
20     A. Correct.
21     Q. Is that -- am I reading that correct?
22     A. Yes.
23     Q. And the next two columns are labeled no
24 insects in A, no -- no. insects in B. That means

1 number of insects in A --
2     A. Yes.
3     Q. -- and number of insects in B?
4     A. Yes.
5     Q. And it looks like they were working with
6 100 in A and 100 in B to start?
7     A. Yes.
8     Q. Okay. And the very next column is labeled
9 remarks.
10     A. Yes.
11     Q. And in the remarks, does it -- what type
12 of information is it giving us in the remarks?
13     A. It tells us when the -- on day zero, when
14 the experiment started, and then, on the second day
15 of the test -- what they label as second day, 17 of
16 48 insects were found within the openings in front
17 of unit or near the back of Unit B.
18         On the third day, 20 out of 48 insects
19 were found within openings in front of the unit or
20 near the back of Unit B. And the fourth day, 24 of
21 47 insects were found within openings in front of
22 or near the back of Unit B. And the last one,
23 Day 5, 18 of 35 insects were found within openings
24 in front of unit or near back of the Unit B.

1    Q.   So certainly, for these first two entries
2  on Days 2 and 3, the unit in Enclosure B is listed
3  as on, correct?
4    A.   On for B in Days 2 and 3, correct.
5    Q.   Okay.  So irregardless of -- or rather,
6  regardless of whether the pictures reflect whether
7  the devices are on or off, this chart is telling us
8  that for two days, while the unit in Enclosure B
9  was on, there were a number defined here in the
10  chart of the insects that were found either in
11  front of the unit or near the back of the unit, is
12  that fair?
13    A.   Their word is unit, yes.  I -- that's the
14  word, unit.
15    Q.   Yeah.  And this finding is reflected in
16  the 2000 cockroach study that Dr. Subramanyam
17  conducted, isn't that correct?
18    A.   With respect to what?
19    Q.   With respect to finding cockroaches
20  directly on or near the devices.
21    A.   I think there's a comment -- an
22  observation made that would reflect this, yeah, in
23  that report.
24    Q.   Okay.  If you go a few pages forward, it

1  looks like Dr. Subramanyam begins to break out the
2  results of the cockroach tests by the actual
3  device.
4    A.   Yes.
5    Q.   The first device is the Transonic 100.  If
6  you -- again, these pages aren't numbered so -- I'm
7  sorry.  So the third page for Transonic 100 has two
8  bullets.
9    A.   Yes.
10    Q.   These are what appear to me to be
11  conclusions.
12    A.   Yes.  Yes.
13    Q.   He concluded that the Transonic 100 failed
14  to repel the German cockroaches, is that correct?
15    A.   That's what he writes, yes.
16    Q.   Okay.  And he also writes that Ca 67
17  percent cockroaches in the enclosures with active
18  ultrasonic unit were on the ultrasonic units.  Did
19  I read that right?
20    A.   That's what he -- yes.
21    Q.   What does the Ca mean?
22    A.   I think it's a generally accepted
23  abbreviation for approximately.
24    Q.   Oh, okay.  So he's saying approximately

1  67 percent of the cockroaches were on the actual
2  on the actual ultrasonic units when those units
3  were turned on?
4    A.   That's what he's saying, yes.
5    Q.   Okay.  When you reviewed this, you didn't
6  question other efficacy results of the devices
7  based on the fact that in this test, for instance,
8  67 percent of the cockroaches were actually found
9  on the active ultrasonic units?
10    A.   Well, again, I noted in the reports that I
11  put more weight on that that observation was there.
12  I read this but did not put as much value on this
13  PowerPoint presentation.
14    Q.   So you just didn't put value on it because
15  it's a PowerPoint presentation?
16    A.   I understood it to be a seminar type -- I
17  mean, there's value, but is it as valid, is it as
18  reliable as what's written in the research report,
19  I'd say no.
20    Now, he might have -- he or his associates
21  might have written that research report based on
22  this, but the words that are used in a PowerPoint
23  slide for a seminar are just -- I would not put as
24  much weight on those words as I would on the

1  document, itself, that gets filed with the
2  sponsoring agency.
3    Q.   When you say sponsoring agency, what do
4  you mean?
5    A.   Well, I -- the person who's paying for the
6  test.
7    Q.   Do you know if this test -- if this
8  PowerPoint was given to Applica?
9    A.   I do not know.
10    Q.   How do you think Applica got this?
11    A.   I would have no idea.
12    Q.   Did you review this PowerPoint before you
13  spoke with Les Campbell?
14    A.   I can't recall.  I'd have to look up the
15  dates.
16    Q.   Did you ask Mr. Campbell any questions
17  about this?
18    A.   No.
19    Q.   Did you ask anybody any questions about
20  these negative results that were reported?
21    A.   No.
22    Q.   If you go forward a couple more pages,
23  you'll see they're recounting the results, I guess,
24  from the tests of the Transonic 0600.

1    A. Correct.
2    Q. And again, there's another -- it operates
3  kind of like a conclusory page.
4       There's a statement here that reads German
5  cockroaches appear to have the ability to avoid the
6  ultrasound emitted from Transonic 0600 unit.
7    A. Yes.
8    Q. In your scientific opinion, what does that
9  mean?
10   A. It's a carefully worded statement that a
11 scientist would use in front of an audience that
12 doesn't box him into a corner.
13   Q. This same statement is made in the
14 cockroach efficacy reports from Dr. Subramanyam
15 that are -- specifically, the one that's included
16 in the correlation report, doesn't it?
17   A. It might be. I'm not sure.
18   Q. Did you -- and you didn't call
19 Dr. Subramanyam to see what he meant here?
20   A. No. It -- well --
21   MR. FALKOF: There's no question.
22   THE WITNESS: Okay.
23   MR. BARTELA: It's about 10 to 12:00 now.
24   MR. FALKOF: All right.

1    MR. BARTELA: We can take like a 30 or
2  40-minute break for lunch.
3       (A lunch break was taken.)
4  BY MR. BARTELA:
5    Q. Dr. Borth, we were discussing before the
6  lunch break the PowerPoint, which I think was
7  marked as Borth 4. Would you take a look at the
8  front and let me know?
9    A. Yes.
10   Q. Borth 4? Okay. So I just have a couple
11 more questions about that and we can move on.
12   A. Okay.
13   Q. I think the only results we didn't go
14 through were the Transonic 800.
15   A. Okay.
16   Q. And if you would -- can you take a look at
17 those? It should be a page or two forward from
18 where you were.
19   A. Yes.
20   Q. It should be maybe one more page forward.
21 There should be a conclusory page. Do you see
22 that?
23   A. I do.
24   Q. And does Dr. Subi again conclude that the

1  Transonic 800 failed to repel cockroaches?
2    A. Well --
3    MR. FALKOF: I'm going to object, first of all,
4  because you said Dr. Subi. You're making that
5  assumption, but we don't know for certain.
6    MR. BARTELA: That's fair.
7    THE WITNESS: Well, this is one of the things
8  you got to read between the lines, because if you
9  look at the title and look at the first bullet
10 point, they don't match.
11 BY MR. BARTELA:
12   Q. What's the title of the document?
13   A. Cockroach tests, Transonic 100. The first
14 bullet point, Transonic 800 failed to repel the
15 German cockroaches in our tests.
16   Q. Do you think the title could be a
17 typographical error?
18   A. It could be. I don't know.
19   Q. Did you ask any questions about that --
20   A. Nope.
21   Q. -- when you were given this material?
22   A. Nope. It just fell into the whole realm
23 of this is not -- the whole PowerPoint is not a
24 refereed journal article.

1    Q. Sure.
2    A. So --
3    MR. BARTELA: Well, let's go ahead and mark a
4  different document. We'll mark this as 7. We'll
5  go a little out of order here.
6       (Whereupon, Borth Deposition
7        Exhibit 7 was marked for
8        identification.)
9  BY MR. BARTELA:
10   Q. Here you go. Dr. Borth, what I've put in
11 front of you is an efficacy study from -- it
12 appears to be dated July 1st, 2001, is that
13 correct?
14   A. Yes.
15   Q. Have you seen this before?
16   A. Yes.
17   Q. This was included with the materials that
18 were provided to you by counsel?
19   A. Yes.
20   Q. And did you rely upon this when you were
21 making your expert opinions --
22   A. Yes.
23   Q. -- in this case? If we turn to Page 2 --
24 first of all -- strike that.

33 (Pages 126 - 129)

1      On Page 1, we see that this was submitted
2 by a Fangneng Huang and Bh. Subramanyam, is that
3 correct?
4      A.   Correct.
5      Q.   And that would be the Dr. Subi we've been
6 referring to all day?
7      A.   Correct.
8      Q.   It was submitted to Todd Weitzman.
9      A.   Yes.
10     Q.   Do you have any idea who that is?
11     A.   No.
12     Q.   Okay.  Did you ever talk to a
13 Todd Weitzman.
14     A.   No.
15     Q.   If you look on Page 2, we see that at the
16 very top, Dr. Subi lists three devices that he's
17 testing, the Transonic CIX 0600, the Transonic 100,
18 and the Transonic 800, is that right?
19     A.   Yes, it is.
20     Q.   And he says that -- strike that.  He also
21 gives the technical specifications of the devices,
22 right?
23     A.   Yes, in terms of kilohertz and it looks
24 like decibels.

1      Q.   Okay.  If you'd turn to Page 8, there's a
2 section labeled discussion.  Have you read this
3 section before?
4      A.   Yes.
5      Q.   I'm going to read --
6      MR. BARTELA:  And can we go off the record for
7 a minute?
8           (A short break was taken.)
9 BY MR. BARTELA:
10     Q.   Okay.  So the discussion section, I'm
11 going to read to you what's written here.  I have
12 just a couple questions for you, okay?
13     A.   Yes.
14     Q.   He writes Ballard et al. reported
15 ultrasound could increase the German cockroach
16 activity.
17          The test procedures we used here were
18 similar.  Our results showed that the responses of
19 the German cockroach to the ultrasound varied among
20 the three ultrasonic devices.
21          The ultrasound emitted from the Device A
22 appeared to be able to partially but significantly
23 repel the German cockroaches.  Both Devices B and C
24 failed to repel the insects.  In addition, nearly

1 half of the cockroaches in the enclosures with
2 active ultrasonic unit were hiding at the backside
3 of or on the ultrasonic units.
4      In the three other tests, ultrasound was
5 apparently ineffective in controlling or repelling
6 the German cockroaches.
7      And then, he cites Ballard and Gold, 1982,
8 1983, Schreck, et al., 1984.  Have I accurately
9 read that?
10     A.   Yes.
11     Q.   Would you agree that he's recounting the
12 outcome of the test that he conducted here and
13 specifically related to this report that's dated
14 July 1st, 2001?
15     A.   He seemed to be, yes.
16     Q.   Okay.  Do you have any reason to believe
17 that the test that was conducted here that's dated
18 July 1st, 2001 -- at least that's the date of the
19 report is any different than the results that are
20 recounted in the PowerPoint presentation we were
21 just looking at, which is Borth 4?
22     A.   Well, do I have any reason to believe that
23 it's different?
24          I don't have a reason to believe it is or

1 is not different, because the PowerPoint -- I mean,
2 you can make that assumption, but it's -- it can't
3 be validated without --
4      Q.   Let me ask it a different way, Dr. Borth.
5 We've talked the bulk of today about this
6 Dr. Subramanyam, and his associate, Fangneng Huang,
7 specifically with regard to efficacy tests being
8 done on cockroaches, is that correct?
9      A.   Yes.
10     Q.   Are you aware of any other researchers
11 that have done efficacy studies of the Weitech
12 branded devices with regard to German cockroaches
13 other than Fangneng Huang and Bh. Subramanyam?
14     A.   The only one I can recall that is unknown
15 is a study by Phil Koehler, who coded his devices
16 in his published report.  They were not named.  So
17 perhaps.  I just don't know whether they were
18 Weitechs or not.
19     Q.   Did you --
20     A.   And I don't know whether Weitech called
21 them something else.  I have no knowledge of that.
22     Q.   When you were retained as an expert by the
23 defense in this case, did you ask anybody if anyone
24 else had done efficacy studies with regard to

1  cockroaches other than Mr. Huang and Subramanyam?
2     A.   I did not.
3     Q.   Okay.  I'd like to refer now to the
4  correlation report, which we've marked as Borth 3.
5     A.   Is this going away for now?
6     Q.   You can just keep it somewhere around you.
7  We might come back to it.
8     A.   All right.  And this, the same way, this
9  PowerPoint or --
10    Q.   Yeah.  Just generally hang onto that.
11    A.   Okay.
12    Q.   So Dr. Borth, you have in front of you
13  what's labeled as the correlation report.  And it's
14  marked as Borth Exhibit 3.
15    A.   Correct.
16    Q.   Have you seen this before?
17    A.   Yes, I have.
18    Q.   This has been the topic of some discussion
19  in this case.
20         You had a chance, obviously, to review
21  this prior to completing your report?
22    A.   I did.
23    Q.   Did you -- and you testified earlier, I
24  believe, correct me if I'm wrong, that you had

1  spoke to Mr. Campbell, because you had some
2  questions about the technical aspects of the
3  devices?
4     A.   Correct.
5     Q.   Specifically, the charts that are listed
6  on the first couple of pages, is that right?
7     A.   That's correct.
8     Q.   So let's take a look at the first couple
9  of pages here.
10         We see that there are a number of
11  correlation tables that are found directly beneath
12  a smaller table that lists an efficacy report
13  number.
14         It gives a device model, it gives a pest
15  species that was tested in that efficacy report,
16  and it gives the working frequency output, is that
17  right?
18    A.   Yes.
19    Q.   And so if you'll look through, we have one
20  of those for wild house mice, wild Norway rats,
21  German cockroaches, greenhouse spider, long-bodied
22  cellar spider, and I think that should be it, is
23  that right?
24    A.   Correct.

1     Q.   Have you ever seen a document like this
2  prior to serving as an expert in this case?
3     A.   No.
4     Q.   Is it your understanding that the way that
5  this chart works, for lack of a better term -- and
6  please, if you don't understand what I'm asking,
7  let me know.
8          The way this chart works is, there was,
9  for instance, for wild house mice, a test done of
10 Weitech Device Model 500B.
11          And underneath, where we see the
12 correlation table, those are all other devices that
13 are attempting to be correlated to the device that
14 was actually tested.  Am I understanding that
15 correct?
16    A.   Yes, that's the way I would describe it.
17    Q.   Okay.  And when I say correlated, I mean,
18 specifically, they're comparing the freq -- the
19 peak frequency kilohertz.
20    MR. FALKOF:  I was wondering how you were going
21 to finish that sentence.
22 BY MR. BARTELA:
23    Q.   I'll take another swing at that one.
24 They're specifically comparing the frequency peak

1  kilohertz of the device that was tested with other
2  devices that are branded Weitech B and D and
3  Vermin-X.  Is that your understanding?
4     A.   Let me ask you a question back.  The
5  header table here with the report number
6  Device Model 500B has a working frequency output of
7  26 to 45.  That's what was claimed.
8          So my understanding is that all -- this
9  list of other models that they tested was to
10 compare the frequency peak kilohertz with that
11 working frequency output.
12    Q.   Okay.  That's your understanding of what's
13 happening on this page?
14    A.   Yes.
15    Q.   Okay.  And you got that understanding from
16 your conversation with Mr. Campbell?
17    A.   He confirmed -- yes.  I thought that was
18 the case, but he confirmed that.
19    Q.   Okay.  So is it your understanding that
20 there were no actual efficacy tests done of the
21 models we find in the table labeled correlation
22 table?
23    A.   I don't know of any.
24    Q.   Okay.  So -- and just so we're clear, for

1 instance, for wild house mice, they just tested for
2 purposes of measuring efficacy Device Model Weitech
3 500B. Is that your understanding?
4    A.    That's my understanding.
5    Q.    And then, the -- some of the models listed
6 in the correlation table would be Weitech 0540, and
7 then, there's a number of B and D models --
8    A.    Yes.
9    Q.    -- and two Vermin-X models.  And your
10 understanding is that none of these models were
11 actually tested for efficacy, they were just tested
12 to see what their frequency peak kilohertz was,
13 their voltage magnitude, and then, there's a column
14 labeled wild house mice with an X in it.  So they
15 were never actually tested for efficacy?
16    A.    That's my understanding.  Efficacy on the
17 wild house mice.
18    Q.    Right.
19    A.    Mouse.
20    Q.    So you haven't seen any studies that would
21 demonstrate whether any of the models that are
22 included in the correlation table were actually
23 tested for efficacy, just so I'm understanding you?
24    A.    Well, as long as you're -- the word

1 efficacy that you're using is associated with the
2 pest, the wild house -- no, I have not.
3    Q.    That's a great point.  And let me be more
4 specific, just so we're on the same page and the
5 record is clear.
6          So my question is, as far as you know,
7 none of the models that are included in the
8 correlation table we find under wild house mice,
9 other than Weitech 500B, were actually tested to
10 see if they were effective in repelling wild house
11 mice, is that correct?
12    A.    That's my understanding.
13    Q.    Okay.  Do you know if there were
14 differences in shape or size for any of these
15 models that are listed in the correlation table?
16    A.    I found out later that there -- well, if
17 you look -- if you go to the spec sheet that we
18 talked about earlier, you can see differences
19 there.  I mean, it actually outlines the size and
20 the -- not so much the shape but length, width,
21 height, that sort of thing.
22    Q.    Okay.  So the -- so you have an
23 understanding as we sit here today that generally,
24 some of these models that are included within the

1 correlation table for wild house mice have
2 different shapes and sizes than the Weitech 500B
3 that was actually tested for efficacy of repelling
4 wild house mice?
5    A.    Yes, because I don't -- well, again, I'll
6 qualify.  For the efficacy, yes.  I don't know
7 whether Weitech 500B was listed in that product
8 spec sheet that I talked about.
9    Q.    And it's your opinion, to a scientific
10 degree of certainty, that even though these models
11 included in the wild house mice correlation table
12 weren't specifically tested for their efficacy in
13 repelling, in this instance, wild house mice that
14 they were actually effective to do so?
15    A.    That's my opinion, yes.
16    Q.    Even though they weren't tested?
17    A.    They were tested for frequency peak
18 kilohertz and compared to working frequency output
19 and found to be similar.
20    Q.    And they weren't specifically tested,
21 though, for the efficacy in repelling wild house
22 mice?
23    A.    Not that I know of.
24    Q.    And if you look to the next page -- and

1 I'm going to try to do this efficiently, so as not
2 to waste your time, Dr. Borth.
3          If you look at the next page, there's the
4 same chart for wild Norway rats?
5    A.    Yes.
6    Q.    And the following page is a chart, again,
7 for German cockroaches?
8    A.    Yes.
9    Q.    The next page has a chart for greenhouse
10 spiders and the final chart is long-bodied cellar
11 spiders?
12    A.    Yes.
13    Q.    Okay.  And so it's your understanding that
14 in these charts, the only actual device that was
15 tested for efficacy in repelling the given pest or
16 insect would be the Weitech device model listed at
17 the very top?
18    A.    Yes.
19    Q.    And then, the corresponding or correlated
20 models that fall below it were only tested to make
21 sure that they had the right frequency output, the
22 right voltage magnitude, is that correct?
23    A.    That's my understanding.
24    Q.    And they weren't subject to these efficacy

36 (Pages 138 - 141)

1 tests in terms of repelling the given pest or
2 rodent?
3    A.   Not that I know of.
4    Q.   And you didn't -- that didn't cause any
5 concern to you when you were forming your
6 scientific opinion in this case?
7    A.   A concern, no.  It caused me to think
8 about what was actually being tested.
9        And the thought process went that if the
10 variable of interest, which in this case is the
11 frequency output, was the same, from a physics
12 standpoint, there's very little variability in
13 physical phenomena.
14       There could be a lot of variability in
15 biological phenomena, but when you take the same
16 physical characteristics from one -- from I'll call
17 it the reference unit to the other units, if
18 they're the same, then you would expect to have the
19 same behavior.
20   Q.   So it's your opinion, just so I'm clear,
21 that once you test a device that emits ultrasonic
22 waves, if you have a similar device that emits
23 frequency peak kilohertz with a similar voltage
24 magnitude, you wouldn't necessarily need to test

1 that specific device, you could imply the results
2 from the test of the original device?
3    A.   You could infer that within reason, I'd
4 say.
5    Q.   Okay.  And earlier this morning, we talked
6 a little bit about -- actually, we talked a lot
7 about your background and education and your
8 scientific knowledge and the base of that
9 knowledge.
10       Do you have any scientific training or
11 background in speakers, which I think is a question
12 I asked you earlier?
13   A.   Speakers being like base, treble, that
14 kind of -- no.
15   Q.   Speakers being a device that --
16   A.   Yes.  No.
17   Q.   -- emits sounds.
18   A.   No, not in front of -- not a speaker, like
19 in front of an audience or a podium.
20   Q.   So would you know whether the shape of a
21 speaker would affect the way in which ultrasonic
22 waves are emitted from that speaker?
23   A.   I would not.
24   Q.   You wouldn't know, for instance, if the

1 speaker is shaped differently, it might create a
2 larger area that's touched by ultrasonic waves?
3    A.   I would not know.
4    Q.   Or consequently, a smaller area that's
5 actually affected by the ultrasonic waves?
6    A.   That would be pure speculation.
7    Q.   And you've never done any scientific
8 testing on ultrasonic pest repellers?
9    A.   No.
10   Q.   Or -- let me back up.  You've never done
11 any scientific testing on devices that specifically
12 emit ultrasonic waves?
13   A.   No.
14   Q.   And so you wouldn't know whether the shape
15 of a given device or a difference in the
16 manufacturing process would affect the actual
17 efficacy of that device in repelling the pest, as
18 represented to consumers, would you?
19   MR. FALKOF:  Objection as to the form of the
20 question.  I think you had two questions in there.
21 One was the device, and then, you said in the
22 manufacturing process?
23 BY MR. BARTELA:
24   Q.   Do you -- Dr. Borth, do you understand my

1 question?
2    A.   Not anymore.
3    MR. BARTELA:  Okay.  I'm going to ask,
4 Elizabeth, if you can read it back for me, please.
5        (Whereupon, the record was read.)
6    THE WITNESS:  I'm going to tell you -- I'll
7 give you my answer, and if it doesn't meet your
8 needs, you got to reask it.
9        The variable that's of importance here is
10 the frequency output or the frequency peak.  That
11 is -- that is what has been measured and
12 correlated.
13       And so as long as an unknown model would
14 prove that the frequency peak is the same as the
15 reference, I would expect the results in a
16 biological test to be not significantly different.
17 BY MR. BARTELA:
18   Q.   Okay.  Fair enough.  And the question I'm
19 asking is just a little bit different --
20   A.   Okay.
21   Q.   -- which is -- and I'm going to back up
22 and I'll try to be more artful in my question,
23 which is, we have -- I think we've established and
24 we're comfortable that you've never tested an

1 ultrasonic --
2    A.   No.
3    Q.   -- device?
4    A.   You are right.
5    Q.   Have you ever designed an ultrasonic
6 device?
7    A.   No.
8    Q.   Okay.  And -- so you would agree that you
9 don't have any technical or scientific expertise in
10 how devices that emit ultrasonic waves for the
11 purposes of repelling a pest work?
12    A.   The inside physics of it, no, but I could
13 tell you whether they, quote, work or not based on
14 efficacy tests.
15    Q.   So is your understanding of these devices
16 that they output ultrasonic waves to repel a given
17 pest --
18    A.   Yes.
19    Q.   -- or insect?
20    A.   Yes.
21    Q.   Okay.  And you don't have any scientific
22 or technical expertise that would tell you one way
23 or another whether the shape of an ultrasonic pest
24 repeller would have any bearing on its efficacy in

1 actually repelling a given pest?
2    A.   And by shape, if you're talking about the
3 outside physical -- what it looks like, length,
4 width, height, no, I have no scientific expertise
5 to say yes or no.
6    Q.   Okay.  And to go one step further, you
7 wouldn't know -- or you wouldn't, rather, have any
8 scientific or technical expertise to know whether
9 the actual shape of the speaker that's on the
10 ultrasonic pest repeller would have any effect on
11 its ability to actually repel a given rodent or
12 insect or other pest, would you?
13    A.   Not the shape, no.
14    Q.   Okay.  And as we've gone through the
15 correlation table, we've established that other
16 than the main Weitech models that are found at the
17 top of each category -- of each pest category, the
18 correlated devices were not actually tested for
19 their efficacy in repelling pests, correct?
20    MR. FALKOF:  The question has been asked and
21 answered.  You can answer it again.
22    THE WITNESS:  You're right.  I forget whether
23 it should be a yes or no, but you're right.
24

1 BY MR. BARTELA:
2    Q.   That's okay.  And all -- and some of these
3 devices, at least, from -- based on your review of
4 the product specification sheet were in different
5 sizes or different shapes, is that correct?
6    A.   That's correct, yes.
7    Q.   So you don't know whether they would
8 actually be effective in repelling a given pest or
9 insect based on this change in shape or size, isn't
10 that true?
11    A.   I did not do the testing, but again, I go
12 back to the variable of interest is the frequency
13 peak matched to the working frequency output.  So
14 if those are similar, in my opinion, the efficacy
15 results would be the same.
16    Q.   But you don't know if the shape or size of
17 a device would change that outcome, is that
18 correct?
19    MR. FALKOF:  The question has been asked and
20 answered now three times, Frank.
21 BY MR. BARTELA:
22    Q.   I'll move on, but yes or no?
23    A.   The product spec sheet would give you the
24 differences in length, width, height, and whatever

1 other differences you want to see.
2    Q.   And you don't know the effect those
3 differences would have on their efficacy in
4 actually repelling a given pest or insect, yes or
5 no?
6    MR. FALKOF:  Well, if he can't answer it yes or
7 no, he'll give you an answer other than a yes or
8 no.
9 BY MR. BARTELA:
10    Q.   Doctor?
11    A.   I can't answer it yes or no.  I --
12    MR. FALKOF:  You've answered it.
13 BY MR. BARTELA:
14    Q.   Doctor, you've reviewed -- I'm just going
15 to lay a foundation here, but you've reviewed,
16 obviously, the efficacy reports that are in the
17 correlation report, and then, there were some more
18 that weren't included in the correlation table, is
19 that right?
20    A.   That's correct.
21    Q.   And would it be fair to say that at
22 times -- and this is to the best of your knowledge.
23    We can go through some of these, if you'd
24 like, but at times, the researchers would, for

1 instance, test three Weitech devices, and those
2 devices might give varying results in terms of
3 their efficacy in repelling the pest that's being
4 tested, is that fair?
5    A.  Yes.
6    Q.  And as someone unfamiliar with -- outside
7 of this case, at least, with the use of ultrasonic
8 waves to repel pests and insects, do you have any
9 idea why they would get these varying results?
10    A.  No, not off the top of my head.  I would
11 have to look at specifics.
12    Q.  Fair enough.  If you would, Doctor, I'd
13 like to turn in the correlation report to the mice
14 test, which I think should be the first one.
15    A.  Okay.  I got it.
16    Q.  You see that the author is A. Daniel
17 Ashton.  I asked you earlier if you knew that name
18 and you said you didn't.  Am I --
19    A.  Yes.
20    Q.  Am I remembering that correctly?
21    A.  Yes.  I don't know him.
22    Q.  I have a question for you that's going to
23 be found on Page 4 of 20.
24       Do you see they're recounting some of the

1 findings that they've made based on their tests?
2    A.  Yes.
3    Q.  They say -- and I'm going to read, just so
4 we're on the same page, from the third paragraph.
5       Food consumption and tracking board
6 activity measures both demonstrate a repellency;
7 however, neither food consumption, nor tracking
8 boards were reduced greater than 60 percent.
9 The -- an EPA suggested performance standard for
10 laboratory evaluation of ultrasonic devices.
11       Are you aware of the EPA's suggested
12 performance standard they're talking about here?
13    A.  I am not.
14    Q.  Okay.  Did you do any independent research
15 or ask anybody about this?
16    A.  I did.
17    Q.  Who did you ask?
18    A.  I asked Les Campbell.  I went on line and
19 did my own searching trying to find this guideline
20 or whatever they're calling it.  And I could find
21 nothing or nobody that knew anything about it.
22    Q.  Okay.  In this mice test, how many animals
23 were actually tested?
24    A.  Six mice per test, two replicates of three

1 mice per replicate.
2    Q.  Okay.  So am I understanding correctly
3 that they performed two tests that each had three
4 mice in them in the test?
5       Is that what they mean by two replicates
6 of three mice?
7    A.  Well, a replicate would be exactly the
8 same as another one.  So two replicates of three
9 mice per replicate.  Yes.  And there's -- that's
10 how you get your six mice.
11    Q.  Okay.
12    A.  Two times three.
13    Q.  Are you familiar with the behavioral
14 patterns of mice?
15       And I'm speaking generally.  So if you
16 need me to -- you know, you're the entomologist.
17    A.  I'm not a rodent expert.
18    Q.  Okay.  Do you have any training whatsoever
19 dealing with rodents?
20    A.  No.
21    Q.  Okay.  Are you -- so you wouldn't be
22 familiar from a scientific or technical aspect
23 about how a mouse would behave in its environment?
24    A.  Not from a scientific, or you know,

1 technical --
2    Q.  From your experience as a human --
3    A.  Yeah.
4    Q.  -- you know how mice are, is that fair?
5    A.  Well, I don't know what you mean, but I've
6 seen mice in my house and --
7    Q.  Is it fair to say they run around?
8    A.  Yes.
9    Q.  They scamper?
10    A.  They do.
11    MR. FALKOF:  Scamper?
12 BY MR. BARTELA:
13    Q.  So if you know, Doctor, would a mouse
14 remain constant in one location or would it move
15 around, if you know?
16    A.  I don't know.  If we could --
17    Q.  If you'll look to Page 9 of 20 of this
18 report, this is what looks to be one chart.  It's
19 broken up into two --
20    A.  Right.
21    Q.  -- for purposes of fitting on the page.
22 This is labeled as a mean daily activity index of
23 wild house mice in test apparatus.
24       In your scientific opinion, is this a

39 (Pages 150 - 153)

1 chart that tracks the movement of the mice between
2 the testing chambers during the actual test?
3   A.  That's what I understood it to be, yes.
4   Q.  Okay.  And if you look at these days that
5 are marked treatment, which would be Day 1 to
6 Day 8 --
7   A.  Yes.
8   Q.  -- those would be days that the actual
9 device is being tested on the replicates of mice,
10 is that your understanding?
11   A.  That's my understanding.
12   Q.  And we see that there's two columns for
13 every day, untreated and treated, right?
14   A.  Correct.
15   Q.  And I understand that to mean there's a
16 box that's untreated, so it doesn't have the
17 device, and there's a box treated, so it has the
18 device.  Is that your understanding?
19   A.  That's my understanding.
20   Q.  And if you look at these results, you'll
21 see that the mice continued to go into the treated
22 chamber, isn't that right?
23   A.  It could be or they never left.
24   Q.  Okay.  So either way, they either went in

1 or just didn't leave?
2   A.  They're there.  It's a count.  They are
3 there.
4       Well, excuse me.  This is an activity
5 index.  So if -- I think this is the one where they
6 put some tracking powder outside of the entrance or
7 something and tried to count the --
8   Q.  Count the mouse prints?
9   A.  Yes.  And we'll just leave it at that.  I
10 think that's right.
11   Q.  Okay.  Did you talk to any scientists
12 familiar with rodent behavior to see what these
13 results might mean?
14   A.  No.
15   Q.  Do you know if Applica had -- or Applica,
16 rather, had a threshold level of efficacy?
17       And if that's confusing and you don't
18 understand what I mean, let me know.
19   A.  I think I understand.  And I don't know
20 whether they did or not.
21   Q.  Okay.  Did you ask anybody if they did?
22   A.  No.
23   Q.  Do you know if A. Daniel Ashton, who's the
24 author of this report -- do you know if he's an

1 expert in rodent behavior?
2   A.  I do not.
3   Q.  Do you know if he has any expertise in
4 actually testing ultrasonic devices specifically?
5   A.  I do not.
6   Q.  If you look to Page 11 of 20, there's a
7 protocol, which takes up -- I don't know.  I think
8 it's four pages.
9   A.  Uh-huh.  Yes.
10   Q.  Okay.  I think I might be missing a page,
11 but anyways, do you know who created this protocol?
12   A.  I assume that it was the people at the
13 test facility, BioCenotics, since they're running
14 the test.
15   Q.  When -- if you go to Page 3, under 11,
16 other considerations, there's an efficacy criteria
17 towards the bottom of the page.
18   A.  Okay.
19   Q.  It's Subsection B.
20   A.  Yes.
21   Q.  It says no efficacy criteria are required
22 for this test.  And it goes on to give the EPA
23 standard that we talked about earlier.
24   A.  Yes.

1   Q.  So it would appear that -- and this is
2 just if you know, that we don't know what threshold
3 of efficacy Weitech or Applica would have wanted in
4 this test to confirm that these devices worked in
5 actually repelling wild house mice, do we?
6   A.  I do not know.
7   Q.  Okay.  So if there were two replicates of
8 three mice each, that would mean that -- tested on
9 six mice total?
10   A.  Yes.
11   Q.  Okay.  Would you agree that that's a low
12 population total to be tested?
13   A.  No.
14   Q.  But you don't have any experience --
15   A.  No.  I'm not a rodent specialist.
16   Q.  Okay.  Do you know what habituation is?
17   A.  Generally, yes.
18   Q.  What is habituation, in your
19 understanding?
20   A.  I understand that to be where an organism
21 becomes habituated, acclimated, whatever synonym
22 you want to use to conditions that it's exposed to.
23   Q.  So for instance, if there's a jackhammer
24 outside, over time, I might get used to it and not

1 notice it, is that fair?
2    A.   Yes.
3    Q.   Is habituation a phenomenon found in all
4 creatures or is it creature-specific, if you know,
5 Doctor?
6    A.   I don't know -- I don't have evidence that
7 it is true.  I would imagine it is, but I can't say
8 with 100 percent certainty that it is.  I mean,
9 logic would tell you that every organism would have
10 some habituation level.
11    Q.   Do you know how long in rats and/or mice
12 habituation would take?
13    A.   No, I don't.
14    Q.   Was this idea of habituation concerning to
15 you at all when you were crafting your expert
16 report in this matter?
17    A.   I knew about it.  I read that some of the
18 researchers talked about it.  Did it affect my
19 opinions on whether a device was efficacious or
20 not?  No.
21    Q.   Do you think there should have been more
22 testing done to account for habituation?
23    A.   That would be up to the company.
24    Q.   Perhaps longer testing periods, would that

1 get to the root of whether there's habituation or
2 not?
3    A.   It would help from a scientific
4 standpoint.  You could carry it out for a year and
5 have better results than when it was done for five
6 days.
7    Q.   And those -- there were -- I'm going to
8 take a stab at this so -- there were no long-term
9 tests -- efficacy tests of the devices done on any
10 of the pests that we've talked about today, which
11 would be cockroaches, mice, rats, spiders, ants --
12    A.   I think.
13    Q.   -- yellow jackets --
14    MR. FALKOF:  Objection as to form, but go
15 ahead.
16 BY MR. BARTELA:
17    Q.   -- cat fleas?
18    A.   I think one of them went out to 14 days,
19 but I'd to search which one.  Most were less than
20 14 days.
21    Q.   I'm going to turn hopefully for the final
22 time to talk about cockroaches very briefly.
23    So the cockroach test that's included in
24 this correlation report is dated June 1st, 2002, is

1 that correct?
2    A.   Well, I'm looking for it.
3    Q.   It will be right after the rat test.
4    A.   Okay.  Dated June 1st, 2002, yes.
5    Q.   Okay.  So this test is later in time than
6 the 2001 test, obviously, that we talked about
7 earlier?
8    A.   Yes.  Well, specifically, under final
9 report in this case, it says results are from year
10 2001.  It was reported in 2002.
11    Q.   So a better question might be, this -- do
12 you take this to be the all-encompassing cockroach
13 report for the Weitech devices that were tested?
14    A.   It was included in the correlation report.
15 And so that's what Applica had available to them,
16 but it's -- there are other cockroach tests that
17 we've talked about.
18    Now, some of them were coded.  So whether
19 they were Weitech or not, I don't know.
20    Q.   In terms of coming to your opinion that
21 Applica had sufficient scientific evidence to
22 represent to consumers that this device could repel
23 cockroaches, is this specific cockroach test dated
24 June 1, 2002 what you relied upon?

1    MR. FALKOF:  I'm going to object to the
2 question.  When you say relied upon, I'm not sure I
3 understand what you mean.
4 BY MR. BARTELA:
5    Q.   Do you understand what I mean, Doctor?
6    A.   Again, I would qualify it and say it's not
7 the only thing I used.
8    Q.   So you took into account also the 2001
9 report, which showed that cockroaches had kind of
10 lived on or been on the device?
11    A.   I took into account that.  I took into
12 account the articles that are not included in this,
13 some of the Gold research that was published.
14    Q.   So you relied on Dr. Gold's research?
15    MR. FALKOF:  I'm going to object to the form of
16 the question.  Go ahead.
17    THE WITNESS:  I mean, in part, yes.  I've tried
18 to take everything in toto.
19 BY MR. BARTELA:
20    Q.   In this cockroach test you're looking at
21 now --
22    A.   Yes.
23    Q.   -- they changed the design of the
24 experiment, is that right?

41 (Pages 158 - 161)

1    A.  I can try to find it, but I think this is
2 the one where the unit, itself, was moved to the
3 top of the enclosure instead of being in the
4 enclosure.  If I'm right, then yes, they changed
5 the apparatus that was being used.
6    Q.  And just for your reference, it's on
7 Page 8.
8       So we can agree that in this 200 -- what
9 I'm going to call the 2002 test, because it's dated
10 2002.
11      In this 2002 test, they cut a hole in the
12 top of the Plexiglass box, fitted the face of the
13 ultrasonic device into that hole, and then, sealed
14 the hole all the way around with some type of
15 sealant.
16    A.  Yes.
17    Q.  And that was because in the earlier
18 test -- so we're on the same page, in the earlier
19 test, the device had actually been entirely inside
20 the enclosure and they had found some cockroaches
21 on the device, is that fair?
22    A.  I don't know why -- I don't know why they
23 moved it, but your characterization is right, yes.
24    Q.  Okay.  Do you know if these devices are --

1 well, strike that.
2       Consumers buy these devices and they plug
3 them into their walls, is that right?
4    A.  Yes.
5    Q.  And are they instructed that they need to
6 cut a hole in the wall, put the face of the device
7 up to the hole, and seal around it?
8    A.  No.
9    Q.  So you would agree that this 2002 test,
10 which gives positive results specifically for the
11 CIX 0600 and I think the Transonic 800 was tested
12 in a way that consumers don't use the device, is
13 that fair?
14    A.  Yes.  It's a laboratory test versus an
15 in field test.
16    Q.  And there's no field cockroach study
17 testing the efficacy of the device in a way that
18 consumers would use the device, is that fair?
19    MR. FALKOF:  I'm going to object to the form of
20 the question.
21    THE WITNESS:  I don't know of any.  I would
22 imagine it's out there, but I don't know.  I mean,
23 I can't tell you right now that there are any.
24

1 BY MR. BARTELA:
2    Q.  Okay.  I'm talking specifically -- just so
3 we're clear, because I don't want to confuse you,
4 specifically about all of the materials that
5 Applica has that they gave to you and they gave to
6 me in discovery.
7       Are there any cockroach tests in those
8 materials that tests the efficacy of an ultrasonic
9 pest repeller to repel cockroaches in the field,
10 specifically in a way that consumers would use the
11 device?
12    MR. FALKOF:  Objection as to form.
13    THE WITNESS:  Not cockroaches.
14 BY MR. BARTELA:
15    Q.  Okay.  And -- but you still concluded --
16 or opined, rather, in your report that they had
17 sufficient scientific evidence to claim that these
18 devices could repel cockroaches?
19    A.  I claimed -- or I opined that the Wei -- B
20 and D models produced a frequency that would repel
21 a cockroach based on the tests that I looked at.
22    Q.  Okay.  Specifically, on Page 9 of 19 of
23 your report, you say, based upon Finding No. 8, it
24 is my opinion that Applica had sufficient

1 scientific evidence to claim that Model EW406-5P
2 would repel cockroaches when used in accordance
3 with the Use & Care Book, is that --
4    A.  Yes.
5    Q.  That's correct?
6    A.  That's what I said, yes.
7    Q.  Okay.  But these devices were never tested
8 in accordance with the Use & Care Book, were they?
9    A.  I don't know.  I did not see any tests,
10 other than what we've been given.
11    Q.  Doctor, how can you reasonably conclude
12 that these devices would repel cockroaches when
13 used in accordance with the Use & Care Book if you
14 haven't seen any tests proving that they would do
15 the same?
16    A.  I can reasonably conclude that, because in
17 the laboratory test, they did.  And so when you
18 take those results and you put them in a field
19 condition or in a house, they're going to do the
20 same thing.
21    Q.  Okay.  Can we agree that -- and let me
22 know if you disagree, that the 2000 cockroach test,
23 in which the entire device was placed in the
24 Plexiglass box is more similar to how a consumer

1 would use the device, rather than the 2002 test, in
2 which the face of the device was fitted into a hole
3 and that hole was sealed with some type of sealant?
4    A.   I'd agree with that.
5    Q.   Okay.  And in that test, it showed largely
6 that the cockroaches accumulated on the devices, is
7 that correct?
8    MR. FALKOF:  Object to the form of the
9 question.
10    THE WITNESS:  We saw photographs with
11 cockroaches on devices.
12 BY MR. BARTELA:
13    Q.   Okay.  But it's still your opinion that
14 these devices will repel cockroaches when used in
15 accordance with the Use & Care booklet?
16    A.   Yes.
17    Q.   If you turn to the -- I guess it's the
18 greenhouse spiders test that's included within the
19 correlation report.
20    A.   That would be -- it's near the back,
21 right?
22    Q.   Yeah.  It's right after the cockroach
23 test.  I don't know if that helps.
24    A.   What are we looking for?

1    Q.   The greenhouse spiders test.
2    A.   Maybe these aren't in order anymore.
3 Pardon me.
4    Q.   I can give you my copy.
5    MR. FALKOF:  Is it just before the long --
6    MR. BARTELA:  Yeah.  It's right after
7 cockroaches and just before long-bodied spiders.
8    THE WITNESS:  Yeah, but my holes aren't lining
9 up anymore.
10    MR. FALKOF:  Let me see what you have.
11    THE WITNESS:  Oh.  It's under a pad of paper.
12    MR. BARTELA:  Thanks, Brad.
13 BY MR. BARTELA:
14    Q.   I just have a couple brief questions about
15 this.  So obviously, again, you reviewed this
16 study?
17    A.   Yes.
18    Q.   I think, in your report, you make mention
19 that -- let's do it this way.  Strike that.
20       If you go to what's listed as Page 3,
21 there are -- there's a table that has some
22 mathematical computations on it.  This was
23 obviously the subject of some discussion.
24       I think in your report, and correct me if

1 I'm wrong, you make mention that the raw data is
2 missing, but you tried to back out the numbers of
3 spiders that were involved in the test, right?
4    A.   Correct.  Yes.
5    Q.   In your opinion as a scientist, when
6 you're doing -- when you're compiling a report like
7 this, it's good laboratory practice to include all
8 the data so that the audience knows exactly what
9 you're talking about?
10    A.   First, to make sure I understand, when you
11 use the term good laboratory practice, that is
12 specific -- has specific protocols under the
13 acronym GLP.
14       This was not a GLP study.  I'm sure it
15 wasn't ever designed to be.  If you're asking
16 whether, in a research report, you would include
17 raw data, sometimes yes, sometimes no.
18    Q.   Okay.  I'd like to focus on the latter,
19 which would just be good sound practice under a
20 scientific method.
21    A.   Okay.
22    Q.   Is it your opinion that it would be a
23 better practice to include the raw data here?
24    A.   It would advantageous to somebody doing

1 what I was trying to do --
2    Q.   Right.
3    A.   -- to have the raw data.
4    Q.   If we have the raw data, then we don't
5 have to guess, is that --
6    A.   That's correct.
7    Q.   Okay.  And whether the Court were to
8 accept Dr. Gold's opinion on these numbers or your
9 opinion on these numbers, we don't have the raw
10 data to know exactly what these numbers are, is
11 that fair?
12    A.   No, you don't; however, I -- the way I
13 back-calculated it, I think I did it correctly, and
14 still, you're -- in this case, you go to the
15 objective, which was not a laboratory study.  This
16 is under natural room conditions.
17       And that brings up the whole subject of,
18 you take what's there, which we do.
19    Q.   This study was done in greenhouse rooms.
20    A.   Yes.  That's what it says.
21    Q.   And it says it was done in one
22 500-square-foot room and two 625-square-foot rooms.
23    A.   That's what it says, yes.
24    Q.   A 500-square-foot room would be 25 by 25?

43 (Pages 166 - 169)

1 No?

2    A.  If you had a calculator, you take the

3 square root of 500 and that's -- if it's square.

4    Q.  You don't know?

5    A.  But we don't even know that.  That's the

6 point I made in the report.  We don't know whether

7 it's rectangular, square, circular.

8    Q.  Do we know if there are any obstructions

9 in this room?

10    A.  No.  It doesn't say that it is or isn't.

11    Q.  And each room was used both as an

12 experiment room and control?

13    A.  Let me make sure.  I think that's correct,

14 but let me make sure.  Yes.

15    Q.  So as far as we know from reading this

16 report -- I want to make sure we're on the same

17 page.  As far as we know, we have three rooms?

18    A.  Yes.

19    Q.  We don't know if there's any obstructions

20 and we don't know what shape they are?

21    A.  Correct.

22    Q.  And -- but we do know, in each room,

23 there's an ultrasonic pest repeller on one side of

24 the room or in one portion of the room, is that

1 fair?

2    A.  Correct.

3    Q.  And on the other side or in the other

4 portion, there's no ultrasonic pest repeller?

5    A.  No, we don't know that.  I think the

6 opposite.  I think there was an ultrasonic unit.

7 It just wasn't turned on, which would have been the

8 control.

9    Q.  Okay.  So you think it's maybe plugged in

10 but just not turned on or just is existing there in

11 some fashion, is that fair?

12    A.  Yes.  Yes.

13    Q.  Would you agree that in this instance,

14 there's no true control here?

15    A.  No, I would not.

16    Q.  Okay.  So you don't think, in an

17 unobstructed room, the ultrasonic waves wouldn't

18 have traveled all the way to the other side, and

19 therefore, affected the control side of the room?

20    A.  I don't know.  My opinion is no, it

21 wouldn't, because if you go back to the biology and

22 the purpose of the study, the spiders had equal

23 opportunity to move wherever they wanted to in the

24 room regardless of whether the device was turned on

1 or not.  And they got the results they got.

2    Q.  Did you call anybody to ask them about the

3 shape of the room, if there's obstructions in the

4 room, anything you were confused about in this

5 study?

6    A.  No.

7    MR. FALKOF:  Objection as to the form.

8 BY MR. BARTELA:

9    Q.  What's your understanding of how far the

10 ultrasonic waves travel from the Black & Decker

11 branded pest repellers?

12    A.  I do not have an understanding.

13    Q.  Okay.  You'd agree with me that they don't

14 tell consumers that on the packaging, do they?

15    A.  Indirectly, they do.

16    Q.  And how is that?

17    A.  Indirectly, they say, for an average size

18 room, you use one model, and for a large size room,

19 you use another model.

20    Q.  Do they give the consumer any idea of what

21 they mean by average size or large size room?

22    A.  I did not see that in the packaging.

23    Q.  In the -- and we can go back through

24 these, if you'd like, but specifically, the

1 cockroach tests, we know that the boxes were four

2 by four by four.

3       So I would take that to mean four feet

4 tall, four feet wide, and four feet deep, is that

5 right?

6    A.  I would, too, yes.

7    Q.  So that would be a -- essentially, a

8 16-square-foot room that's four feet tall?

9    A.  Yes.

10    Q.  Have you ever been in a house that has a

11 16-square-foot room that's four-foot tall?

12    A.  No.

13    Q.  I want to talk about your fifth opinion

14 you make in your report.  Let me know when you get

15 there.  It's Page 9 of 19.

16    A.  Oh, that helps.  Okay.  Fifth opinion.

17    Q.  Yeah.  And this opinion deals with the

18 term other pests.

19    A.  Yes.  Yes.

20    MR. BARTELA:  Do you want to go off the record?

21       (Discussion off the record.)

22    THE WITNESS:  Okay.  9 of 19?

23 BY MR. BARTELA:

24    Q.  Yes, sir.

44 (Pages 170 - 173)

1    A.   Okay.  I'm there.

2    Q.   It's the fifth opinion, which deals with

3  other pests.

4    A.   Yes.

5    Q.   Okay.  And so as I see it, it's your

6  opinion that Applica had sufficient scientific

7  evidence to claim the model, which is EW406-5P

8  would repel other pests, and then, you give several

9  examples.

10        Norway rats, house crickets, Imperil

11  scorpions, and yellow jackets when used in

12  accordance with the Use & Care Book?

13    A.   Yes.

14    Q.   Okay.  Anywhere on the packaging, does it

15  tell consumers or anybody what they mean by other

16  pests?

17    A.   No.

18    Q.   What's the most common insect in the

19  United States?

20    A.   It would be a beetle.

21    Q.   A beetle?  Okay.  How about an ant?  Is

22  that pretty common?

23    A.   Yes, cer -- yes, in the gener -- when you

24  use ants, yes.

1    Q.   Have you had ants in your house before?

2    A.   Yes.

3    Q.   I presume when you see an ant, you can

4  tell us what it is?

5    A.   There are specialists in ants that would

6  do a better job than I, but I could get close

7  maybe.

8    Q.   I see an ant and I just think there's an

9  aunt.  Okay.  So --

10    A.   Many different kinds.

11    Q.   So we can agree that ants are fairly

12  common in the United States households?

13    A.   Yes.

14    Q.   Okay.  What about -- and another term I'm

15  going to use generically, because I don't have the

16  education you do is a fly.

17    A.   Okay.

18    Q.   Would a fly be a common thing to see in a

19  United States household?

20    A.   In an urban environment, yes.

21    Q.   Okay.  There's a lot of different kinds of

22  flies?

23    A.   Lots.

24    Q.   Do you know how many?

1    A.   No.

2    Q.   Are there specialists for flies --

3    A.   Yes, there are.

4    Q.   -- just like for ants?  This device

5  doesn't work for ants, does it?

6    A.   The test that I looked at showed that it

7  did not have a repellency effect on those -- those

8  ant species that they tested.

9    Q.   Okay.  And it doesn't work on flies

10  either, does it?

11    A.   On the fly species that they tested, under

12  those experimental conditions, it did not show a

13  repellency effect.

14    Q.   What about fleas?  Are fleas a common

15  insect you might see in the United States?

16    A.   A subjective term, common.  They're there,

17  but I don't think -- if you ask Terminix or Orkin

18  whether they'd rank in the top 10, maybe top 10,

19  not top 5.

20    Q.   And what's your recollection about whether

21  these devices are effective in repelling fleas?

22    A.   Fleas did not -- my recollection is, it

23  did not show any treatment effect from Subi's

24  tests, nor Phil Koehler's tests from Florida.

1    Q.   And they don't -- Applica, rather --

2  strike that.

3        The packaging doesn't tell consumers that

4  these won't work on common household insects like

5  ants or flies, do they?

6    MR. FALKOF:  I'm going to object to the

7  question.  When you say the packaging, remember,

8  over the years, the packaging changed.  So which

9  packaging are you referring to?

10    MR. BARTELA:  Let me -- that's fine.

11  BY MR. BARTELA:

12    Q.   And I'll rephrase, Doctor, so we can be

13  specific, because I don't -- I want you to be clear

14  about what I'm asking.

15        Have you seen Deborah Galoski's packaging

16  in this case?

17    A.   I've seen what was presented as

18  Deborah Galoski's package, yeah, the Xerox

19  photocopies of it.

20    Q.   Do you have reason to believe that's not

21  actually her packaging?

22    A.   Not -- I have no reason to believe it's

23  not, no.

24    Q.   And on that packaging, it just -- it

1 purports that the device will drive out spiders,
2 cockroaches, mice, and other pests, is that right?
3    A.   Correct.
4    Q.   And nowhere on that specific packaging
5 does it tell the consumer that the device won't
6 work on ants?
7    A.   It does not.
8    Q.   Or flies?
9    A.   It does not.
10    Q.   But it does tell the consumer that the
11 device will drive out some pests, which it
12 identifies as spiders, cockroaches, mice, right?
13    A.   Those words are on there, yes.
14    Q.   Drive out.  And you understand drive out
15 to mean it will drive them out of the house?
16    MR. FALKOF:  Objection as to the form of the
17 question.
18    THE WITNESS:  That's a matter of one's opinion,
19 you know, what you think of when you think of the
20 word drive and drive out.  And I know Dr. Gold
21 thought that it was -- it meant drive them out of
22 the house.
23        In my opinion, it's a subjective word.  I
24 could say drive them from Point A to Point B an

1 inch away.
2 BY MR. BARTELA:
3    Q.   And what's your --
4    A.   So it's a subjective --
5    Q.   What's your subjective understanding of --
6    A.   If it moves, it's driven.
7    Q.   So you think people would buy this product
8 to drive the pests from one room to another?
9    A.   I don't know why they buy it.
10    Q.   Would you buy it?
11    A.   Would I buy it?  I have not bought one.  I
12 don't have pests.
13    Q.   That's because you're the bug doctor.  In
14 your Opinion No. 5, you mention Imperial scorpions,
15 which sound terrifying.
16    A.   Imperil.
17    Q.   Imperil.  Okay.  Imperil scorpions.  Where
18 would you find Imperil scorpions in the United
19 States?
20    A.   I'll tell you, they're not in Indiana that
21 I know of.  I have to believe they'd be in Kansas
22 where Dr. Subi tested them.
23    Q.   Should I be worried about them in Ohio?
24    A.   I do not think so.

1    Q.   Okay.  In Dr. Subi's test of Imperil
2 scorpions, he tested the device on one scorpion at
3 a time, is that accurate?
4    A.   I'd have to refresh my memory.
5    Q.   Okay.  Doctor, let's --
6    MR. BARTELA:  We'll mark these -- we can mark
7 one 8 and one 9.
8        (Whereupon, Borth Deposition
9         Exhibit 8 and Exhibit 9 were
10        marked for identification.)
11 BY MR. BARTELA:
12    Q.   So we should be looking now at Borth 8,
13 which is a copy of the response of Imperil scorpion
14 to ultrasound emitted from CIX 0600.  Are we on the
15 same page?
16    A.   Yes.
17    Q.   If you turn to Page 2, there is a test
18 procedures paragraph.
19    A.   Okay.
20    Q.   I'm going to read just the first
21 sentence --
22    A.   Okay.
23    Q.   -- two sentences.  For each ultrasonic
24 device, six separate tests were conducted.  In each

1 test, a scorpion was released into one of the
2 paired enclosures and allowed to acclimate to the
3 environment for 24 hours.
4        So my understanding is that they tested
5 one scorpion at a time.  Is that your
6 understanding?
7    A.   Well, that's how I read it, yes.
8    Q.   Do you have any technical or scientific
9 familiarity with Imperil scorpions?
10    A.   Not that species.
11    Q.   Okay.  Do you know if scorpions are
12 stationary creatures or do they move around a lot?
13    A.   I've seen scorpions move around.  It
14 depends on the time of day and other environmental
15 factors.
16    Q.   Do you know from this study if they put
17 the scorpion in the box that had the device or
18 didn't have an active device?
19    A.   To start out with, during the acclimation
20 period, you mean?
21    Q.   Yeah, to start out with.
22    A.   I can't find that it says that.  If you
23 give me time to read the whole thing, I might be
24 able to but -- I don't know -- let's see.

46 (Pages 178 - 181)

1    No, I don't see any verbiage that tells us
2  where the scorpion -- in which unit the --
3  enclosure, I guess, the scorpion was placed.
4    Q.   And -- but this study ultimately concludes
5  that the device is effective in repelling scorp --
6  Imperil scorpions?
7    A.   That's the last sentence, yes.
8    Q.   So your opinion that the -- that other
9  pests would encompass Imperil scorpions is based on
10  six replicates of one scorpion, so six scorpions
11  total, is that correct?
12    A.   Yes.
13    Q.   And you don't think that that's a low
14  population total for a scientific study?
15    A.   No, because I -- the little bit I know
16  about scorpions tells me they're cannibalistic. So
17  if you put more than one in an enclosure, they're
18  going to fight each other to death. So you don't
19  do that.
20    Q.   That's fair enough but -- and what I'm
21  asking is, you're comfortable saying, in your
22  scientific opinion -- or it is, rather, your
23  scientific opinion that these devices could
24  effectively repel scorpions based on a test in

1  which they looked at six scorpions?
2    A.   Yes.
3    Q.   And from a scientific standpoint, you
4  don't have any problem with the low population
5  total of that test?
6    A.   No.  I would assume that the scorpions
7  that they used were representative of the
8  population of Imperil scorpions.  No reason to have
9  more.
10    Q.   In your background with testing
11  chemical-based repellents, would you have tested
12  something on six insects and concluded that it was
13  work -- it worked and it was effective in repelling
14  those specific insects?
15    A.   It would depend on the insect.
16    Q.   Okay.  So you don't think, in your
17  previous experience, you would have said six is
18  just too low of a population total to know if this
19  thing works or not?
20    A.   Well, there were six replicates.
21    Q.   Of one -- right, of one scorpion each.
22    A.   They didn't use the same scorpion over and
23  over --
24    Q.   Do you know that?

1    A.   -- as I understand it.  For each ult --
2  I'm reading.  For each ultrasonic device, six
3  separate tests were conducted.  In each test, a
4  scorpion adult was released into one of the paired
5  enclosures and allowed to acclimate.
6    So you're right, I do not know that there
7  were six scorpions used.
8    Q.   There was a couple yellow jacket tests.  I
9  don't -- I just want to ask you some general
10  questions about them.  Do you remember reviewing
11  those tests --
12    A.   Yes.
13    Q.   -- generally?
14    A.   Yeah.
15    Q.   Those tests were performed outside?
16    A.   Yes.
17    Q.   Okay.  The Use & Care booklet, does it
18  advise if the device should be used inside?
19    A.   I'd have to refresh my memory.  I believe
20  it does.  It probably says not for use outdoors.
21    Q.   So again, here's an instance of a test
22  that's performed -- or was performed, rather, in
23  contradiction with the Use & Care booklet?
24    A.   Oh, in that -- if the Use & Care booklet

1  says what I think it says, not to be used outdoors,
2  yes, this would be not a test that they would use
3  to support the location of the device.
4    Q.   But you still concluded that based on this
5  yellow jacket finding, yellow jackets could be
6  another pest that could be repelled, even though
7  they were tested without -- even though -- scratch
8  that.
9    Even though they were tested in a
10  contradictory fashion to the instructions in the
11  Use & Care booklet?
12    A.   Yes.  In my opinion, it would be even more
13  effective if the yellow jackets were indoors.
14    Q.   But you haven't seen an indoor test?
15    A.   I have not seen an indoor test for yellow
16  jackets.
17    Q.   So that's a guess then?
18    A.   Yes.
19    MR. BARTELA:  I do want to mark -- oh, we
20  already marked it.
21  BY MR. BARTELA:
22    Q.   I'd like to refer you to Borth 6.  And
23  this is a Norway rat study --
24    A.   Okay.

47 (Pages 182 - 185)

1    Q.  -- that was done by Victor for their Sonic
2  PestChaser device --
3    A.  Okay.
4    Q.  -- okay?  So you listed this as one of the
5  materials you relied upon in your -- in coming to
6  the conclusions in your report.
7    A.  Yes.
8    Q.  Obviously, this does not test the Black &
9  Decker branded products, is that right?
10   A.  Correct.
11   Q.  Did you look to see if the kilohertz
12 and/or voltage magnitude matched up to the Black &
13 Decker branded devices?
14   A.  No.  It's not stated -- not listed.
15   Q.  So in this test, they conclude at the
16 bottom of Page 7 of 9 -- they say that -- let's
17 actually look at the next page, because I think the
18 next page is the actual conclusion to the test.
19      Page 8, there's a section labeled
20 discussion and conclusions.
21   A.  Yes.
22   Q.  One of the conclusions is that -- and
23 correct me if I'm wrong.
24      My understanding is that the rats

1  continued to go into the test room and continued to
2  eat food from the test room and leave droppings in
3  the test room.  Is that your understanding?
4    A.  It looks that way, yes.
5    Q.  And so I'm specific, when I say test room,
6  I mean --
7    A.  The one --
8    Q.  Oh.  Go ahead.
9    A.  The one with the ultrasonic device on.
10   Q.  Okay.  If you had a house, hypothetically,
11 which I'm sure you do, a very nice one in
12 Indianapolis, I'm sure, and in that house, there
13 were rats and the rats continued to come into a
14 room in which you had utilized some type of pest
15 repellent, would you consider that effective?
16     MR. FALKOF:  I'm going to object to the form of
17 the question.
18     THE WITNESS:  Are you asking if I would have an
19 ultrasonic device in my room for --
20 BY MR. BARTELA:
21   Q.  I'm talking generally.  If -- and I'll
22 back up so you can understand where I'm going.
23      Hypothetically, you have rats in your
24 living room.

1    A.  Hypothetically.  Okay.
2    Q.  And you go and pick out some type of pest
3  repellent mechanism --
4    A.  Whatever.
5    Q.  -- application, whatever it might be?
6    A.  Whatever.  Okay.
7    Q.  And you utilize it in the living room,
8  where you know the rats are.
9    A.  Okay.
10   Q.  And you continue over time to see -- I
11 don't know.  Chew marks from the rats, droppings
12 from the rats, evidence that the rats are still
13 coming into that room.
14      Would you consider that repellent you were
15 using effective?
16   A.  No.
17   Q.  Okay.
18   A.  As a consumer.
19   Q.  As a consumer.  Okay.  And do you have a
20 different opinion as an expert?
21   A.  Well, if it was -- if I was looking at it
22 as -- from a scientific viewpoint, I would ask
23 many, many more questions, where are the rats
24 coming, what time of day, why are -- your

1  hypothetical, why are these repellents not doing
2  what they're supposed to do.  There should be a
3  reason.
4    Q.  And when you see results like this one in
5  the Victor test, where the rats are continuing to
6  go into the test room, continuing to eat from the
7  test room, and continuing to leave droppings from
8  the test room, did you ask yourself those exact
9  questions?
10   A.  No.
11   Q.  So you didn't question the results of this
12 test at all?
13   A.  No, I didn't.  I took it at face value.
14 And --
15   Q.  And face value is you're just --
16   A.  Well --
17     MR. FALKOF:  Wait for a question.
18 BY MR. BARTELA:
19   Q.  You're just relying on the conclusion that
20 there was a trend of --
21   A.  That's exactly right.
22   Q.  Okay.
23   A.  A trend of reduced activity in the test
24 room compared to the alternate room, because --

48 (Pages 186 - 189)

1  well, this one isn't even the Weitech thing.  So --
2  Q.  Would you like to look at the Weitech?
3  A.  If you want to.
4  MR. FALKOF:  I think we did earlier.
5  MR. BARTELA:  Did we?
6  MR. FALKOF:  Yeah.
7  MR. BARTELA:  Oh.
8  BY MR. BARTELA:
9  Q.  Well, I guess my broader point, just to
10  tie a bow on it, is this.
11     When you're seeing varying results in
12  these tests we've gone through all day where that
13  happened, are -- did you question the efficacy of
14  the devices at any point, seeing this evidence that
15  it didn't work in some circumstances on some
16  creatures?
17  A.  Well, it's true in this case that there's
18  a trend.  There's now statistical differences for
19  Victor, but Victor is not the subject of the claim.
20     So I looked at it as one of these other
21  pieces of evidence and it could be lumped under
22  that category of other pests.  It's not
23  specifically named.
24  Q.  Did you do any of your own independent

1  statistical analyses of any of the data we've
2  looked at that's included in the reports?
3  A.  No.  There was -- no, I didn't.
4  Q.  I want to talk next, Doctor, about your
5  eighth opinion that's related to some Amazon
6  results.
7  A.  Okay.
8  Q.  So at a certain point, you looked up
9  Black & Decker branded ultrasonic pest repellers on
10  Amazon.  Am I understanding that correctly?
11  A.  Yes.
12  Q.  Did anyone tell you to go look at those
13  reviews?
14  A.  They didn't tell me.  They -- Mr. Falkof
15  told me that they were there.
16  Q.  Okay.  So he tells you that they're there,
17  and then, you go and look at them?
18  A.  Yes.
19  Q.  Okay.  Did you do a general Internet
20  search of Black & Decker branded pest repellers to
21  look at reviews on any other websites other than
22  Amazon?
23  A.  No.
24  Q.  So you didn't check to see if maybe they

1  were still listed for sale on, for instance,
2  overstock.com?
3  A.  No.
4  Q.  Or eBay maybe?
5  A.  No, but what I understand Google to do,
6  when you put it in, it's going to bring up -- it
7  will bring up a lot of things.
8  Q.  Sure.
9  A.  And I didn't go to Page 2, Page 3, Page 4
10  to see if they were there.
11  Q.  So in terms of customer reviews, you went
12  specifically to Amazon?
13  A.  Just to that particular --
14  Q.  Because you knew that they -- that the
15  reviews were there based on your conversation with
16  counsel?
17  A.  Correct.
18  Q.  Okay.  Did you attempt to contact any of
19  the commenters on the Amazon reviews?
20  A.  No.  As I -- no.  I think many were aged,
21  historic.  The answer is no.
22  Q.  Do you know the origin of any of these
23  reviews that you looked at?
24  A.  Just what you see on the Amazon thing.

1  They give their -- maybe even initials.  I don't
2  even know if they give their full names.
3  Q.  Do you -- are you aware of whether or not
4  Amazon reviews can be left by computer programs
5  programmed to review products?
6  A.  I am not aware.  It would not surprise me;
7  however, I qualify this in saying, whatever this
8  means to Amazon, these were, quote, verified
9  purchasers.
10     I take that to mean that Amazon, in some
11  way, verified that it wasn't a robot doing it, it
12  was a purchaser.
13  Q.  Are you aware of a lawsuit Amazon filed
14  against a company called fiverr.com?
15  A.  I am not.
16  Q.  And that -- and just I'll purport to let
17  you know that in that lawsuit, Amazon sued about
18  1,300 individuals, who had charged money to leave
19  reviews on product listing pages.  Are you aware of
20  that cottage industry?
21  A.  Not at all.
22  Q.  Okay.  Do you have any reason to -- strike
23  that.
24     You don't know one way or the other where

49 (Pages 190 - 193)

1  these reviews came from?
2  A.  Not for certain, no.
3  Q.  Just that they exist on amazon.com?
4  A.  That's right.  And that's why I stated it
5  the way I did.
6  Q.  Did you endeavor to conduct any type of
7  consumer survey?
8  A.  No.
9  Q.  Do you have any experience conducting
10 consumer surveys?
11 A.  Not consumers.  Well, long ago in my past,
12 I -- for a project in statistics, I had to do some
13 survey work but --
14 Q.  Was that when you were in school still?
15 A.  Yeah.  Yes.
16 Q.  You were doing your Ph.D. work maybe?
17 A.  Yeah.  Probably even masters.  Survey is a
18 whole discipline in itself.
19 Q.  You would agree that when you are
20 constructing a survey, you have to be aware of the
21 bias that your questions might --
22 A.  Most certainly.
23 Q.  Okay.  And that bias can influence
24 whoever's taking the survey to answer one way or

1  the other?
2  A.  Yes.
3  Q.  Okay.  So you'd agree that to properly
4  understand how consumers feel about the Black &
5  Decker branded ultrasonic products, a non-biassed
6  survey might be a better way to do it than looking
7  at Amazon results?
8  A.  If you wanted to know that, yes, this --
9  yes.
10 Q.  Well, you wanted to know it, right?  I
11 mean --
12 A.  Well --
13 Q.  -- you put it in your report?
14 A.  I called this an extra data point.  It's a
15 point of interest.
16    It's not something that I valued very
17 heavily, other than to simply mention that it was
18 there and it gives a different perspective for what
19 it's worth from these verified purchasers.
20 Q.  Right.  And that's fair.  You do say it's
21 an extra data point.
22    You also say but certainly not completely
23 discounted either.
24 A.  Right.

1  Q.  So you gave some weight to this?
2  A.  Yes.  It was part of the whole package.
3  Q.  Even --
4  A.  Exactly.
5  Q.  Okay.  I didn't mean to step on your toes
6  there.
7     Even though you don't know where the
8  reviews came from?
9  A.  I don't know geographically where they
10 came from.  I know they were on an Amazon site.
11 Q.  And you don't know if they came from real
12 people --
13 A.  I do.
14 Q.  -- or a computer program?
15 A.  I do not know for certain.
16 Q.  Okay.  Earlier, we talked a little bit
17 about good laboratory practices and not in the
18 specific sense but in the general sense.
19 A.  Okay.
20 Q.  Is it, in your experience, a good
21 scientific practice to use a control when you're
22 doing an experiment?
23 A.  Always.
24 Q.  In your opinion, what's the purpose of a

1  control?
2  A.  A control is run -- is purposely put in
3  place to, quote, control for experimental error,
4  any kind of error that might be present in the
5  experimental design and the collection of data or
6  whatever.
7  Q.  Is using a control a good way to
8  compare -- to have something to compare your
9  results from the actual experiment, too?
10 A.  If the control is the right control, yeah.
11 Q.  Okay.  So the purpose of the control is --
12 and if I'm oversimplifying this, I'm sorry.  Let me
13 know.
14    The purpose of the control is to make sure
15 you have some comparative mechanism to judge your
16 results against?
17 A.  That's -- yes.
18 Q.  That's fair?
19 A.  That's fair at a high level.
20 Q.  So if you had no control, would the
21 results of your experiment -- would they be less
22 meaningful?
23 A.  Yes.
24 Q.  Why would they be less meaningful?

1    A.   Because there could be -- without a
2 control to compare to, you cannot say with
3 certainty that any of the results are due to the
4 treatment.
5    Q.   Okay.  So if you don't have a control, you
6 would struggle to prove causation?
7    A.   Yes.
8    Q.   What does causation mean to you?
9    A.   Cause and effect.  In this kind of
10 context, a treatment -- I don't know what it means
11 legally, but to me, it means some treatment caused
12 something in an organism.
13    Q.   Well -- and that's a fair limitation,
14 because we do place meaning on causation from a
15 legal perspective, but I'm more concerned with your
16 scientific -- in your scientific and expert
17 opinion --
18    A.   Okay.
19    Q.   -- what causation means to you.
20    A.   I don't use that term.  I can't remember
21 if I ever did use the term.  So I'm just thinking
22 about dictionary and thesaurus and that sort of
23 thing.
24       Causation -- how do you say this in

1 English?  I mean, the causation is something that
2 caused an effect on an organism or something else.
3    Q.   But let me try to put it this way.
4    A.   Okay.
5    Q.   In your experience working with your
6 previous employer --
7    A.   Okay.
8    Q.   -- you would make, let's say,
9 hypothetically, a chemical compound.
10    A.   Yes.
11    Q.   And you would spray that chemical compound
12 onto a bug --
13    A.   Okay.
14    Q.   -- and it would kill the bug.
15    A.   Okay.
16    Q.   In that instance, would you be comfortable
17 saying the spray caused the bug's death?
18       MR. FALKOF:  I'm going to object to the
19 question, because he's already told you he doesn't
20 use the word cause or causation in his work.
21       MR. BARTELA:  Objection noted.
22 BY MR. BARTELA:
23    Q.   If you know.
24    A.   If there is a control, everything else was

1 properly done, and the only variable that changed
2 was the chemical, I'd say yes, the chemical caused
3 the death of the insect.
4    Q.   Okay.  Do you have an opinion on what the
5 definition is of the word correlation?
6    A.   Yes.
7    Q.   What does correlation mean to you?
8    A.   Correlation is used when someone wants to
9 describe the relationship between one thing and
10 another.
11       It's either correlated, meaning there
12 is -- usually, it's in this way.  It's either
13 correlated or not correlated.
14       If it's correlated, in my -- the way I
15 would use it, then that means there is an
16 association, a relationship between A and B.  If
17 it's not correlated, then there's no relationship.
18    Q.   Okay.  If you know, Doctor, in your
19 opinion as a scientist, do you draw a distinction
20 between the words causation and correlation in your
21 mind?
22    A.   In my mind, yes, because causation, even
23 though I don't use it, as has been noted, seems to
24 be a more rigorous -- seems to be a more rigorous

1 word or a more specific word than correlation.
2    Q.   It would be fair to say there might be a
3 higher level of certainty when you're using the
4 term corr -- or causation instead of correlation?
5       MR. FALKOF:  Same objection as earlier.
6       THE WITNESS:  I'd agree, except I'd have to add
7 this.
8       There is an actual statistical test for
9 correlation called an R-squared test.  And if that
10 R-squared number is very high, then you are very
11 certain that there's a causation and a positive
12 relationship between these two things.
13 BY MR. BARTELA:
14    Q.   And if you had that really high R-squared
15 value, in theory, if you continued to replicate a
16 test over and over again, your results would be
17 consistent, right?
18    A.   You get the same thing, yes.  In theory,
19 yes.
20    Q.   Okay.  Would you agree that in a
21 scientific setting, if you are unsure of the level
22 of correlation between your test variable and the
23 outcome that it might be dangerous to continue to
24 replicate that test?

51 (Pages 198 - 201)

1    A.  Not dangerous.  It might teach you
2  something.  So --
3    Q.  What might it teach you, Doctor?
4    A.  It might teach you why you got a poor
5  correlation in the first place.
6    Q.  So it might show you that the treatment
7  you're testing isn't efficacious in the way you
8  want it to be?
9    A.  It could.
10    Q.  Okay.  Or it might show you that your
11  treatment is actually working the way you want it
12  to?
13    A.  Yeah.  It could show you anything, yeah.
14    Q.  It depends on the parameters of the test?
15    A.  Yes.
16    Q.  Okay.  I want to kind of touch on a
17  tangential idea, which is bias.
18    A.  Okay.
19    Q.  In your scientific opinion, does bias have
20  a meaning?
21    A.  Yes.
22    Q.  And what is that meaning?
23    A.  It's anything -- virtually anything
24  that -- let me choose the right word without using

1  bias, because that's what I use all the time.  It's
2  anything that -- pardon this, okay?
3    Q.  Take your time, Doctor.
4    A.  Bastardizes the -- everything that
5  corrupts the results.
6    Q.  Okay.  That's fair.  Bias can come in
7  different forms?
8    A.  Many different -- any -- yes, innumerable.
9    Q.  A popular one would be confirmation bias?
10  I hear that a lot, confirmation bias.
11    A.  I don't.  I don't know what that means.
12    Q.  In my practice --
13    MR. BARTELA:  Go off the record for a minute.
14        (Discussion off the record.)
15  BY MR. BARTELA:
16    Q.  So we were talking about bias.  And one
17  bias I mentioned was confirmation bias.  Do you
18  have any understanding what that is?
19    A.  No.
20    Q.  Let's ask it this way.  If a person has a
21  desired outcome and they run an experiment and they
22  cherry-pick the findings that the experiment
23  generates to fit with their desired outcome, would
24  that be a form of bias?

1    A.  Yes.
2    Q.  When you looked through these various
3  studies, did you have an eye towards whether there
4  was any bias in them?
5    MR. FALKOF:  Objection.  Bias on his part or
6  bias by the researchers or someone else?
7    MR. BARTELA:  I'll clarify it.
8  BY MR. BARTELA:
9    Q.  Dr. Borth, when you're looking through
10  these -- the various efficacy studies of the
11  Weitech branded devices, did you keep an eye out to
12  see if the actual researchers had expressed any
13  bias in the way that they performed their tests?
14    A.  I did not detect any bias in the research
15  of the Weitech units.  That would be in the
16  correlation report, right?
17    Q.  Yeah.  In the correlation report and any
18  of the ones that were outside the correlation
19  report --
20    A.  Well --
21    Q.  -- which would be for --
22    A.  Yes, outside the correlation report, but
23  they weren't on Weitech.  It was Dr. Gold's bias --
24    Q.  Well --

1    A.  -- in my opinion.
2    Q.  To be fair, I'm talking about the Dr. Subi
3  studies --
4    A.  Oh, okay.
5    Q.  -- that weren't included in the
6  correlation report.
7    A.  No, I did not detect any bias there.
8    Q.  Okay.  So in your opinion, could a low
9  population number of a test be used to bias the
10  results?
11    A.  Bias is too strong of a word there, I
12  think.
13    Q.  What word would you apply?
14    A.  I'd state it another way.  I'd say that
15  the more test organisms you have, the stronger your
16  results or your conviction in the results, whatever
17  they may be, would be.
18        If you have a low number, that doesn't
19  really -- I mean, I think it's like an equal sign
20  with a slash through it.  It doesn't mean the
21  same -- to me, low numbers don't equal bias.
22    Q.  Okay.  To you, low numbers equal a weaker
23  conclusion?
24    A.  No, because you can deal with that with

52 (Pages 202 - 205)

1 statistics.

2     Every -- as I said in there somewhere,

3 every researcher, I believe -- at least

4 entomologists, if all else was equal, they'd love

5 to have more organisms to test than less organisms.

6     And if you're in an environment where, for

7 whatever reason, be it a natural environment or a

8 laboratory environment and you have what some might

9 consider to be a low number, that's just what you

10 deal with and you work it out.

11   Q.  So I want to make sure I understand the

12 logical conclusion of what you just said.

13   A.  Yeah. Okay.

14   Q.  Would it be your opinion that where you

15 have higher population totals, the results of those

16 tests would give you more certainty?

17   A.  Not necessarily. It depends. It depends

18 on the results of the test.

19   Q.  What about a situation in which you

20 consistently used low population totals across a

21 range of tests for a given device?

22   MR. FALKOF: Objection as to form.

23   THE WITNESS: What about it? What's the

24 question?

1 BY MR. BARTELA:

2   Q.  You don't see any problem with that?

3   MR. FALKOF: Objection as to form.

4   THE WITNESS: Consistently using -- your

5 question is -- let me repeat it.

6     Consist -- if there's a problem -- if I

7 see a problem in consistently using low numbers of

8 any kind of organism?

9 BY MR. BARTELA:

10   Q.  Test subjects, yeah.

11   A.  I'd always want to have more, but if you

12 have less, you work with less.

13   Q.  And you wouldn't question the results

14 where a researcher is consistently using low

15 population totals?

16   MR. FALKOF: Objection. That's not what he

17 said.

18   THE WITNESS: Yeah. I guess I don't understand

19 the gist of your question.

20 BY MR. BARTELA:

21   Q.  Right. So --

22   A.  So rephrase it.

23   Q.  Just so the record is clear, my question

24 is not in any way rephrasing your testimony. It's

1 just a question.

2   MR. FALKOF: Well, no, it is, because --

3   MR. BARTELA: No, it's not.

4   MR. FALKOF: He used the words conviction. And

5 you're using a different word than he's using.

6   MR. BARTELA: I asked specifically, and we can

7 read it back, if you'd like, would consistently

8 using a low population total cause you to question

9 results.

10   MR. FALKOF: And he was talking about the level

11 of conviction.

12   MR. BARTELA: It's the question. I'm not

13 seeing what the problem is.

14   MR. FALKOF: He already gave you the answer.

15 And it was based on a level of conviction. But he

16 can go ahead, if he has an answer. I don't know if

17 he does. Do you know the question?

18   THE WITNESS: I'll repeat it the way I under --

19   MR. BARTELA: Well, let's do this. Read back

20 my question from a moment ago with the interaction

21 with Brad.

22     (Whereupon, the record was read.)

23   THE WITNESS: Not without having more

24 information.

1   MR. BARTELA: Okay. Let's take a break.

2     (A short break was taken.)

3 BY MR. BARTELA:

4   Q.  Dr. Borth, before the break, we were

5 talking about bias, and then, I had some questions

6 for you about low population totals. I want to

7 revisit some of those questions.

8   A.  Okay.

9   Q.  Do you agree with my statement that

10 introducing bias into an experiment would be

11 counter to the purposes of the scientific method?

12   A.  I would.

13   Q.  And why would introducing bias be counter

14 to the purposes of the scientific method?

15   A.  The scientific method is designed, among

16 other things, to be objective, to reach an

17 objective conclusion. And the process that you go

18 through ensures that, if you use it properly.

19     So if you interject some bias, you're

20 basically -- you're injecting bias. You are.

21 You're fiddling with the whole experiment or

22 whatever. And the results that you get, you would

23 have uncertainty about.

24   Q.  If you designed a test -- say,

53 (Pages 206 - 209)

1 hypothetically, you design a test and your design
2 of the test is engineered toward getting an outcome
3 that you want. Would that be a form of bias?
4    A.  Yes. Hold on. Let me explain. When
5 you're setting up hypothesis testing --
6 hypothesis -- there's null hypothesis, alternative
7 hypothesis. You design the test to answer the
8 question do we accept the null hypothesis or not.
9        So not entirely do you not put your own
10 thoughts into it. You have to -- I mean, that's
11 what the purpose of science is. You think of a way
12 to test this hypothesis. I may have gotten off
13 track there but --
14    Q.  That's okay. Is it good practice to run a
15 hypothesis and experiment designed by another
16 scientist to see if there's some bias that you're
17 not maybe aware of?
18    A.  Yeah. It's done all the time. It doesn't
19 need to be done. I mean, it's up to the person
20 doing the testing.
21        If they, for whatever -- it could be many
22 reasons why they -- it would be done, but it's not
23 uncommon, but let -- well, okay.
24    Q.  Doctor, if you ignored negative data in

1 reporting conclusions, would that be a form of
2 bias?
3    A.  Totally ignored, yes. I mean, it's like
4 cherry-picking, like you used that term before,
5 choosing to ignore data that doesn't support your
6 hypothesis. Not good.
7    Q.  In a situation where negative results are
8 ignored in favor of more positive results, would
9 that resulting scientific conclusion that's based
10 only on the positive results be reliable, in your
11 opinion?
12    A.  They would be suspect. That's the word
13 I've used.
14    Q.  You'd use the word suspect?
15    A.  Uh-huh.
16    Q.  So do you agree that the 2002 cockroach
17 test results are suspect?
18    MR. FALKOF: Which exhibit are you looking at?
19    THE WITNESS: Yeah. Let me -- I got to refresh
20 my memory.
21 BY MR. BARTELA:
22    Q.  Just so we're all clear, the 2002
23 cockroach test that's included in the correlation
24 report.

1    A.  I got to look at it before I can answer.
2 Okay. So you're referring -- your question -- and
3 I know I'll ask you to repeat it again, but it's
4 about the German cockroach study that was included
5 in the correlation report and it's the one that was
6 results from the year 2001, published or reported
7 in 2002. And then, I'm going to try to go to
8 the --
9    Q.  Right. And I'll restate my question now
10 that we're both on the same page.
11        So my question is, in this 2002 cockroach
12 report, where they have changed the test design --
13    A.  Oh, okay. Is that the
14    Q.  And where they're mentioning the
15 earlier --
16    A.  Right.
17    Q.  -- conclusions, but they're not relying on
18 them at all, do you find that report suspect?
19    A.  Okay. I got -- I understand. No. And I
20 come back to the reason an experiment -- or a
21 scientist would change the methodology, change the
22 design is because they found something in the first
23 test, let's say, in this case that they wanted to
24 eliminate. They wanted to eliminate whatever it

1 was that they found. So they gained knowledge and
2 redesigned the experimental apparatus to avoid what
3 they found before.
4        So do I think that's bad or unreasonable
5 or nonscientific? No. I think it is completely
6 scientific. It's a -- it's within the scientific
7 method where -- iteration. Repeat. As you gain
8 knowledge, you make your experiments more focused,
9 perhaps, to -- because you learn, you learn. So
10 you do things differently.
11    Q.  And what they eliminated in that test was
12 the portion of the device where the cockroaches had
13 accumulated?
14    A.  The placement of the device.
15    Q.  Okay. In your report -- let's see if I
16 can find the section.
17        On Page 15 of 19 in your report -- which I
18 think we marked as Borth 1. It's in Section 2,
19 critique of plaintiff's expert witness disclosure
20 and deposition. And I'm looking specifically at
21 Subsection 3 on Page 15 of 19.
22    A.  Okay.
23    Q.  Are you with me, Dr. Borth?
24    A.  Yes.

54 (Pages 210 - 213)

1    Q.   Okay.  You go through some testimony here.
2 At the very end, you say, in my opinion, increased
3 insect pest activity is a demonstration that the
4 ultrasonic device is, indeed, causing an effect on
5 pest behavior and by definition is working.  Have I
6 read that correctly?
7    A.   Yes, you did.
8    Q.   And I want to be clear here that the
9 product that we're here and we've been here all day
10 talking about was represented to consumers as being
11 able to drive pests out, is that fair?
12    A.   That's what was on Galoski's package, yes.
13    Q.   So when you're using the term working
14 here, you're not in any way implying that the
15 devices would be effective in driving pests out?
16    A.   It's not --
17    Q.   Am I understanding that correctly?
18    A.   It's not the intent of that statement,
19 that's right.
20    Q.   The intent of the statement is to point
21 back to research to show that there was some
22 increased activity in cockroaches based on previous
23 literature?
24    A.   There was an effect on the behavior of the

1 insect.  And so -- yes.
2    Q.   I just want to make sure we're clear on
3 that.
4         There was an exhibit to Dr. Gold's
5 deposition.  It was Exhibit 20, I believe.  It was
6 the very final exhibit.  And it was a study
7 published by Dr. Subramanyam.  Have you reviewed
8 that at all?  Let me show it to you.
9    A.   Okay.
10    MR. BARTELA:  And unfortunately, I only have
11 two copies of this so --
12    MR. FALKOF:  That's okay.  Give it to him and
13 I'll look over his shoulder.
14    MR. BARTELA:  Here you go.
15    MR. FALKOF:  So this one is going to be marked
16 as the exhibit?
17    MR. BARTELA:  Yeah.  It was Exhibit 20 to
18 Gold's deposition.
19    MR. FALKOF:  Oh, I see.  It's already marked.
20    MR. BARTELA:  Yeah.
21    MR. FALKOF:  Do you want to mark it again?
22    MR. BARTELA:  I think we can just refer to it.
23    MR. FALKOF:  Okay.
24

1 BY MR. BARTELA:
2    Q.   Okay.  Dr. Gold, you have in front of you
3 what we previously marked as 20 in Dr. Gold's
4 deposition?
5    A.   Yes.
6    Q.   Have you seen this report at all?
7    A.   Not in this form.
8    Q.   Okay.  So this was -- this appears to have
9 been published in Insect Science in 2006.
10        Do you -- are you aware of Insect Science?
11 Is that a trade publication or --
12    A.   It's not a trade publication.  It looks to
13 me as it's a refereed journal, but I'm not aware of
14 it.
15    Q.   I want to point you to -- if you'd like to
16 take a minute to review this, that's fine with me,
17 but I have a quick question about it.
18    A.   Okay.
19    Q.   Go ahead and review it.  That's fine.
20    A.   Well, I'll just look at the abstract real
21 quick.  Okay.  Let's go.
22    Q.   Okay.  There was some discussion during
23 Dr. Gold's deposition about the way in which
24 Dr. Subramanyam was interpreting Dr. Gold's work,

1 is that fair?
2    A.   I remember reading that, yes.
3    Q.   Okay.  So you're generally aware of what
4 I'm talking about?
5    A.   Yes.
6    Q.   Okay.  I want to point your attention to
7 Page 65, which is the fifth page in in the
8 beginning.
9    A.   Okay.
10    Q.   There -- at the very end of that
11 section -- and please feel free, if you'd like, to
12 read that section first.  Just let me --
13    A.   Well, what's the question, and then, we'll
14 see?
15    Q.   Okay.  At the very end of the section,
16 there's a couple of sentences that start with
17 however.
18    A.   Uh-huh.
19    Q.   It reads, however, the repellency of
20 ultrasound against German cockroach, reported by
21 Ballard, et al. in 1984 was partial and was only
22 significant at the 10 percent level.
23        Therefore, results from Ballard, et al.,
24 1984 also indicate that the device could not repel

1 the German cockroach as sufficiently as an
2 effective pest management tool. So I have a couple
3 of questions about that.
4    A. Okay.
5    Q. So here, Dr. Subi and his co-publisher,
6 Dr. Huang, they're -- they are pointing out the
7 10 percent level of significance that was used in
8 that study --
9    A. Yes.
10    Q. -- is that fair?
11    A. Yes.
12    Q. And earlier, we talked about the .05.
13 That would be 5 percent level?
14    A. That's what it would be, yes.
15    Q. Okay. And they say that based on this
16 10 percent level -- and I want you to tell me if
17 I'm reading this correctly.
18      Based on this 10 percent level that was
19 used, the results indicate that the device could
20 not repel the German cockroach as sufficiently as
21 an effective pest management tool. Is that what
22 they're saying there?
23    A. What's -- you just read back what they
24 wrote. So --

1    Q. So I have it correct, right?
2    A. Yeah. That's what they write, yes.
3    Q. Right. So they're not interpreting
4 Dr. Gold's and Dr. Ballard's 1984 study as saying
5 that ultrasonic pest repellers could definitively
6 repel German cockroaches, are they?
7    A. In this sentence -- and they're referring
8 to the Ballard, et al., 1984.
9      They're saying there was only partial
10 repellency and it was only significant at the
11 10 percent level, which goes back to my statement
12 many hours ago, which talked about the arbitrary
13 decision on the part of a researcher to choose the
14 level that they want to use in the experiment.
15      So only at the 10 percent level implies
16 that it would not have been significant at the
17 5 percent level.
18    Q. So they're agreeing with Dr. Gold's
19 assessment of his research that there may have been
20 some effect on German cockroaches, but there was no
21 repellency?
22    A. They're saying it was significant at the
23 10 percent level.
24    Q. They say, quote, results from Ballard, et

1 al., 1984 also indicate that the device cannot
2 repel the German cockroach as sufficiently as an
3 effective pest management tool.
4    A. That brings in a whole other element.
5 What is an effective pest management tool?
6      It could be multiple tactics to reduce the
7 population of a German cockroach infestation. You
8 could use bates. You could use sprays. You could
9 use anything at the repertoire of the pest control
10 manager. So --
11    Q. You've never seen this study before?
12    A. I've never seen this. I've never seen
13 this paper.
14    Q. Do you think it would be --
15    A. Now, I --
16    MR. FALKOF: You've answered the question.
17 BY MR. BARTELA:
18    Q. Do you think, Doctor, it would have been
19 important to do a literature review to see how the
20 study of ultrasonic devices has developed over
21 time?
22    A. For me?
23    Q. Yes.
24    A. No.

1    Q. Even though -- and you say no, but that's
2 even though you don't have any real experience
3 dealing with ultrasonic pest repellers?
4    A. No, because my instructions were to review
5 the material that was given to me.
6    Q. Right. And so you reviewed the material
7 that was given to you, right?
8    A. Yes.
9    Q. And you read the conclusions that were
10 included in all of the various efficacy studies,
11 right?
12    A. Yes.
13    Q. And -- but you didn't do any independent
14 research to see what the science was behind
15 ultrasonic pest repellers, did you?
16    A. I did no experimentation.
17    Q. Dr. Gold -- or Dr. Borth. I'm sorry. In
18 this study, I'll purport that Drs. -- I think
19 Drs. Huang and Subramanyam, they studied three
20 devices. A, B, and C, they labeled them.
21    A. Yes.
22    Q. And they used a number of different units
23 for each, but they -- if you look to Page 2 of the
24 document, you'll see there's an outline of the

1 tests that they did?

2    A.   A diagram, yes.

3    Q.   And they say test procedures, paired

4 Plexiglass enclosures, each meeting at 1.2 meters

5 by 1.2 meters by 1.2 meters were constructed and

6 placed in a room in east/west orientation.  And we

7 see that there's a conduit that connects the two.

8        Is it fair to say that this is a similar

9 style of test that these doctors were performing on

10 the Weitech models that are included in the

11 materials you've relied upon for your report?

12   A.   Yes.  The dimensions are different, but

13 the setup appears to be the same.

14   Q.   They ultimately conclude on Page 64 under

15 a section -- 64, you'll find on the top left.  Are

16 you with me?

17   A.   Yes.

18   Q.   Okay.  They ultimately conclude in a

19 section that's labeled German cockroach

20 responses -- you'll find it --

21   A.   Uh-huh.  Yes.

22   Q.   -- at the bottom of the second column on

23 the page.

24   A.   Okay.

1    Q.   They say, quote, however the paired

2 T-tests indicate that these differences were not

3 statistically significant for all three devices and

4 throughout the six days, except for Device B on

5 Day 6, which was significant.

6        These results indicate that ultrasound

7 produced from these devices did not repel

8 cockroaches in the test conditions.

9        Dr. Borth, it's my understanding based on

10 reading this paper that their conclusion is that

11 there was no -- the cockroaches that were tested

12 for Devices A, B, and C were not repelled by those

13 devices.

14       And my question to you is, don't you think

15 this paper would have been important in forming

16 your opinion about the efficacy of the pest

17 repellers at issue in this case?

18   A.   It might have been.

19   Q.   Well, Doctor, we have Drs. Huang and

20 Subramanyam, who were the same doctors that

21 conducted a number of the underlying efficacy tests

22 you've pointed to in your report doing another test

23 and concluding three devices don't work.

24   A.   No, that's not what they concluded.

1    Q.   They say these results indicate the

2 ultrasound produced from these devices did not

3 repel cockroaches in the test conditions.

4    A.   And they're using the probability of

5 percent level.

6        If they had moved it up to the 10 percent

7 level, apparently, just like Ballard and Gold did

8 in 1984, they may have found significance.  So --

9    Q.   So you're saying if they made the test

10 easier to pass, they may have passed?

11   A.   It's another way of saying it, yeah.

12   Q.   In the efficacy studies that these doctors

13 did -- performed, rather, for Applica, did they use

14 the 5 percent threshold in those studies?

15   A.   I'd have to look.  I don't remember.

16   Q.   To the best of your recollection, do you

17 have any memory?

18   A.   Most -- most of the time, researchers use

19 the 5 percent level, unless they're in lab

20 conditions.

21   Q.   Wouldn't you want to have looked at this

22 paper and compared the devices that they tested --

23   A.   Yeah, I would have.

24   Q.   -- with other devices?

1    A.   Yes.  And --

2    MR. FALKOF:  No question.

3    THE WITNESS:  No question.

4 BY MR. BARTELA:

5    Q.   Go ahead.

6    A.   That's okay.

7    MR. FALKOF:  You've answered the question.

8 BY MR. BARTELA:

9    Q.   Is Insect Science a popular academic

10 journal?

11   A.   I don't know what its readership is.  I'm

12 more familiar with ones that are published by the

13 Entomological Society of America.  I don't know who

14 publishes that.  So --

15   Q.   Let me ask it this way, because that was a

16 little unspecific, and I can realize that.

17       Is Insect Science an academic journal that

18 you're generally aware of?  Do you know that it

19 exists?

20   A.   It doesn't surprise me that it exists, put

21 it that way.  I have never published in it and I --

22 it's just -- I don't think it's as popular as the

23 Entomological Society of America ones.

24   Q.   Dr. Borth, is it your opinion that any of

57 (Pages 222 - 225)

1 the underlying efficacy -- let me take another stab
2 at that.
3      Is it your opinion that any of the
4 underlying efficacy studies that were performed on
5 the Weitech branded devices tested those devices in
6 a way -- in the same way that devices would be used
7 by consumers?
8      A.   The closest ones would be the ones that
9 were done under natural conditions.
10     Q.   And --
11     A.   And there were a couple of them.
12     Q.   Were those the spider tests maybe?
13     A.   I think they were spiders.
14     Q.   Okay.  Did that factor into your
15 opinion-making process in this case, the fact that
16 a number of the devices weren't tested in -- with
17 field conditions or in field conditions?
18     A.   I'd say no, because the studies that were
19 done that I reviewed that I had made -- rendered
20 opinions on demonstrated efficacy under the
21 conditions in which they were performed.
22     Q.   So for instance, when you say in
23 Opinions 2 and 3 that Applica had sufficient
24 scientific evidence to claim Model EW406 would

1 repel in, 2, mice, and in 3, cockroaches, when used
2 in accordance with the Use & Care Book, you're not
3 actually relying on any studies where those devices
4 were tested in accordance with the Use & Care Book,
5 correct?
6      A.   Correct.
7      MR. BARTELA:  I'd like to mark all these notes.
8 There's just a few questions I think I have.
9           (Whereupon, Borth Deposition
10           Exhibit 10, Exhibit 11, and
11           Exhibit 12 were marked for
12           identification.)
13 BY MR. BARTELA:
14     Q.   Okay.  Dr. Borth, we're going to look
15 through some of your notes that were provided to us
16 by your counsel.
17          The first one, we've marked as Borth 10.
18 And it is what appear to be some handwritten notes
19 on efficiency-lined paper?
20     A.   Yes.
21     Q.   Sir, are these your notes?
22     A.   Yes, they are.
23     Q.   You made these notes?
24     A.   Yes.

1      Q.   Did anyone else help you prepare these
2 notes?
3      A.   No.
4      Q.   What I'm going to do is, I'll announce the
5 other two exhibits so you -- so we're all working
6 together here.
7           We've marked as Borth 11 a set of
8 handwritten notes that appear on yellow-lined paper
9 and begin with your notes on Deborah Galoski's
10 deposition.
11     A.   Okay.
12     Q.   Have you -- these are your handwritten
13 notes?
14     A.   Yes.  Yes they are.
15     Q.   Okay.  And what we've marked as Borth 12
16 are more handwritten notes.  They start with a
17 small yellow piece of paper, with an outline of
18 some sort, and then, they go into more notes on
19 yellow-lined paper.
20     A.   Yes.  Got it.
21     Q.   These are your notes?
22     A.   Yes, they are.
23     Q.   And you've prepared all these notes on
24 your own?

1      A.   Yes.
2      Q.   Okay.  Are there any notes that you took
3 in coming to your opinion on this matter that
4 aren't included in these three packets?
5      A.   No.
6      Q.   Okay.  And so this would be -- this would
7 be the totality of your notes in this case?
8      A.   Yes.
9      Q.   Okay.  Beyond these notes, is there
10 anything further in your file that has not been
11 produced or discussed today?
12     A.   I put everything out here.
13     Q.   Okay.  Well, let's -- let me just get a --
14 on the record sort of what's here in front of you
15 that you just pointed to.  There are three
16 textbooks?
17     A.   Yes.
18     Q.   And are these the Mallis textbooks?
19     A.   Two are Mallis, yes.
20     Q.   What's the third?
21     A.   This is the statistics one.
22     Q.   And you referenced these textbooks in
23 creating your opinion?
24     A.   Yes.

1   Q.   And specifically, with regard to the
2   Mallis textbook, is that a textbook you've
3   consulted over the years?
4   A.   On and off, yes.  It's like the handbook
5   of urban pest management.
6   Q.   It's been referred to me as the bible
7   of --
8   A.   It is.
9   Q.   -- pest management.
10   A.   Yes.  Many editions and --
11   Q.   And do you remember what section
12   specifically you reviewed in those books?
13   A.   Well, I went to the cockroach section to
14   see what I could find.
15   Q.   Okay.  Did they discuss ultrasonic pest
16   repellers there?
17   A.   They did.  I don't remember which one, but
18   the general take was that they're still under
19   investigation.  No firm conclusions that I
20   remember.
21   Q.   And do you have the most current version
22   of the Mallis textbook?
23   A.   Yeah, No. 10.
24   Q.   No. 10?  And when was No. 10 published?

1   A.   Well, it's been a while.
2   Q.   Within the last 10 years?
3   A.   I think so, yes.  2011.
4   Q.   Okay.  And the statistics book that you
5   referenced is called Statistical Procedures For
6   Agricultural Research?
7   A.   Yes.
8   Q.   Second edition?
9   A.   Yes.
10   Q.   And what did you reference this textbook
11   for?
12   A.   I wanted to try to find an example of the
13   strip split plot design that was referenced in one
14   of the research papers.
15   Q.   And were you able to find an example in
16   that book?
17   A.   Yeah, there is an example in here
18   somewhere.
19   Q.   Okay.  Let's go back to what we've marked
20   Borth 10, which is on this efficiency-lined paper.
21        Could you explain to me what type of notes
22   you took on these pages?
23   A.   Yeah.  This was very early on.  It is a
24   process step that I've used many times in my

1   research just to get a real high-level view of what
2   I'm dealing with; in this case, what research has
3   been presented to me.
4        And so in order to -- instead of fumbling
5   through whatever number research papers here, I
6   take the -- what I consider to be the gist of it
7   and put it in one sheet so that it's not only
8   easier to reference and to look at to remind
9   myself, but also, in this case, it had another
10   purpose that -- if you see the columns on the
11   right-hand side.
12        I basically wanted to know what the
13   literature that was provided to me said about the
14   results.  And this is all pests, all devices.  I'm
15   not -- you know, no scientific experiment here.
16   It's just high-level, what are they saying.
17        And I divided them -- or I categorized
18   them into results that were statistically
19   significant on the positive side, numerically
20   positive but not statistically significant,
21   numerically negative.  So you got like a
22   bell-shaped curve, if you can imagine.
23   Q.   If you turn a few pages in, I think that's
24   reflected on a small piece of paper?

1   A.   Oh, yes.  That's the result of that
2   counting.
3   Q.   So on this sheet of paper, you're -- are
4   you weighing the -- all the results against each
5   other?
6        You're saying there's 22 statistically
7   significant results, 40 numerically --
8   A.   Favorable.
9   Q.   -- favorable results.  There are 25
10   numerically unfavorable results and one
11   statistically significant unfavorable result.
12   A.   All I'm doing is counting them across all
13   the research that was given to me.
14   Q.   Is this the threshold you used to come to
15   a conclusion about whether the devices --
16   A.   No.
17   Q.   -- at issue were effective or not?
18   A.   No.  This is an early, early look to kind
19   of ground myself in what I'm going to find when I
20   do dig in.
21        This would never be published in a
22   scientific journal.  It's got -- you know, it's
23   just really high-level.
24   Q.   Okay.  All right.  We'll move on to what

1 we've marked as Borth 11, which are handwritten
2 notes that start with your review of
3 Deborah Galoski's deposition.
4     A.   All right.  Got it.
5     Q.   So again, these are your handwritten
6 notes?  No one helped you prepare these, correct?
7     A.   Correct.
8     Q.   And here, it looks like -- I scanned these
9 briefly.  And it looks like you're making
10 handwritten notes on Mrs. Galoski's deposition, her
11 interrogatory responses.
12     A.   Yeah.  It's just --
13     Q.   Her -- it looks like the Use & Care Book.
14 It looks like we have some notes on the
15 Jeffrey Brown deposition from the Steigerwald case.
16     A.   Yes.
17     Q.   There's some notes here on what's labeled
18 Subi PPT.
19     A.   Yep.
20     Q.   So that would be one of the PowerPoints we
21 discussed earlier?
22     A.   Yes.
23     Q.   Okay.  You also have some notes on review
24 of references supplied?

1     A.   Yes.  That's the 1 through 44 -- I believe
2 it was 44 that came from Mr. Falkof.
3     Q.   And then, you have a review of
4 Mr. Campbell's deposition, it looks like, as well
5 as the order from the Steigerwald vs. Bell & Howell
6 case, is that right?
7     A.   Yes.
8     Q.   You have here also a disclosure outline.
9 It looks like a --
10     A.   Yes.
11     Q.   Like an outline of what your --
12     A.   Just -- yeah.
13     Q.   -- report was shaping up to be?
14     A.   Yes.
15     Q.   The next one is your review of the
16 correlation report.
17     A.   Correct.
18     Q.   And I don't know if I can entirely read
19 your handwriting, but it looks like you have some
20 questions about the correlation report that you
21 were going to talk to Mr. Campbell about, is that
22 fair?
23     A.   That's correct, yes.
24     Q.   There's a note on the left-hand side of

1 the page on the bottom that says PWB.  Are those
2 your initials?
3     A.   They are.
4     Q.   PWB does not understand the executive
5 summary.  Does executive summary agree with Page 4
6 of 20?  And then, I can't read the rest.
7     A.   Phase III animal observations.
8     Q.   You're talking about the executive summary
9 from the mouse test?
10     A.   I think that was -- yes, it must be.  Yes.
11     Q.   Does that executive summary -- does it
12 conflict with the reported findings from the test?
13     A.   I think it does.
14     Q.   And you noticed this --
15     A.   Yes.
16     Q.   -- when you were going through and
17 reviewing everything?
18     A.   Yes.
19     Q.   And did you bring that up with
20 Mr. Campbell?
21     A.   No.
22     Q.   No?
23     A.   This was a note to me --
24     Q.   Oh.

1     A.   -- just as I was reviewing the correlation
2 report.  No.  I was asking him about physics and
3 electrical this and electrical that.  So --
4     Q.   Did you get to the bottom of this question
5 at all?
6     A.   With him?
7     Q.   No.  With anybody, in general.
8     A.   Well, I think I resolved it for myself.
9 If we would take the time to read them, you may see
10 that there's a -- the executive summary doesn't
11 necessarily agree with the data; however, my job
12 was to analyze or assess the collection of the
13 data.
14     Q.   Sure.
15     A.   And it's -- the result of that assessment
16 is what I opined on.
17     Q.   In your --
18     A.   Not the executive summary.
19     Q.   Do you know who prepared the executive
20 summary?
21     A.   I'd have to look.  No, I can't recall.
22     Q.   Did it concern you that it conflicted with
23 the underlying --
24     A.   It raised a question.  I don't know -- I

1 can't explain it, couldn't explain it. I don't
2 know whether the people who received it questioned
3 it.
4    Q.  Okay.  Does it call into question the
5 reliability of the test at all in your mind?
6    A.  Not the test, no.
7    Q.  No?
8    A.  The interpretation in the executive
9 summary doesn't quite match what I saw in the
10 results.
11    Q.  If you look to the next page, I think
12 you're still going through the correlation report.
13    A.  Yes.
14    Q.  And in the middle, you have rats.  And you
15 have a question written to yourself, is sound
16 pressure measured in kHz?
17    A.  Wait a minute.  Where are you at?
18    Q.  I'll show you.
19    A.  You went to where?
20    Q.  There's a section --
21    A.  Okay.  All right.
22    Q.  Do you see that?
23    A.  Yes, I do.  All right.  So --
24    Q.  Is that a note to yourself?

1    A.  Question to myself.  Is sound pressure --
2 well, it was a question for me to ask Les Campbell.
3    Q.  So at this point, you're trying to figure
4 out what kilohertz are?
5    A.  Yes.
6    Q.  What sound pressure is?
7    A.  Right.
8    Q.  What voltage magnitude is?
9    A.  Correct.
10    Q.  All right.  We can turn, if you'd like,
11 now to Borth 12.  Borth 12 starts out like this.
12 It's a small yellow piece of paper.
13       So I'll just reask the same question.
14 These are all of your notes and you prepared them
15 on your own, is that fair?
16    A.  Yes.
17    Q.  What's this an outline of on the very
18 first page?
19    A.  Okay.  What is this an outline of?  This
20 is an outline of my report that I started with.
21    Q.  What is Camp -- is that Campbell vs.
22 Coca-Cola?
23    A.  Yes.
24    Q.  What is that?

1    A.  That's an example of a report that
2 Mr. Falkof sent me as something I might follow.
3    Q.  Were you at any point instructed that you
4 needed to provide in your report how much you were
5 paid for this report?
6    A.  To report it in the report?  To
7 disclose -- no, I was not.
8    Q.  Okay.  Do you know if that's a requirement
9 under Rule 26?
10    A.  I do not.
11    Q.  Have you ever reviewed Rule 26?
12    A.  No.  I don't know what that is, except the
13 26th rule to my kids when they were little.  Sorry.
14 It's getting late.
15    Q.  We're almost done.
16       (A short break was taken.)
17 BY MR. BARTELA:
18    Q.  Dr. Borth, what is your -- what was your
19 billing rate for this project?
20    A.  $300 per hour.
21    Q.  And how many hours did you spend on this?
22    A.  It's written there.  In the month of --
23    MR. FALKOF:  Just total it up.
24

1 BY MR. BARTELA:
2    Q.  Total for the whole -- through the whole
3 endeavor.
4    A.  98 -- I don't have a total on -- 98,
5 November, December.  January, I don't have a total
6 yet.  I can take the time to add them up.
7    Q.  Could you ballpark it for me in your head?
8    A.  All right.
9    MR. FALKOF:  Do you want to take a calculator?
10    THE WITNESS:  Yeah.  So 119 hours, not
11 including today.  And it's not been submitted yet
12 for the month of January and -- so that would be
13 119 -- 139, plus -- so it's about 200 hours, a
14 little more.
15 BY MR. BARTELA:
16    Q.  And your -- what was your billing rate
17 again?
18    A.  $300 per hour.
19    Q.  Okay.  And do you have a different billing
20 rate for appearing for the deposition today?
21    A.  No.
22    Q.  Okay.  What about for testifying, if
23 you're called to testify?
24    A.  No.  I have not anticipated that.

61 (Pages 238 - 241)

1   Q.   Okay.  And you said, so far, you think
2   you've worked about 200 hours on the case?
3   A.   Yes.
4       MR. BARTELA:  Gents, if you'd give me five
5   minutes, I'll go through my notes and we can
6   finish.
7       MR. FALKOF:  Okay.  All right.
8           (A short break was taken.)
9   BY MR. BARTELA:
10  Q.   All right.  I have maybe five minutes
11  worth of questions, and then, I'm done.
12  A.   Okay.
13  Q.   Looking at your report, which we have
14  spent a great deal of time going through -- I'm
15  looking at Page 12 of 19.
16      And you're -- there's a section here in
17  which you discuss low numbers and tests.  We've
18  talked about that already.
19  A.   Yes.
20  Q.   So I have a very specific question.  You
21  say at the very end of Subsection 1, but large
22  numbers are not necessary for biological testing,
23  nor are they necessary criterion for the scientific
24  method.

1   A.   Right.
2   Q.   Of the scientific method.  Excuse me.  Do
3   you have any papers or studies or any academic
4   material that you relied upon in drawing that -- I
5   don't want to call it conclusion but in making that
6   statement?
7   A.   It's experience.
8   Q.   Experience?  Okay.
9   A.   27 years.
10  Q.   So you can't point to any specific papers?
11  A.   No.
12  Q.   Okay.  On Section -- or Page, rather, 18
13  of 19, you have two subsections labeled C and D.
14      And these are, I believe, taken from the
15  Use & Care booklet.
16  A.   Yes.
17  Q.   C reads, for best results, place
18  additional units in adjacent rooms and on each
19  level of the dwelling, moving the unit to a
20  different location as necessary.
21      Subsection D reads operate the unit
22  24 hours a day and place additional units in
23  adjacent rooms.
24  A.   Yes.

1   Q.   Did you find those in the Use & Care
2   booklet?
3   A.   Yes.
4   Q.   Can you point to any of the efficacy
5   studies or reports that were -- that came from
6   Applica that did testing to determine that you
7   needed to place additional -- that consumers would
8   need to place additional units in adjacent rooms
9   and to move the unit to a different location as
10  necessary.
11  A.   No.
12      MR. BARTELA:  Okay.  Mr. -- or Dr. Borth, you
13  were a gentleman.  Thanks for putting up with me
14  and I really appreciate your time and I don't have
15  any further questions right now.
16      MR. FALKOF:  I have just a few questions on two
17  exhibits.
18          EXAMINATION
19  BY MR. FALKOF:
20  Q.   Dr. Borth, let me show you what has been
21  previously marked as Exhibit 20 from Dr. Gold's
22  deposition.  Mr. Bartela has showed this to you
23  earlier.
24      Is there any indication from this study

1   that any of the three devices that were tested by
2   Dr. Subi and his colleague were Applica devices?
3   A.   No.  They're coded A, B, C.  Device A, B,
4   C.
5   Q.   Is there any information that you have
6   seen in the few minutes that you have had to look
7   at this exhibit that would suggest that these are,
8   in fact, Applica devices?
9   A.   Well, I have not read this in its
10  entirety, but I -- in glancing through it, I don't
11  see any decoding of the A, B, C.  There's no
12  mention of Applica or Weitech or anything.  They're
13  just coded results.
14  Q.   And finally, on Page 65 of the report, it
15  states the only positive finding was that of
16  Ballard, et al. in 1984.
17      They reported that sound emitted from a
18  commercial ultrasonic device could repel the German
19  cockroach in the laboratory.  The biological basis
20  and importance of the positive results are
21  difficult to interpret.
22      The different results observed by Ballard,
23  et al. in 1984 might be due to the differences in
24  the sound properties produced from the device

1 tested. Do you agree with that statement?
2 A. Yes.
3 Q. Okay. Finally, with respect to the
4 exhibit which was marked as Borth Deposition
5 Exhibit No. 4 entitled Response of Several
6 Arthropod Species to Three Ultrasonic Devices from
7 Weitech, Inc., counsel asked you whether the
8 photographs of the cockroach tests, which are
9 contained within the exhibit -- and there are, in
10 fact, six photographs reflected the use of the
11 device in real life.
12 Do those photographs in the Exhibit No. 4
13 under the title cockroach test appear to be showing
14 the use of the device as if it were in real life?
15 A. Actually, it doesn't.
16 Q. Why is that?
17 A. Well, in an end user application, you
18 can't say always with certainty, but I'll -- you
19 are asked to plug the device into an outlet, which
20 is in a wall.
21 This looks like it's connected to an
22 extension cord so that all sides are visible,
23 available. And in an end use setting, being flush
24 against the wall would make one side inaccessible.

1 Q. And then, counsel was suggesting that the
2 report, which is attached to the correlation report
3 and identified earlier as the June 1, 2002 report
4 from Dr. Subi, in some way used a setup that was
5 more unlike the actual use of the device than in
6 his original test.
7 Which appears to be more like the actual
8 use of the device?
9 A. Well, it would not be the one
10 photographed.
11 Q. It would not be the one from the Exhibit
12 No. 4?
13 A. Right, because there's -- in a typical
14 setting, this device would be plugged into a wall
15 outlet.
16 Q. So it would be flush to a wall?
17 A. Flush to the wall, yes.
18 Q. And in fact, in the study that was then
19 done by Dr. Subi in June of 2 -- or the report that
20 he reflects in June of 2002, that device, while
21 it's inside a wall, at least is flush with the
22 wall?
23 A. The 2002 --
24 Q. It's actually inside.

1 A. I understood it to be outside the
2 Plexiglass with the hole and sound coming through
3 that hole.
4 Q. But if the cockroaches wanted to, they
5 could still --
6 A. Oh.
7 Q. -- reach it?
8 A. They could accumulate around it, yeah.
9 Q. Was there any evidence of them
10 accumulating around it?
11 A. They didn't mention it, no.
12 MR. FALKOF: Okay. That's all I have. Thank
13 you.
14 MR. BARTELA: I just have two questions.
15 EXAMINATION (Further)
16 BY MR. BARTELA:
17 Q. Turn back to -- let's turn back to Gold
18 No. 20.
19 MR. FALKOF: Did you want this?
20 MR. BARTELA: Oh, yeah. Can I take that?
21 THE WITNESS: Which one is --
22 BY MR. BARTELA:
23 Q. That is the Dr. Subi study.
24 A. This again.

1 Q. Yeah.
2 A. Okay.
3 Q. If -- I just want you to turn to Page 63,
4 Doctor. The top right column -- well, I guess the
5 bottom of the left column, they are talking about
6 the kilohertz outputs --
7 A. Yes.
8 Q. -- of the devices.
9 A. Yes.
10 Q. They say A generated peak frequencies at
11 26 to 34 kilohertz?
12 A. Yes.
13 MR. FALKOF: I'm going to object. It says --
14 THE WITNESS: And.
15 MR. FALKOF: -- 26 and 34.
16 MR. BARTELA: Oh. Thank you.
17 BY MR. BARTELA:
18 Q. Ultrasonic Device A generated peak
19 frequencies at 26 and 34. The device produced a
20 95 plus or minus one decibel SPL at 50 centimeters.
21 Then, they recount B, which generated peak
22 frequencies at 27 and 35 kilohertz, producing
23 92 plus or minus 4 decibel SPL.
24 A. Yes.

1    Q.   Device C units generated a wide range of
2  frequencies from 27.7 to 42 kilohertz.
3    A.   Right.
4    Q.   The device produced an 88 plus or minus 2
5  decibel SPL.
6    A.   Yes.
7    Q.   Does Device C correspond with any of the
8  Black & Decker branded models that are recounted in
9  the correlation study, to the best of your
10 knowledge?
11   A.   Yes.  Without referring specifically to
12 it, it's the -- 27-42 is how they would have
13 labeled it in the correlation report.
14   Q.   Okay.  And then, in terms of the 2002
15 cockroach study, just so we're clear, only the face
16 of the device would have been accessible to the
17 cockroaches in that study, is that correct?
18   A.   As I understand the design, yeah.
19   Q.   So the actual back end of the device --
20   A.   Was outside --
21   Q.   -- was outside --
22   A.   -- the enclosure.
23 MR. BARTELA:  No further questions.
24 MR. FALKOF:  All right.  Signature will be

1  reserved.
2    MR. BARTELA:  We'll order it.
3    MR. FALKOF:  I'll take a copy.
4        (FURTHER DEPONENT SAITH NOT)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1 STATE OF ILLINOIS  )
2              )  SS:
3 COUNTY OF C O O K  )
4    I, Elizabeth L. Vela, an Illinois Certified
5 Shorthand Reporter, do hereby certify that
6 heretofore, to-wit, on the 26th day of January,
7 2017, personally appeared before me, at One North
8 Wacker Drive, Chicago, Illinois, PAUL W. BORTH,
9 Ph.D., BCE, in a cause now pending and undetermined
10 in the United States District Court for the
11 Northern District of Ohio, wherein DEBORAH GALOSKI
12 is the Plaintiff, and APPLICA CONSUMER PRODUCTS,
13 INC. is the Defendant.
14   I further certify that the said witness was
15 first duly sworn to testify the truth, the whole
16 truth and nothing but the truth in the cause
17 aforesaid; that the testimony then given by said
18 witness was reported stenographically by me in the
19 presence of the said witness, and afterwards
20 reduced to typewriting by Computer-Aided
21 Transcription, and the foregoing is a true and
22 correct transcript of the testimony so given by
23 said witness as aforesaid.
24   I further certify that the signature to the

1 foregoing deposition was reserved by counsel for
2 the respective parties.
3    I further certify that the taking of this
4 deposition was pursuant to Notice, and that there
5 were present at the deposition the attorneys
6 hereinbefore mentioned.
7    I further certify that I am not counsel for nor
8 in any way related to the parties to this suit, nor
9 am I in any way interested in the outcome thereof.
10   IN TESTIMONY WHEREOF:  I have hereunto set my
11 hand this 6th day of February, 2017.
12
13
14
15
16
17
18
19
20
21
22        *Elizabeth L. Vela*
23
24

64 (Pages 250 - 253)

1          Veritext Legal Solutions

           1100 Superior Ave - Suite 1820

2          Cleveland, Ohio 44114

           Phone: 216-523-1313

3

4

   February 7, 2017

5

   To: Bradley B. Falkof

6

   Case Name: Galoski, Deborah v. Applica Consumer Products, Inc.

7

   Veritext Reference Number: 2522617

8

   Witness: Paul W. Borth, Ph.D., BCE     Deposition Date: 1/26/2017

9

10  Dear Sir/Madam:

11  Enclosed please find a deposition transcript. Please have the witness

12  review the transcript and note any changes or corrections on the

13  included errata sheet, indicating the page, line number, change, and

14  the reason for the change. Have the witness' signature at the bottom

15  of the sheet notarized and forward errata sheet back to us at the

16  address shown above, or email to production-midwest@veritext.com.

17

18  If the errata is not returned within thirty days of your receipt of

19  this letter, the reading and signing will be deemed waived.

20

21

22  Sincerely,

23

24  Production Department

1      DEPOSITION REVIEW

       CERTIFICATION OF WITNESS

2

   ASSIGNMENT NO: 2522617

3  CASE NAME: Galoski, Deborah v. Applica Consumer Products

   DATE OF DEPOSITION: 1/26/2017

4  WITNESS' NAME: Paul W. Borth, Ph.D., BCE

5    In accordance with the Rules of Civil

   Procedure, I have read the entire transcript of

6  my testimony or it has been read to me.

7    I have made no changes to the testimony

   as transcribed by the court reporter.

8

   _____

9  Date     Paul W. Borth, Ph.D., BCE

10    Sworn to and subscribed before me, a

   Notary Public in and for the State and County,

11  the referenced witness did personally appear

   and acknowledge that:

12

     They have read the transcript;

13    They signed the foregoing Sworn

    Statement; and

14    Their execution of this Statement is of

    their free act and deed.

15

    I have affixed my name and official seal

16   this _____ day of_____, 20____.

17

18     Notary Public

19

    Commission Expiration Date

20

21

22

23

24

25

1      DEPOSITION REVIEW

       CERTIFICATION OF WITNESS

2

   ASSIGNMENT NO: 2522617

3  CASE NAME: Galoski, Deborah v. Applica Consumer Products

   DATE OF DEPOSITION: 1/26/2017

4  WITNESS' NAME: Paul W. Borth, Ph.D., BCE

5    In accordance with the Rules of Civil

   Procedure, I have read the entire transcript of

6  my testimony or it has been read to me.

7    I have listed my changes on the attached

   Errata Sheet, listing page and line numbers as

8  well as the reason(s) for the change(s).

9    I request that these changes be entered

   as part of the record of my testimony.

10

    I have executed the Errata Sheet, as well

11  as this Certificate, and request and authorize

   that both be appended to the transcript of my

12  testimony and be incorporated therein.

13  _____

   Date     Paul W. Borth, Ph.D., BCE

14

   Sworn to and subscribed before me, a

15  Notary Public for the State and County,

   the referenced witness did personally appear

16  and acknowledge that:

17    They have read the transcript;

    They have listed all of their corrections

18    in the appended Errata Sheet;

    They signed the foregoing Sworn

19    Statement; and

    Their execution of this Statement is of

20    their free act and deed.

21  I have affixed my name and official seal

22  this _____ day of_____, 20___.

23  _____

    Notary Public

24

   _____

25    Commission Expiration Date

1     ERRATA SHEET

     VERITEXT LEGAL SOLUTIONS MIDWEST

2     ASSIGNMENT NO: 2522617

3  PAGE/LINE(S) /     CHANGE   /REASON

4  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19

   _____    _____

20  Date     Paul W. Borth, Ph.D., BCE

21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22  DAY OF _____, 20_____ .

23  _____

    Notary Public

24

   _____

25    Commission Expiration Date

65 (Pages 254 - 257)

## &

**&** 2:2,10 7:2,13
27:4,17,19 28:18
30:23 43:24 56:23
69:10 78:22 79:8
165:3,8,13 166:15
172:10 174:12
184:17,23,24
185:11 186:8,12
191:9,20 195:4
227:2,4 234:13
235:5 243:15
244:1 250:8

## 0

**0.00** 32:1
**000** 32:6
**00553** 1:5
**05** 105:16,23 106:6
107:4,12 218:12
**0540** 138:6
**0600** 113:13
125:24 126:6
130:17 163:11
180:14
**084-003650** 1:24

## 1

**1** 3:13 16:10,24
17:2,6 19:24
41:23 45:16,22
58:24 59:14 60:8
130:1 154:5
160:24 213:18
235:1 242:21
247:3
**1,300** 193:18
**1.2** 222:4,5,5
**1/26/2017** 254:8
255:3 256:3
**10** 3:22 39:22 78:1
103:22 107:2

126:23 176:18,18
217:22 218:7,16
218:18 219:11,15
219:23 224:6
227:10,17 230:23
230:24,24 231:2
231:20
**100** 82:15 113:12
121:6,6 123:5,7,13
128:13 130:17
158:8
**10255** 4:20 17:21
**11** 3:23 156:6,15
227:10 228:7
234:1
**1100** 254:1
**119** 241:10,13
**12** 3:24 89:23
227:11 228:15
239:11,11 242:15
**129** 3:19
**12:00** 126:23
**139** 241:13
**14** 159:18,20
**15** 30:14 213:17,21
**16** 173:8,11
**17** 3:13 121:15
**18** 121:23 243:12
**180** 3:20,21
**1820** 254:1
**19** 45:17 164:22
173:15,22 213:17
213:21 242:15
243:13
**1982** 132:7
**1983** 132:8
**1984** 132:8 217:21
217:24 219:4,8
220:1 224:8
245:16,23

**1987** 26:14
**1998** 27:15
**1:14** 1:5
**1st** 129:12 132:14
132:18 159:24
160:4

## 2

**2** 3:14 45:17 71:3
71:6,16,24 122:2,4
129:23 130:15
180:17 192:9
213:18 221:23
226:23 227:1
247:19 250:4
**20** 41:18 118:20,20
121:18 150:23
153:17 156:6
215:5,17 216:3
236:6 244:21
248:18 255:16
256:22 257:22
**200** 2:4 162:8
241:13 242:2
**2000** 99:4,13,24
122:16 165:22
**2001** 69:21 97:24
98:6,10,23 99:19
129:12 132:14,18
160:6,10 161:8
212:6
**2002** 99:20 159:24
160:4,10,24 162:9
162:10,11 163:9
166:1 211:16,22
212:7,11 247:3,20
247:23 250:14
**2003** 28:18 29:9
99:4,13,24
**2006** 216:9
**2008** 29:10,16

**2011** 231:3
**2012** 30:14
**2015** 8:12 20:13
21:9 32:8
**2016** 10:24
**2017** 1:16 252:7
253:11 254:4
**216** 2:6
**216-523-1313**
254:2
**22** 233:6
**227** 3:22,23,24
**24** 121:20 181:3
243:22
**244** 3:5
**248** 3:6
**25** 39:14 106:1
169:24,24 233:9
**2522617** 254:7
255:2 256:2 257:2
**26** 137:7 240:9,11
249:11,15,19
**26th** 1:15 240:13
252:6
**27** 26:5 108:9
243:9 249:22
**27-42** 250:12
**27.7** 250:2
**2nd** 11:4

## 3

**3** 3:15 84:21 85:11
122:2,4 134:4,14
156:15 167:20
192:9 213:21
226:23 227:1
**30** 43:7 127:1
**300** 28:2 240:20
241:18
**312** 2:14
**34** 249:11,15,19

**35** 121:23 249:22
**357-1313** 2:14
**36** 62:22 63:2,17
**3:55** 1:17

**4**

**4** 3:4,16 84:21
  85:19 112:1 113:7
  113:8 127:7,10
  132:21 150:23
  192:9 236:5 246:5
  246:12 247:12
  249:23
**4/3** 120:3
**4/8** 120:5
**40** 127:2 233:7
**42** 250:2
**44** 16:10 41:17,24
  59:14,16,17 60:8
  235:1,2
**4400** 2:12
**44077-3417** 2:5
**44114** 254:2
**45** 41:19 59:15
  111:6 137:7
**46077** 4:21
**47** 59:17 60:17,23
  121:21
**48** 121:16,18
**4th** 72:17 120:18

**5**

**5** 3:17 84:21 86:8
  87:20 105:20
  121:23 176:19
  179:14 218:13
  219:17 224:5,14
  224:19
**5-7** 53:15,16
**50** 249:20
**500** 169:22,24
  170:3

**500b** 136:10 137:6
  138:3 139:9 140:2
  140:7
**55** 111:6
**56** 111:7
**59** 60:19
**5th** 120:18

**6**

**6** 3:18 84:22 86:20
  185:22 223:5
**60** 2:4 41:19 60:20
  151:8
**60606** 2:13
**62** 46:8,10 47:20
  48:23 49:20 51:16
  56:20,21 73:14
**625** 169:22
**63** 46:8,23 47:20
  48:23 49:9,20
  51:17 56:20,21
  73:14 249:3
**64** 45:22 222:14,15
**65** 217:7 245:14
**67** 123:16 124:1,8
**6th** 120:11,18
  253:11

**7**

**7** 3:19 129:4,7
  186:16 254:4
**70** 111:7
**700** 82:16
**71** 3:14
**7th** 120:12,13,19

**8**

**8** 3:20 131:1 154:6
  162:7 164:23
  180:7,9,12 186:19
**800** 113:13 127:14
  128:1,14 130:18
  163:11

**84** 3:15,16,17,18
**861-4211** 2:6
**88** 250:4
**8th** 120:14,19

**9**

**9** 3:21 153:17
  164:22 173:15,22
  180:7,9 186:16
**92** 249:23
**95** 249:20
**97-1** 45:16 58:24
**97-2** 19:24
**98** 241:4,4
**9:16** 1:16

**a**

**a.m.** 1:16
**abbreviation**
  123:23
**ability** 6:9 126:5
  147:11
**able** 6:13 35:1
  42:13 111:14
  131:22 181:24
  214:11 231:15
**abstract** 216:20
**academic** 38:12,14
  73:20 74:8,12,17
  74:22 75:16
  106:15 225:9,17
  243:3
**accept** 169:8 210:8
**accepted** 106:12
  107:6 109:13
  123:22
**accepting** 106:9
**access** 74:11
**accessible** 250:16
**acclimate** 181:2
  184:5

**acclimated** 67:15
  157:21
**acclimation**
  181:19
**accommodate**
  5:20
**account** 158:22
  161:8,11,12
**accumulate** 248:8
**accumulated**
  166:6 213:13
**accumulating**
  248:10
**accurate** 5:3 6:10
  180:3
**accurately** 132:8
**achieve** 108:10,11
**acknowledge**
  255:11 256:16
**acronym** 168:13
**act** 255:14 256:20
**action** 11:16,20
**active** 30:3 123:17
  124:9 132:2
  181:18
**actively** 96:18
**activity** 131:16
  151:6 153:22
  155:4 189:23
  214:3,22
**actual** 27:9 67:9
  81:24 82:2 123:2
  124:2 137:20
  141:14 144:16
  147:9 154:2,8
  186:18 197:9
  201:8 204:12
  247:5,7 250:19
**add** 50:2 201:6
  241:6

addition 20:12
131:24
additional 243:18
243:22 244:7,8
address 4:18
17:23 254:16
adhere 61:12
adjacent 243:18
243:23 244:8
administrative
28:7 29:3
adult 184:4
advanced 24:9
31:9 92:5
advantageous
168:24
advertisement
64:17
advertising 64:20
advise 184:18
affect 6:9 48:4
107:1 143:21
144:16 158:18
affixed 255:15
256:21
aforesaid 252:17
252:23
ag 21:22
aged 192:20
agency 7:23 125:2
125:3
aggregators 74:22
ago 4:8 12:23
69:20 71:14 77:9
77:24 87:22 88:3
93:16 103:1 109:4
194:11 208:20
219:12
agree 16:16 50:19
78:20 98:7 99:12
103:12 110:14,16

118:17 132:11
146:8 157:11
162:8 163:9
165:21 166:4
171:13 172:13
175:11 194:19
195:3 201:6,20
209:9 211:16
236:5 237:11
246:1
agreed 49:1
agreeing 219:18
agricultural 9:5,9
9:11 25:21,24
29:22 231:6
agriculture 21:19
21:23 25:7
agrosciences
21:15,16 22:10,12
22:22 25:5 26:2,5
26:20 30:23 61:2
77:12
ahead 5:16 16:21
96:9 118:5 129:3
159:15 161:16
187:8 208:16
216:19 225:5
aided 252:20
airplane 34:3
al 131:14 132:8
217:21,23 219:8
220:1 245:16,23
alert 38:2
alleges 68:22
allowed 181:2
184:5
alongside 27:19
alternate 189:24
alternative 210:6
amazon 191:5,10
191:22 192:12,19

192:24 193:4,8,10
193:13,17 195:7
196:10
amazon.com
194:3
america 39:21
225:13,23
analyses 191:1
analysis 35:12
analyze 237:12
angles 118:18
animal 236:7
animals 89:20
151:22
announce 228:4
annual 39:20,22
answer 5:15 6:4
19:22 37:9 38:5
57:16,19,23 58:3
73:8 94:16 100:23
106:16 145:7
147:21 149:6,7,11
192:21 194:24
208:14,16 210:7
212:1
answered 147:21
148:20 149:12
220:16 225:7
answers 5:5
ant 100:20 174:21
175:3,8 176:8
antenna 91:24
anthropod 86:9
87:15,19
anticipated 68:2
241:24
ants 22:18 91:8
93:3 100:11 114:3
159:11 174:24
175:1,5,11 176:4,5
177:5 178:6

anybody 18:19
39:24 40:13 42:2
42:17,20 58:15
73:17,20 75:6,13
75:21 111:18
125:19 133:23
151:15 155:21
172:2 174:15
237:7
anybody's 65:2
anymore 145:2
167:2,9
anyways 16:17
156:11
apart 83:6
apartments 68:16
apologize 89:22
apparatus 153:23
162:5 213:2
apparently 132:5
224:7
appear 123:10
126:5 157:1
227:18 228:8
246:13 255:11
256:15
appearances 2:1
appeared 131:22
252:7
appearing 241:20
appears 46:10
116:5 129:12
216:8 222:13
247:7
appended 256:11
256:18
applica 1:6 7:9
42:20,21 61:11
64:2 66:5 111:19
125:8,10 155:15
155:15 157:3

160:15,21 164:5
164:24 174:6
177:1 224:13
226:23 244:6
245:2,8,12 252:12
254:6 255:3 256:3
**applica's** 93:18
**applicable** 35:7
**application** 22:8
22:23,24 24:15
25:20 33:14 48:7
188:5 246:17
**applications** 13:9
13:10 25:2,9 27:1
27:13 108:10
116:19
**apply** 205:13
**appreciate** 244:14
**approach** 116:23
**approximately**
123:23,24
**april** 120:11,12,13
120:13,14,18,18
120:19
**arbitrary** 105:24
106:10,17 219:12
**area** 23:8 34:10
73:21 144:2,4
**areas** 30:7
**arizona** 18:6 33:2
33:14,23 34:21
35:6
**armchair** 69:5
**arms** 42:14
**art** 112:22
**artful** 145:22
**arthropod** 85:20
87:18 89:15,16,17
99:3 112:4 113:24
114:9 246:6

**arthropods** 89:19
91:22 100:7
116:20 117:24
**article** 18:23 46:11
47:16 63:16 68:9
68:11 128:24
**articles** 38:21
47:20 49:1,4
50:12 74:12,19,23
75:16 77:1 96:11
96:21 161:12
**ashton** 80:22
150:17 155:23
**asked** 13:1 32:15
42:13 44:15 52:14
52:16,18,19 53:3
57:15,16,24 65:4
67:18 84:7 143:12
147:20 148:19
150:17 151:18
208:6 246:7,19
**asking** 5:23 6:6
61:11 68:2 136:6
145:19 168:15
177:14 182:21
187:18 237:2
**aspect** 152:22
**aspects** 44:10,16
45:3 47:24 135:2
**assess** 66:4 237:12
**assessment** 219:19
237:15
**assignment** 81:7
255:2 256:2 257:2
**associate** 42:4
100:21 133:6
**associate's** 80:8
**associated** 55:15
57:17 139:1
**associates** 78:21
79:13 93:17

124:20
**association** 77:19
200:16
**assume** 6:5 53:9
99:17 100:3 118:9
156:12 183:6
**assuming** 88:8
117:11
**assumption** 99:17
128:5 133:2
**attached** 17:11
89:3 247:2 256:7
**attacks** 22:17
**attempt** 192:18
**attempting** 136:13
**attended** 77:21
**attention** 217:6
**attorney** 4:10
62:16
**attorneys** 65:10
253:5
**attract** 118:6
**attracted** 117:24
**attracting** 118:10
**audience** 110:8
126:11 143:19
168:8
**audiotapes** 40:24
**aunt** 175:9
**aurelio** 58:8 59:22
64:2
**australia** 77:22
78:5
**author** 39:1,5,14
39:14 100:22
150:16 155:24
**authored** 35:18
80:24 86:11
**authorize** 256:11
**automatic** 12:3

**available** 43:21
160:15 246:23
**ave** 254:1
**average** 172:17,21
**avis** 12:3
**avoid** 126:5 213:2
**aware** 43:15 69:23
70:2,12 133:10
151:11 193:3,6,13
193:19 194:20
210:17 216:10,13
217:3 225:18

## b

**b** 2:11 3:10 4:16
18:9 99:9 120:8
120:17,24 121:3,6
121:17,20,22,24
122:2,4,8 131:23
137:2 138:7
156:19 164:19
178:24 200:16
221:20 223:4,12
245:3,3,11 249:21
254:5
**babbling** 92:8
**back** 10:19 14:22
14:23 15:12 20:2
20:2,18 21:7
41:15 45:2 74:3
78:19 82:10 94:20
109:23 110:9
113:6 115:15
117:17 119:14
121:17,20,22,24
122:11 134:7
137:4 144:10
145:4,21 148:12
166:20 168:2
169:13 171:21
172:23 187:22
208:7,19 212:20

214:21 218:23
219:11 231:19
248:17,17 250:19
254:15
**background** 75:10
143:7,11 183:10
**backside** 132:2
**backup** 69:5
**backwards** 37:13
**bad** 213:4
**bait** 23:9,10
**ballard** 68:12
96:11 131:14
132:7 217:21,23
219:8,24 224:7
245:16,22
**ballard's** 219:4
**ballpark** 241:7
**bankers** 19:6
**barnes** 2:10 7:2
**bartel** 47:13
**bartela** 2:3 3:4,6
4:6,8 14:14,16
16:23 17:4 42:16
47:15 48:17 58:13
59:4,6 61:23 62:2
62:7 63:8 71:3,8
76:8 78:13 84:17
85:1 92:11,12
94:14,15,20 95:1
109:20 117:14,17
117:21 118:13
119:1,13,19
126:23 127:1,4
128:6,11 129:3,9
131:6,9 136:22
144:23 145:3,17
148:1,21 149:9,13
153:12 159:16
161:4,19 164:1,14
166:12 167:6,12

167:13 172:8
173:20,23 177:10
177:11 179:2
180:6,11 185:19
185:21 187:20
189:18 190:5,7,8
199:21,22 201:13
203:13,15 204:7,8
207:1,9,20 208:3,6
208:12,19 209:1,3
211:21 215:10,14
215:17,20,22
216:1 220:17
225:4,8 227:7,13
240:17 241:1,15
242:4,9 244:12,22
248:14,16,20,22
249:16,17 250:23
251:2
**base** 66:5 143:8,13
**based** 37:9,20,21
37:24 38:23 43:10
43:11 50:4 72:21
99:18 108:18
124:7,21 146:13
148:3,9 151:1
164:21,23 182:9
182:24 183:11
185:4 192:15
208:15 211:9
214:22 218:15,18
223:9
**basement** 23:16
**basic** 52:16 110:24
**basically** 8:23
10:14 21:22 23:10
31:1 36:16 52:21
73:9 106:9 209:20
232:12
**basis** 245:19

**bastardizes** 203:4
**bates** 220:8
**bce** 1:9 3:3 4:2
252:9 254:8 255:4
255:9 256:4,13
257:20
**bearing** 146:24
**bed** 18:23 36:2
37:5,10,16,23
**bees** 91:9,14,18,20
**beetle** 174:20,21
**beginning** 26:10
59:10 75:3 217:8
**begins** 123:1
**behave** 152:23
**behavior** 142:19
155:12 156:1
214:5,24
**behavioral** 152:13
**believe** 11:4 18:10
36:22,22 52:18
61:16 63:3 71:12
82:7 99:24 118:16
132:16,22,24
134:24 177:20,22
179:21 184:19
206:3 215:5 235:1
243:14
**believed** 20:24
**believing** 86:10
87:16 89:16
**bell** 69:10 232:22
235:5
**bench** 31:1
**beneath** 135:11
**bernstein** 2:2
**best** 5:8 43:3
149:22 224:16
243:17 250:9
**better** 136:5 159:5
160:11 168:23

175:6 195:6
**beyond** 10:2 75:12
82:16 109:1 229:9
**bh** 130:2 133:13
**bias** 194:21,23
202:17,19 203:1,6
203:9,10,16,17,17
203:24 204:4,5,6
204:13,14,23
205:7,9,11,21
209:5,10,13,19,20
210:3,16 211:2
**biassed** 195:5
**bible** 230:6
**big** 23:8 25:16
35:9
**bigger** 5:9
**billing** 240:19
241:16,19
**binding** 108:18
**biocenotics** 156:13
**biological** 142:15
145:16 242:22
245:19
**biology** 171:21
**bit** 7:18 22:4 98:16
143:6 145:19
182:15 196:16
**bitten** 37:17
**black** 7:13 43:24
56:23 78:22 79:8
172:10 186:8,12
191:9,20 195:4
250:8
**blanket** 34:3
**blattella** 114:19,23
**blow** 101:6 114:6
**bluetooth** 23:22
**board** 68:2 83:10
83:14 151:5

boards 151:8
bodied 101:3
114:4 135:21
141:10 167:7
bodies 89:20
bollworm 33:13
33:23 34:14 96:2
bollworms 35:5
boogeylights.com
46:17
boogeylights.com.
46:17
book 82:22 165:3
165:8,13 174:12
227:2,4 231:4,16
234:13
booklet 166:15
184:17,23,24
185:11 243:15
244:2
books 230:12
borer 96:1
borth 1:9 3:3,12
4:2,7,14,14 14:17
16:24 17:1,5,6,21
18:6,8,15,18 21:9
21:13 33:17 40:12
45:16 58:24 65:13
71:5,24 72:1 76:9
84:20 85:2,11,18
86:8,20 87:20
112:1 113:7
114:13 127:5,7,10
129:6,10 132:21
133:4 134:4,12,14
141:2 144:24
180:8,12 185:22
204:9 209:4
213:18,23 221:17
223:9 225:24
227:9,14,17 228:7

228:15 231:20
234:1 239:11,11
240:18 244:12,20
246:4 252:8 254:8
255:4,9 256:4,13
257:20
bottle 101:5 114:6
bottom 90:8
115:10 156:17
186:16 222:22
236:1 237:4 249:5
254:14
bought 179:11
bow 190:10
box 126:12 154:16
154:17 162:12
165:24 181:17
boxes 115:22
173:1
brad 16:16 61:23
167:12 208:21
brad.falkof 2:15
bradley 2:11
254:5
branch 39:23
brand 110:2
branded 44:1
56:24 79:3,6
80:19 96:4 99:16
100:2,15 101:9
133:12 137:2
172:11 186:9,13
191:9,20 195:5
204:11 226:5
250:8
brands 7:11
break 5:13,17,19
14:15 123:1 127:2
127:3,6 131:8
209:1,2,4 240:16
242:8

brief 10:14 15:3,5
167:14
briefly 33:19
52:12 159:22
234:9
bring 23:12 67:19
192:6,7 236:19
brings 169:17
220:4
broad 65:24
broader 21:21
190:9
broken 153:19
brought 71:10
brown 68:7
234:15
browsing 15:14
btlaw.com 2:15
budget 29:7
bug 37:10 179:13
199:12,14
bug's 199:17
bugs 18:24 36:2
37:5,16,23 91:10
91:15
building 22:13
36:18
buildings 22:13
bulk 133:5
bullet 20:13 92:19
92:21,24 108:6,19
115:16 128:9,14
bullets 123:8
business 18:3,4
19:11,11 21:17
22:1
buy 163:2 179:7,9
179:10,11
buying 19:11

c

c 99:9 131:23
221:20 223:12
243:13,17 245:3,4
245:11 250:1,7
252:3
c.v. 17:10 20:1,5
20:15 21:7 33:1
35:20 38:5
ca 123:16,21
cabbage 96:1
calculated 169:13
calculator 170:2
241:9
california 33:24
call 14:18 15:12,15
16:1 18:19 19:3,5
19:12 31:15 35:18
36:8,13 37:10,22
43:14,18 52:4,7
54:15 57:6 58:14
58:15,18 62:4
67:3 68:6 69:17
75:11 81:1,6,23
82:15 84:4 126:18
142:16 162:9
172:2 238:4 243:5
called 1:10 4:3
20:14 23:9 44:3
46:17 47:5 52:17
64:15 77:16 80:1
80:1 81:22 99:2
113:12 133:20
193:14 195:14
201:9 231:5
241:23
calling 151:20
calls 18:20
camp 239:21
campbell 42:24
43:6,8,16 44:15

46:1 51:21,24
52:1,13 53:21
54:7,22 55:1,4,18
55:24 56:24 57:5
58:14,22 59:8
62:8,11 64:2
69:19 71:13 72:2
72:2,16 73:2,4
80:2 101:23 103:3
125:13,16 135:1
137:16 151:18
235:21 236:20
239:2,21
**campbell's** 235:4
**candidate** 30:24
**cannibalistic**
182:16
**capability** 83:24
**car** 12:5
**care** 165:3,8,13
166:15 174:12
184:17,23,24
185:11 227:2,4
234:13 243:15
244:1
**career** 70:3
**carefully** 108:20
126:10
**carry** 159:4
**case** 7:19 10:15,23
11:9,12,24 15:6
16:3,13 19:19,20
21:4 42:18 44:2
49:13 52:23 56:2
56:23 59:11 61:9
70:1 76:3,16 81:9
81:12 84:10 98:13
99:22 102:2,10
129:23 133:23
134:19 136:2
137:18 142:6,10

150:7 160:9
169:14 177:16
190:17 212:23
223:17 226:15
229:7 232:2,9
234:15 235:6
242:2 254:6 255:3
256:3
**cases** 9:2 12:11
38:7
**cat** 100:10,17
114:3 159:17
**categorized**
232:17
**category** 97:3
147:17,17 190:22
**causation** 198:6,8
198:14,19,24
199:1,20 200:20
200:22 201:4,11
**cause** 94:4,4 142:4
198:9 199:20
208:8 252:9,16
**caused** 142:7
198:11 199:2,17
200:2
**causing** 214:4
**cellar** 101:3
135:22 141:10
**center** 29:17,20
30:6,17,18,22 31:7
31:13,15
**centimeters**
249:20
**centric** 17:21 18:2
18:9,11,13 20:14
**cer** 174:23
**certain** 16:2 80:6
114:14 128:5
191:8 194:2
196:15 201:11

**certainly** 16:12
97:10,18 122:1
194:22 195:22
**certainty** 140:10
158:8 198:3 201:3
206:16 246:18
**certificate** 256:11
**certification** 255:1
256:1
**certified** 1:14 68:2
252:4
**certify** 252:5,14
252:24 253:3,7
**chamber** 154:22
**chambers** 154:2
**chance** 105:20,21
107:23 134:20
**change** 148:9,17
212:21,21 254:13
254:14 256:8
257:3
**changed** 29:15
161:23 162:4
177:8 200:1
212:12
**changes** 62:12
254:12 255:7
256:7,9
**characteristics**
92:5 142:16
**characterization**
101:15 162:23
**charged** 193:18
**chart** 45:21 46:6
50:1 60:16 95:14
95:20 102:5,7
119:23,24 122:7
122:10 136:5,8
141:4,6,9,10
153:18 154:1

**charts** 101:14
103:17 135:5
141:14
**chase** 13:11 93:1
**check** 45:2,12
191:24
**chemical** 21:18
24:23 25:19 26:19
26:24 27:13 29:24
30:3 35:4 39:2
108:10 183:11
199:9,11 200:2,2
**chemicals** 23:6
24:20 92:20
**chemistry** 31:2,2
**cherry** 203:22
211:4
**chew** 188:11
**chicago** 1:15 2:13
252:8
**choice** 10:4 32:18
**choose** 202:24
219:13
**choosing** 211:5
**chose** 34:10
**chosen** 108:20
**chung** 59:24
**circuit** 83:10,14
**circuitry** 83:13
**circular** 170:7
**circumstances**
190:15
**citation** 63:13
**citations** 75:11
**cite** 98:10
**cited** 16:9 45:8
67:17,17 68:1
77:3 96:3
**cites** 132:7
**civil** 1:11 255:5
256:5

**cix** 113:13 130:17
164:17 165:1
174:7 190:19
226:24
**claimed** 137:7
164:19
**claims** 66:5 68:23
70:4 92:15,17
93:22 95:3 97:1
**clarify** 88:4 204:7
**class** 11:16,19,22
11:23 12:14,21
89:19
**clear** 60:3,7 75:21
79:2 85:10 88:21
90:14 91:7 112:7
114:2 137:24
139:5 142:20
164:3 177:13
207:23 211:22
214:8 215:2
250:15
**clearer** 76:14
**cleveland** 254:2
**client** 8:4,4,21
10:19,20,20 14:22
25:16,18
**clients** 8:1 19:2
37:16
**close** 175:6
**closest** 226:8
**coca** 239:22
**cockroach** 68:15
95:23 100:19
105:2,14 107:11
114:18,21,22
116:2 119:21
122:16 123:2
126:14 128:13

131:15,19 159:23
160:12,16,23
161:20 163:16
164:7,21 165:22
166:22 173:1
211:16,23 212:4
212:11 217:20
218:1,20 220:2,7
222:19 230:13
245:19 246:8,13
250:15
**cockroaches** 22:18
91:8 96:10 97:2
100:11 105:6
114:3,16 116:8
117:8,11,12
118:15,20 119:16
122:19 123:14,17
124:1,8 126:5
128:1,15 131:23
132:1,6 133:8,12
134:1 135:21
141:7 159:11,22
160:23 161:9
162:20 164:9,13
164:18 165:2,12
166:6,11,14 167:7
178:2,12 213:12
214:22 219:6,20
223:8,11 224:3
227:1 248:4
250:17
**coded** 110:7
133:15 160:18
245:3,13
**codes** 110:7
**cola** 239:22
**collars** 92:22
**colleague** 245:2
**collection** 197:5
237:12

**color** 91:23 118:21
119:3
**column** 53:15,17
95:21 120:1,7,10
121:8 138:13
222:22 249:4,5
**columns** 53:9
119:24 120:23
154:12 232:10
**come** 28:4 34:2
55:15 57:18 60:3
66:19 87:12 89:9
107:3 134:7
187:13 203:6
212:20 233:14
**comes** 46:16 72:7
118:7
**comfortable**
145:24 182:21
199:16
**coming** 83:21 84:2
160:20 186:5
188:13,24 229:3
248:2
**comment** 116:14
122:21
**commenters**
192:19
**commercial** 22:13
22:20 27:17 36:21
108:5,15,21
245:18
**commission**
255:19 256:25
257:25
**common** 53:17
97:8 106:6 114:21
114:22 174:18,22
175:12,18 176:14
176:16 177:4

**commonly** 106:11
106:12
**community**
106:15
**companies** 9:17
15:23
**company** 18:23
21:18 32:20 36:7
64:15 108:9,23
158:23 193:14
**comparative**
197:15
**compare** 111:15
137:10 197:8,8
198:2
**compared** 140:18
189:24 224:22
**comparing** 136:18
136:24
**compiling** 168:6
**complete** 5:2
**completely** 31:14
195:22 213:5
**completing** 134:21
**complex** 101:5
114:5
**comply** 66:15
**compound** 199:9
199:11
**compounds** 26:19
26:21 31:8
**computations**
167:22
**computer** 33:15
36:16 193:4
196:14 252:20
**con** 52:15
**concentrated** 34:9
**concern** 142:5,7
237:22

**concerned** 198:15
**concerning** 116:21
  158:14
**concerns** 118:2
**conclude** 127:24
  165:11,16 186:15
  222:14,18
**concluded** 1:17
  123:13 164:15
  183:12 185:4
  223:24
**concludes** 182:4
**concluding** 223:23
**conclusion** 105:13
  186:18 189:19
  205:23 206:12
  209:17 211:9
  223:10 233:15
  243:5
**conclusions** 88:20
  105:10 123:11
  186:6,20,22 211:1
  212:17 221:9
  230:19
**conclusory** 126:3
  127:21
**condition** 165:19
**conditions** 19:3
  157:22 169:16
  176:12 223:8
  224:3,20 226:9,17
  226:17,21
**conduct** 14:7 81:9
  116:24 194:6
**conducted** 122:17
  132:12,17 180:24
  184:3 223:21
**conducting** 29:5
  194:9
**conduit** 104:18
  115:9,23 222:7

**conference** 39:17
  52:4 77:21,24
**conferences** 39:20
**confirm** 157:4
**confirmation**
  203:9,10,17
**confirmed** 137:17
  137:18
**conflict** 236:12
**conflicted** 237:22
**confuse** 164:3
**confused** 172:4
**confusing** 155:17
**connected** 71:19
  71:20 78:8 104:17
  115:22 246:21
**connects** 222:7
**consequently**
  144:4
**consider** 66:21
  187:15 188:14
  206:9 232:6
**considerations**
  156:16
**considered** 25:17
  97:4,6,20,22
**consist** 207:6
**consistent** 110:1
  201:17
**consistently**
  206:20 207:4,7,14
  208:7
**consisting** 114:5
**constant** 153:14
**constructed** 222:5
**constructing**
  194:20
**construction**
  52:20 65:1
**consult** 47:23 48:6
  49:21 50:3,6

  51:19 73:20
  101:23
**consultant** 19:7
**consulted** 51:16
  103:2 230:3
**consulting** 17:21
  18:2,7,13,16,18
  19:2,15,18 20:15
  21:9,13 65:6
**consumer** 1:6 7:9
  48:8 61:15 98:15
  98:18 165:24
  172:20 178:5,10
  188:18,19 194:7
  194:10 252:12
  254:6 255:3 256:3
**consumers** 70:4
  144:18 160:22
  163:2,12,18
  164:10 172:14
  174:15 177:3
  194:11 195:4
  214:10 226:7
  244:7
**consumption**
  151:5,7
**contact** 7:22 10:21
  14:10 79:15,18,21
  81:6 95:2 192:18
**contacted** 7:21
  8:21 9:8 10:10,23
  11:3
**contained** 66:11
  246:9
**container** 23:15
**contains** 72:1
**context** 75:16
  198:10
**continue** 188:10
  201:23

**continued** 154:21
  187:1,1,13 201:15
**continuing** 189:5
  189:6,7
**contradiction**
  184:23
**contradictory**
  185:10
**control** 31:15 34:1
  63:14 86:10 87:15
  89:15 170:12
  171:8,14,19
  196:21 197:1,2,3,7
  197:10,10,11,14
  197:20 198:2,5
  199:24 220:9
**controlled** 106:22
**controlling** 132:5
**conventions** 65:9
**conversation**
  11:14 12:24 14:21
  20:20 42:23 43:7
  44:20 45:1 51:21
  51:24 52:2,15,23
  53:20 54:21 55:17
  67:3,4 137:16
  192:15
**conviction** 205:16
  208:4,11,15
**copied** 71:22
**copies** 215:11
**copy** 17:8 20:1,5,7
  63:5 71:9 85:11
  119:3 167:4
  180:13 251:3
**cord** 246:22
**corn** 35:7,13 96:1
**corner** 126:12
**corr** 201:4
**correct** 15:3 17:11
  17:24 26:13 33:3

44:12,14,18 45:20
47:2,3,5,6 50:13
51:17,18 61:15
63:14 64:3 72:20
73:6 76:19 79:10
81:15,16 85:16,17
86:14 93:19 99:8
99:12 103:6,10,15
103:19 108:3
109:11 110:6
113:14,20 114:1,8
115:6 120:11,16
120:20,21 122:3,4
122:17 123:14
126:1 129:13
130:3,4,7 133:8
134:15,24 135:4,7
135:24 136:15
139:11 141:22
147:19 148:5,6,18
149:20 154:14
160:1 165:5 166:7
167:24 168:4
169:6 170:13,21
171:2 178:3
182:11 186:10,23
192:17 219:1
227:5,6 234:6,7
235:17,23 239:9
250:17 252:22
**corrections** 254:12
256:17
**correctly** 150:20
152:2 169:13
191:10 214:6,17
218:17
**correlated** 79:7
136:13,17 141:19
145:12 147:18
200:11,13,13,14
200:17

**correlation** 44:4
52:10,11 53:8
72:22,23 79:9
85:12 88:23 89:3
90:12,15 99:19
110:21 111:15
126:16 134:4,13
135:11 136:12
137:21 138:6,22
139:8,15 140:1,11
147:15 149:17,18
150:13 159:24
160:14 166:19
200:5,7,8,20 201:1
201:4,9,22 202:5
204:16,17,18,22
205:6 211:23
212:5 235:16,20
237:1 238:12
247:2 250:9,13
**correspond** 82:8
250:7
**corresponding**
141:19
**corresponds** 49:18
**corrupts** 203:5
**cottage** 193:20
**cotton** 33:14,23
35:5
**counsel** 7:24 8:10
69:12 129:18
192:16 227:16
246:7 247:1 253:1
253:7
**count** 155:2,7,8
**counter** 209:11,13
**counting** 233:2,12
**country** 97:14
**county** 252:3
255:10 256:15

**couple** 27:22,22
39:1 56:10 105:2
125:22 127:10
131:12 135:6,8
167:14 184:8
217:16 218:2
226:11
**course** 22:16 28:9
**courses** 25:16
**court** 1:1 5:1
73:24 112:1 169:7
252:10 255:7
**courts** 1:12
**covered** 21:11
**crafting** 158:15
**create** 144:1
**created** 16:12 18:8
29:20 156:11
**creating** 116:19
229:23
**creature** 158:4
**creatures** 158:4
181:12 190:16
**credit** 39:8
**creepy** 93:4
**crickets** 91:9
101:4 114:5
174:10
**criteria** 31:12
156:16,21
**criterion** 242:23
**critique** 66:7
213:19
**critters** 101:1
**crop** 27:4
**csr** 1:23
**culture** 108:23
**curious** 83:6
**current** 15:14
230:21

**currently** 6:22
**curve** 232:22
**customer** 192:11
**cut** 13:11 56:18
162:11 163:6
**cv** 1:5

|   d   |
|---|

**d** 3:1 18:9 27:4,17
27:19 28:18 30:23
99:9 137:2 138:7
164:20 243:13,21
**daily** 153:22
**damp** 91:22
**dandelions** 25:16
**dangerous** 201:23
202:1
**daniel** 80:21
150:16 155:23
**data** 117:20 168:1
168:8,17,23 169:3
169:4,10 191:1
195:14,21 197:5
210:24 211:5
237:11,13
**database** 36:16
**date** 20:7 43:2
99:24 120:1
132:18 254:8
255:3,9,19 256:3
256:13,25 257:20
257:25
**dated** 129:12
132:13,17 159:24
160:4,23 162:9
**dates** 78:2 99:18
125:15
**day** 1:15 74:1
120:1 121:13,14
121:15,18,20,23
130:6 154:5,6,13
181:14 188:24

190:12 214:9
223:5 243:22
252:6 253:11
255:16 256:22
257:22
**days** 122:2,4,8
154:4,8 159:6,18
159:20 223:4
254:18
**deal** 111:11
205:24 206:10
242:14
**dealing** 54:2
152:19 221:3
232:2
**deals** 173:17 174:2
**dear** 254:10
**death** 182:18
199:17 200:3
**deborah** 1:3 64:6
177:15,18 228:9
234:3 252:11
254:6 255:3 256:3
**december** 43:4
52:1 241:5
**decibel** 46:3 47:1
48:3 49:10,17,24
50:15,20 51:10,16
55:5,13,18,19 56:5
72:5,19 73:5 80:7
102:17 103:10
110:1 111:13
249:20,23 250:5
**decibels** 44:7 45:9
50:10 55:11,15
56:13 57:18
102:24 103:6
130:24
**decides** 10:20,20
**decision** 19:13
108:18 219:13

**decker** 7:13 43:24
56:23 78:22 79:8
172:10 186:9,13
191:9,20 195:5
250:8
**decoding** 245:11
**decrease** 56:6
**deduce** 117:7,19
**deductive** 69:3
**deed** 255:14
256:20
**deemed** 254:19
**deep** 173:4
**deere** 12:7
**defects** 31:24 32:6
**defendant** 1:8
2:16 21:3 252:13
**defendant's** 17:9
**defense** 9:8 11:17
133:23
**defined** 122:9
**definition** 22:16
200:5 214:5
**definitively** 219:5
**degree** 38:24
140:10
**delivered** 30:4
**delivery** 29:17,22
30:7
**demonstrate**
138:21 151:6
**demonstrated**
226:20
**demonstration**
214:3
**department** 32:5
254:24
**departments** 28:2
31:17
**depend** 183:15

**depends** 75:9 97:5
181:14 202:14
206:17,17
**deponent** 251:4
**deposed** 6:15
**deposition** 1:9
3:12 17:1 40:12
40:14 41:8,11,23
43:10,11 60:20
64:5 66:8,10 68:8
70:22 71:5 84:20
129:6 180:8
213:20 215:5,18
216:4,23 227:9
228:10 234:3,10
234:15 235:4
241:20 244:22
246:4 253:1,4,5
254:8,11 255:1,3
256:1,3
**depositions** 1:13
64:1,11
**describe** 7:23 36:7
136:16 200:9
**described** 10:15
36:6 53:17
**description** 55:12
**design** 62:12
115:14 161:23
197:5 210:1,1,7
212:12,22 231:13
250:18
**designed** 14:6
146:5 168:15
209:15,24 210:15
**desired** 203:21,23
**despite** 76:20,23
**detail** 70:7
**details** 11:18
110:12

**detect** 204:14
205:7
**determine** 31:4
34:7 66:10 244:6
**develop** 25:18
37:19
**developed** 220:20
**development**
31:10 43:24
**developmental**
26:18 29:6
**device** 37:4 51:2
62:13 72:19 83:17
83:22 84:2 90:9
109:21 110:23
111:9 117:12,13
118:3 119:2,6,9,17
120:10 123:3,5
131:21 135:14
136:10,13 137:1,6
138:2 141:14,16
142:21,22 143:1,2
143:15 144:15,17
144:21 146:3,6
148:17 154:9,17
154:18 158:19
160:22 161:10
162:13,19,21
163:6,12,17,18
164:11 165:23
166:1,2 171:24
176:4 178:1,5,11
180:2,24 181:17
181:18 182:5
184:2,18 185:3
186:2 187:9,19
206:21 213:12,14
214:4 217:24
218:19 220:1
223:4 245:3,18,24
246:11,14,19

247:5,8,14,20
249:18,19 250:1,4
250:7,16,19
**devices** 48:12
50:15 51:8 56:24
61:21 72:18 78:23
79:3,6,8 80:19
81:21,24 82:9
84:9 85:21 87:3
90:1,5,6,11,18,22
91:1,12 95:16
96:4 99:3,7,16
100:2,10,15 101:9
103:18 104:22
109:24 110:2
111:3,5,9,19,21
112:5 113:10,15
113:18 116:9,13
118:15 119:7
122:7,20 124:6
130:16,21 131:20
131:23 133:12,15
135:3 136:12
137:2 144:11
146:10,15 147:18
148:3 150:1,2
151:10 156:4
157:4 159:9
160:13 162:24
163:2 164:18
165:7,12 166:6,11
166:14 176:21
182:23 186:13
190:14 204:11
214:15 220:20
221:20 223:3,7,12
223:13,23 224:2
224:22,24 226:5,5
226:6,16 227:3
232:14 233:15
245:1,2,8 246:6

249:8
**diagram** 222:2
**dialed** 52:5
**dictionary** 198:22
**difference** 35:10
107:18,19,22
144:15
**differences** 105:14
107:11 139:14,18
148:24 149:1,3
190:18 223:2
245:23
**different** 13:8
15:23,23 26:8
27:22,22 30:21
31:14,19 37:6,21
49:19 50:17 85:3
95:15 102:22
129:4 132:19,23
133:1,4 140:2
145:16,19 148:4,5
175:10,21 188:20
195:18 203:7,8
208:5 221:22
222:12 241:19
243:20 244:9
245:22
**differently** 144:1
213:10
**difficult** 111:8
245:21
**dig** 22:4 233:20
**digging** 69:24
**dilemma** 73:10
**dimensions** 222:12
**dinner** 77:23
78:10
**direct** 25:12
**directed** 65:1
**direction** 43:20
66:13

**directions** 66:11
69:14 82:21
**directly** 28:11
55:11 57:17 73:5
77:11 118:20
122:20 135:11
**disagree** 98:22,24
165:22
**discipline** 32:3
33:4 194:18
**disciplines** 26:3
**disclose** 240:7
**disclosure** 213:19
235:8
**discounted** 195:23
**discovered** 31:1
**discovery** 30:16
30:22 31:6,8,19
61:24 164:6
**discuss** 14:22
40:13 49:5,22
68:19 90:15
230:15 242:17
**discussed** 48:11
229:11 234:21
**discussing** 72:3
127:5
**discussion** 5:3
47:14 59:5,8
84:19 98:13 131:2
131:10 134:18
167:23 173:21
186:20 203:14
216:22
**diseases** 33:10
**disposal** 66:5
**dispute** 93:12
**dissertation** 33:11
**distance** 56:6 57:1
**distinction** 75:14
91:14,15,16

115:19 200:19
**district** 1:1,2,12
252:10,11
**divided** 232:17
**division** 27:5
28:21
**doc** 45:16
**doctor** 93:16
100:6 117:15
149:10,14 150:12
153:13 158:5
161:5 165:11
177:12 179:13
180:5 191:4
200:18 202:3
203:3 210:24
220:18 223:19
249:4
**doctors** 222:9
223:20 224:12
**document** 17:13
17:17 46:22 61:18
71:18 72:1 112:20
125:1 128:12
129:4 136:1
221:24
**documentation**
12:19,20
**documents** 40:23
41:4,23 60:5
73:14 78:24 85:14
**doing** 18:4 27:9
28:13 29:10,14
30:9 77:13,15
79:13 88:11 99:15
168:6,24 189:1
193:11 194:16
196:22 210:20
223:22 233:12
**doors** 24:12

**double** 45:2 90:3
**dow** 21:15,16,18
22:10,12,22 25:5
26:2,5,19 30:14,23
32:9 34:20 35:4
38:11,20 39:2
61:2 70:3,9 74:17
77:12
**dr** 4:7,14 14:17
17:5,20 33:17
40:12 60:20 63:2
63:14 64:8 65:13
66:8 70:21 72:1
76:9 77:4,16 78:4
78:15,20 79:13
80:1,8,14 85:2
86:12,13 93:9,12
93:15,21 95:19
96:16 98:20 99:6
99:14 100:1,7,16
105:10 111:15
112:16 113:16
114:13 116:12
122:16 123:1
126:14,19 127:5
127:24 128:4
129:10 130:5,16
133:4,6 134:12
141:2 144:24
161:14 169:8
178:20 179:22
180:1 204:9,23
205:2 209:4
213:23 215:4,7
216:2,3,23,24,24
218:5,6 219:4,4,18
221:17,17 223:9
225:24 227:14
240:18 244:12,20
244:21 245:2
247:4,19 248:23

**draw** 200:19
**drawing** 243:4
**drive** 1:15 2:12
92:22 178:1,11,14
178:14,15,20,20
178:21,24 179:8
214:11 252:8
**driven** 179:6
**driving** 214:15
**drop** 56:13
**droppings** 187:2
188:11 189:7
**drs** 221:18,19
223:19
**drugs** 6:8
**dry** 30:4
**due** 105:21,21
107:22 198:3
245:23
**duly** 4:3 252:15
**duties** 29:2
**dwelling** 243:19
**dworken** 2:2
**dworkenlaw.com**
2:7
**dynamics** 33:13

**e**

**e** 3:1,10 57:7,11,20
57:21 71:12,21
72:1,3,16 73:1
82:11 99:9 103:18
109:24 111:6,9
**earlier** 17:23
64:15 86:12 98:16
112:13 134:23
139:18 143:5,12
150:17 156:23
160:7 162:17,18
190:4 196:16
201:5 212:15
218:12 234:21

244:23 247:3
**early** 231:23
233:18,18
**ease** 59:2
**easier** 37:12
224:10 232:8
**easiest** 84:14
**east** 222:6
**eastern** 100:11,22
114:4
**easy** 110:6
**eat** 23:16 187:2
189:6
**ebay** 192:4
**ecologic** 92:3
**edition** 231:8
**editions** 230:10
**educate** 44:23
**educated** 50:24
**education** 143:7
175:16
**effect** 105:23
106:8 107:21
108:2 147:10
149:2 176:7,13,23
198:9 199:2 214:4
214:24 219:20
**effective** 68:12
117:8 139:10
140:14 148:8
176:21 182:5
183:13 185:13
187:15 188:15
214:15 218:2,21
220:3,5 233:17
**effectively** 182:24
**effectiveness**
30:18 31:13 68:13
**efficacious** 26:22
158:19 202:7

**efficacy** 21:4 51:8
78:22 80:18 81:10
84:9 86:21 89:2
93:17 99:15
104:21 106:7
107:14 116:12
118:2 124:6
126:14 129:11
133:7,11,24
135:12,15 137:20
138:2,11,15,16,23
139:1 140:3,6,12
140:21 141:15,24
144:17 146:14,24
147:19 148:14
149:3,16 150:3
155:16 156:16,21
157:3 159:9
163:17 164:8
190:13 204:10
221:10 223:16,21
224:12 226:1,4,20
244:4
**efficiency** 227:19
231:20
**efficient** 31:18
32:5
**efficiently** 141:1
**eighth** 96:2 191:5
**either** 18:10 67:17
88:17 122:10
154:24,24 176:10
195:23 200:11,12
**electrical** 44:8
80:4 237:3,3
**electrically** 50:3
**electronic** 23:21
24:2 36:4,5 68:22
68:24 83:13 92:21
**electronical**
110:22

electronics 48:8
element 220:4
eliminate 23:7
212:24,24
eliminated 213:11
elizabeth 1:13,23
145:4 252:4
email 254:16
emit 144:12
146:10
emits 142:21,22
143:17
emitted 126:6
131:21 143:22
180:14 245:17
employed 21:14
42:21
employer 10:9
199:6
enclosed 254:11
enclosure 120:8
120:14,17 122:2,8
162:3,4,20 182:3
182:17 250:22
enclosures 104:1
104:12,16 115:8
123:17 132:1
181:2 184:5 222:4
encompass 99:14
100:1 182:9
encompasses
100:24
encompassing
160:12
endeavor 96:6
194:6 241:3
ended 14:21
energy 53:12
engaged 6:20,22
14:9 16:2 19:21
21:2 31:16 42:8

67:6,13 81:8
engagement 7:19
10:8 11:5 16:5
42:4 65:22 79:22
81:15
engine 12:9
engineer 44:8 80:4
engineered 210:2
english 199:1
ensures 209:18
entered 34:14
256:9
entire 34:2 165:23
255:5 256:5
entirely 162:19
210:9 235:18
entirety 245:10
entitled 112:4
246:5
entity 18:15
ento 17:21 18:2,9
18:11 20:14
entomological
39:21 91:15
225:13,23
entomologist 68:3
91:17 116:18
152:16
entomologists
50:7 206:4
entomology 18:12
18:13 19:12 33:5
35:11 76:6
entrance 155:6
entries 122:1
entry 59:18
environment
104:5 115:4
152:23 175:20
181:3 206:6,7,8

environmental
181:14
epa 31:5 151:9
156:22
epa's 151:11
equal 171:22
205:19,21,22
206:4
equated 102:18
equivalencies
111:1
errata 254:13,15
254:18 256:7,10
256:18 257:1
error 107:3
128:17 197:3,4
especially 116:18
essentially 64:16
173:7
established 145:23
147:15
estimation 118:19
et 131:14 132:8
217:21,23 219:8
219:24 245:16,23
european 96:1
evaluation 151:10
everybody 18:9
evidence 158:6
160:21 164:17
165:1 174:7
188:12 190:14,21
226:24 248:9
evolutionary 92:3
ew 82:11
ew406 226:24
ew406-5p 165:1
174:7
ews 82:12
exact 43:2 82:14
110:13 189:8

exactly 39:20 46:6
82:17 115:17
152:7 168:8
169:10 189:21
196:4
examination 1:10
3:2 4:5 244:18
248:15
examined 4:4
example 94:11
231:12,15,17
240:1
examples 174:9
exchange 117:16
excuse 18:6 21:12
21:21 35:9 36:9
155:4 243:2
executed 256:10
execution 255:14
256:19
executive 236:4,5
236:8,11 237:10
237:18,19 238:8
exemplars 81:23
exhibit 3:13,14,15
3:16,17,18,19,20
3:21,22,23,24 17:2
19:24 71:6 84:21
84:21,21,22 85:19
129:7 134:14
180:9,9 211:18
215:4,5,6,16,17
227:10,10,11
244:21 245:7
246:4,5,9,12
247:11
exhibits 17:11
85:3 228:5 244:17
exist 194:3
existing 171:10

**exists** 225:19,20
**expect** 25:14
  142:18 145:15
**experience** 11:15
  13:1,4,7,21 21:11
  53:23 54:1 70:14
  74:17 108:8 153:2
  157:14 183:17
  194:9 196:20
  199:5 221:2 243:7
  243:8
**experiment** 13:22
  118:11,12 121:14
  161:24 170:12
  196:22 197:9,21
  203:21,22 209:10
  209:21 210:15
  212:20 219:14
  232:15
**experimental**
  107:3 176:12
  197:3,5 213:2
**experimentation**
  116:24 117:2
  221:16
**experimenting**
  30:10
**experiments** 14:7
  29:5,10 77:14,16
  107:17 213:8
**expert** 6:20,23 8:7
  8:8,18 11:21
  12:10 15:1 16:3
  16:21 17:9,10
  19:7 21:3 22:5
  42:4 43:17 60:19
  64:8,17,21 65:7
  67:6,13 81:8
  129:21 133:22
  136:2 152:17
  156:1 158:15

  188:20 198:16
  213:19
**expertise** 76:3,17
  76:21 102:3,11
  103:13 110:22
  111:12 146:9,22
  147:4,8 156:3
**experts** 8:2,3
**expiration** 255:19
  256:25 257:25
**explain** 51:9 52:18
  52:19 57:10 77:11
  210:4 231:21
  238:1,1
**explained** 37:4
  53:12 54:8
**explanation**
  106:21
**explore** 30:7
**exposed** 157:22
**expressed** 204:12
**extension** 246:22
**extent** 13:14 65:22
**extra** 69:17 88:12
  195:14,21
**eye** 204:3,11

**f**

**face** 40:19,19
  162:12 163:6
  166:2 189:13,15
  250:15
**facility** 156:13
**fact** 49:9 76:20,23
  124:7 226:15
  245:8 246:10
  247:18
**factor** 226:14
**factors** 106:24
  181:15
**failed** 123:13
  128:1,14 131:24

**fair** 5:6,10 6:2,6
  8:6 13:19 14:12
  28:7 41:6 44:17
  47:21 49:7 50:16
  50:21 51:4 53:3
  67:5 75:14 76:18
  76:19 79:4,11,12
  91:1 96:13 99:7
  99:16 104:9,20
  105:1 109:16
  111:18 115:19
  117:22 120:13
  122:12 128:6
  145:18 149:21
  150:4,12 153:4,7
  158:1 162:21
  163:13,18 169:11
  171:1,11 182:20
  195:20 197:18,19
  198:13 201:2
  203:6 205:2
  214:11 217:1
  218:10 222:8
  235:22 239:15
**fairly** 175:11
**falkof** 2:11 3:5 7:4
  11:7 12:24 14:18
  15:8 16:1 20:20
  40:17 41:9,18
  42:3,11 47:12
  48:14 58:12,20
  59:2,12 60:4,17,22
  62:1,4,16,21 67:1
  67:12 76:4 78:11
  92:10 94:9 109:18
  117:9 118:4,23
  119:4 126:21,24
  128:3 136:20
  144:19 147:20
  148:19 149:6,12
  153:11 159:14

  161:1,15 163:19
  164:12 166:8
  167:5,10 172:7
  177:6 178:16
  187:16 189:17
  190:4,6 191:14
  199:18 201:5
  204:5 206:22
  207:3,16 208:2,4
  208:10,14 211:18
  215:12,15,19,21
  215:23 220:16
  225:2,7 235:2
  240:2,23 241:9
  242:7 244:16,19
  248:12,19 249:13
  249:15 250:24
  251:3 254:5
**falkof's** 11:3
**fall** 141:20
**false** 68:23
**familiar** 28:15
  101:24 152:13,22
  155:12 225:12
**familiarity** 181:9
**familiarize** 45:9
**family** 13:16
**fangneng** 130:2
  133:6,13
**far** 8:20 56:1
  139:6 170:15,17
  172:9 242:1
**farmer** 34:9,16
**farmers** 9:18 34:1
**farms** 9:12,13,16
  9:17
**farther** 56:11,13
  56:14
**fashion** 171:11
  185:10

fashioned 52:7
father 13:12 20:24
favor 211:8
favorable 233:8,9
fbartela 2:7
february 253:11
  254:4
feed 23:11
feel 23:12 195:4
  217:11
feet 104:12 115:8
  115:9,9 173:3,4,4
  173:8
fell 9:1 128:22
feng 81:5
fiddling 209:21
field 26:17,22 27:9
  29:5 31:4 34:3,8
  34:11,14,18 101:3
  109:14 114:4
  116:19 163:15,16
  164:9 165:18
  226:17,17
fields 34:2
fifth 95:24 173:13
  173:16 174:2
  217:7
fight 182:18
figure 19:12 71:17
  95:2 109:7 117:1
  117:3 239:3
figured 42:12
file 8:3 18:5 93:10
  229:10
filed 125:1 193:13
files 28:10
filing 17:9 42:22
final 30:13 141:10
  159:21 160:8
  215:6

finally 86:19
  245:14 246:3
find 12:18,20
  15:14 22:19 43:2
  58:23 63:12 69:10
  90:2 93:18,21
  96:6 114:15,24
  116:20,22 118:12
  137:21 139:8
  151:19,20 162:1
  179:18 181:22
  212:18 213:16
  222:15,20 230:14
  231:12,15 233:19
  244:1 254:11
finding 122:15,19
  164:23 185:5
  245:15
findings 151:1
  203:22 236:12
fine 177:10 216:16
  216:19
finish 136:21
  242:6
firm 8:7 11:3
  36:24 62:17 63:1
  230:19
firms 65:5
first 4:3 6:17,19
  7:21,22 10:10,22
  11:4,14 12:24
  14:10 20:13 26:16
  29:21 31:22 35:3
  45:6 52:14 60:3,7
  66:2,3 67:1,2
  82:21 87:6 89:24
  92:19 95:21,22
  102:4 120:1 122:1
  123:5 128:3,9,13
  129:24 135:6,8
  150:14 168:10

180:20 202:5
  212:22 217:12
  227:17 239:18
  252:15
fit 203:23
fitted 162:12
  166:2
fitting 153:21
five 28:14,23
  159:5 242:4,10
fiverr.com 193:14
flea 92:22 95:22
  97:4
fleas 91:9 93:1
  100:10,17 114:3
  159:17 176:14,14
  176:21,22
flesh 101:5 114:6
flies 91:8 175:22
  176:2,9 177:5
  178:8
florida 176:24
flush 246:23
  247:16,17,21
fly 101:4,5,5,6,6,6
  114:5,6,6,6,6,7
  175:16,18 176:11
focus 39:11 66:15
  168:18
focused 21:18 37:3
  40:3 213:8
follow 57:7,9 59:8
  61:8 73:13 240:2
followed 66:10
following 95:13
  101:13 103:17
  141:6
follows 4:4
food 151:5,7 187:2
foot 104:17 115:9
  169:22,22,24

173:8,11,11
forecast 19:4,8
foregoing 252:21
  253:1 255:13
  256:18
forestry 22:1
forget 147:22
forgot 72:12
form 30:4,5,5
  114:21 115:23
  118:4 144:19
  159:14 161:15
  163:19 164:12
  166:8 172:7
  178:16 187:16
  203:24 206:22
  207:3 210:3 211:1
  216:7
format 88:18
former 10:9
formerly 42:21
forming 21:13
  142:5 223:15
forms 203:7
formulation 30:3
forth 80:12
forward 12:5
  26:12 95:6 99:1
  103:21,23 105:2,9
  113:22 114:14
  116:1 122:24
  125:22 127:17,20
  254:15
found 15:21,22
  46:1 60:22 68:22
  91:22 121:16,19
  121:21,23 122:10
  124:8 135:11
  139:16 140:19
  147:16 150:23
  158:3 162:20

212:22 213:1,3
224:8
**foundation** 149:15
**four** 38:8 104:12
104:12,12,16,16
104:16 115:8,8,9
156:8 173:1,2,2,3
173:4,4,8,11
**fourth** 95:23 108:6
108:19 121:20
**fox** 4:20 17:21
**fragrances** 37:23
**frank** 2:3 4:8
42:11 59:2 148:20
**free** 5:13 217:11
255:14 256:20
**freq** 136:18
**frequencies**
249:10,19,22
250:2
**frequency** 49:14
49:23 50:19 54:12
54:15 92:22 102:5
103:5,9,14 109:24
110:19 111:3,13
135:16 136:19,24
137:6,10,11
138:12 140:17,18
141:21 142:11,23
145:10,10,14
148:12,13 164:20
**frequent** 47:7
**front** 17:5,19 67:1
99:23 121:16,19
121:21,24 122:11
126:11 127:8
129:11 134:12
143:18,19 216:2
229:14
**ftc** 68:22 69:21
70:3,6,8,15,18

97:24,24 98:3,10
98:14,18
**ftc's** 98:23
**full** 95:14 193:2
**fumbling** 232:4
**function** 110:23
**functions** 27:17
**fungal** 26:1
**further** 3:6 57:10
147:6 229:10
244:15 248:15
250:23 251:4
252:14,24 253:3,7

## g

**g** 58:12
**gain** 51:14 213:7
**gained** 50:10
213:1
**galoski** 1:3 64:6
252:11 254:6
255:3 256:3
**galoski's** 66:9,14
81:20 177:15,18
214:12 228:9
234:3,10
**gener** 174:23
**general** 44:6 56:16
57:4 70:2 101:10
102:1 103:9
115:20,21 184:9
191:19 196:18
230:18 237:7
**generally** 48:7
49:4 62:4 76:7
99:12 107:6
109:13 113:15
123:22 134:10
139:23 152:15
157:17 184:13
187:21 217:3
225:18

**generated** 249:10
249:18,21 250:1
**generates** 203:23
**generating** 16:15
**generically** 175:15
**gentleman** 244:13
**gents** 242:4
**geographically**
196:9
**geostatistical**
33:12 35:12 39:3
**german** 68:15
100:11,19 114:3
114:15,18,22
123:14 126:4
128:15 131:15,19
131:23 132:6
133:12 135:21
141:7 212:4
217:20 218:1,20
219:6,20 220:2,7
222:19 245:18
**germanica** 114:19
114:23
**getting** 25:16
210:2 240:14
**ghost** 18:22
**gist** 207:19 232:6
**give** 6:9 10:12,13
34:16 37:23 40:1
41:22 43:23 61:6
70:6 74:12 98:3
99:6 110:12 145:7
148:23 149:7
150:2 156:22
167:4 172:20
174:8 181:23
193:1,2 206:16
215:12 242:4
**given** 10:13 16:8
16:19 61:14,23

62:17 63:22 66:24
67:8 69:12,14
81:7 108:19 111:1
125:8 128:21
141:15 142:1
144:15 146:16
147:1,11 148:8
149:4 165:10
206:21 221:5,7
233:13 252:17,22
**gives** 105:10
130:21 135:14,14
135:16 163:10
195:18
**giving** 110:8
121:12
**glancing** 245:10
**gleaned** 98:20
**glg** 7:23 8:7,11,14
8:16 10:6,11,23
15:6 19:1 64:16
65:6
**global** 28:19 78:3
**glp** 168:13,14
**go** 4:23 5:16 14:14
14:21 15:13 16:21
20:18 31:3 41:15
45:2,7 47:13
56:13 58:21 59:4
60:19 65:9 74:3
78:7 82:10 84:12
84:15,17 85:9
87:6 90:20 96:9
96:18 98:3 100:4
103:21 105:1,9
109:23 111:23
114:14 115:15
116:1 118:5
122:24 125:22
127:13 129:3,5,10
131:6 139:17

147:6 148:11
149:23 154:21
156:15 159:14
161:16 167:20
169:14 171:21
172:23 173:20
187:1,8 188:2
189:6 191:12,17
192:9 203:13
208:16 209:17
212:7 214:1
215:14 216:19,21
225:5 228:18
231:19 242:5
**goes** 10:19 108:4
156:22 219:11
**going** 4:11,22 6:5
12:5 19:8 24:13
32:19 36:23 42:12
48:14,19 52:10
53:18 55:14 61:4
75:4,12 76:4 85:2
85:6,9 87:8,9 94:9
98:9 111:24 117:9
119:4 128:3 131:5
131:11 134:5
136:20 141:1
145:3,6,21 149:14
150:22 151:3
159:7,21 161:1,15
162:9 163:19
165:19 175:15
177:6 180:20
182:18 187:16,22
192:6 199:18
212:7 215:15
227:14 228:4
233:19 235:21
236:16 238:12
242:14 249:13

**gold** 60:20 63:14
64:8 68:13 70:21
96:11,11,16 132:7
161:13 178:20
216:2 221:17
224:7 248:17
**gold's** 63:2 66:8
98:20 161:14
169:8 204:23
215:4,18 216:3,23
216:24 219:4,18
244:21
**golf** 25:15
**good** 4:7 8:5
112:17 168:7,11
168:19 196:17,20
197:7 210:14
211:6
**google** 75:3 89:12
192:5
**googling** 15:16
**gotten** 210:12
**grad** 38:22
**graphs** 101:24
**great** 16:15 38:16
139:3 242:14
**greater** 54:13,14
105:19 107:12,20
111:11 151:8
**green** 83:10,14
101:5 114:5
**greenhouse**
135:21 141:9
166:18 167:1
169:19
**ground** 4:24
233:19
**grounds** 119:5
**group** 31:15,18
78:3

**grow** 35:4
**guess** 36:1 45:5
53:18 61:11 64:19
75:8 94:5 97:5
125:23 166:17
169:5 182:3
185:17 190:9
207:18 249:4
**guessing** 9:21
**guideline** 151:19
**guy** 78:9

**h**

**h** 3:10 4:16 58:12
**habituated** 157:21
**habituation**
157:16,18 158:3
158:10,12,14,22
159:1
**hairs** 102:22
**half** 132:1
**hand** 111:24
232:11 235:24
253:11
**handbook** 230:4
**hands** 28:8
**handwriting**
235:19
**handwritten**
64:10 227:18
228:8,12,16 234:1
234:5,10
**hang** 62:21 134:10
**happened** 9:1
82:23 116:15
190:13
**happening** 137:13
**hard** 119:7,17
**he'll** 149:7
**head** 78:9 150:10
241:7

**header** 137:5
**headquarters**
27:10
**hear** 83:4 203:10
**hearing** 86:10
87:15 89:15
**heat** 83:17
**heavily** 34:9
195:17
**height** 139:21
147:4 148:24
**held** 26:7 28:23
**help** 159:3 228:1
**helped** 234:6
**helps** 166:23
173:16
**herbicides** 23:1
24:15,17,19,20
25:15
**hereinbefore**
253:6
**heretofore** 252:6
**hereunto** 253:10
**hiding** 132:2
**high** 54:17,18
92:22 110:11
197:19 201:10,14
232:1,16 233:23
**higher** 105:24
106:20 201:3
206:15
**highlights** 92:9
**hired** 65:23
**historic** 192:21
**hit** 36:14,18 92:9
**hitecpet.com.** 94:2
**hold** 27:19 35:14
73:24 210:4
**hole** 162:11,13,14
163:6,7 166:2,3
248:2,3

holes 167:8
home 4:17,19
  22:19
homes 22:13,17
honestly 42:14
hopefully 159:21
hotel 37:14,15,20
hour 19:1,2
  240:20 241:18
hours 40:20 181:3
  219:12 240:21
  241:10,13 242:2
  243:22
house 97:7,16
  101:4,6 114:6
  135:20 136:9
  138:1,14,17 139:2
  139:8,10 140:1,4
  140:11,13,21
  153:6,23 157:5
  165:19 173:10
  174:10 175:1
  178:15,22 187:10
  187:12
household 92:20
  175:19 177:4
households 175:12
howell 69:10
  235:5
howstuffworks....
  47:5,7
hr 28:3,5,12
huang 130:2 133:6
  133:13 134:1
  218:6 221:19
  223:19
huh 25:3 46:24
  49:11 60:1 90:10
  97:23 104:13
  109:9 156:9
  211:15 217:18

222:21
human 27:16 28:1
  153:2
humans 83:3
hung 81:5
hurdles 31:3
hypothesis 69:4
  88:19 106:9
  107:17 210:5,6,6,7
  210:8,12,15 211:6
hypothetical
  189:1
hypothetically
  107:9 108:12
  187:10,23 188:1
  199:9 210:1

i

idea 46:18 119:11
  125:11 130:10
  150:9 158:14
  172:20 202:17
ideas 66:19
identification 17:3
  37:10 71:7 84:23
  129:8 180:10
  227:12
identified 247:3
identifies 178:12
identify 27:24
  34:14
ignore 211:5
ignored 210:24
  211:3,8
iii 236:7
il 2:13
illinois 1:14,15
  252:1,4,8
imagine 158:7
  163:22 232:22
immediately 14:20

imperial 101:7
  179:14
imperil 174:10
  179:16,17,17,18
  180:1,13 181:9
  182:6,9 183:8
implies 22:12
  29:23 31:23
  219:15
imply 143:1
implying 214:14
importance 145:9
  245:20
important 21:24
  109:6,10 220:19
  223:15
inaccessible
  246:24
inch 179:1
include 58:2 65:18
  65:20 67:22 168:7
  168:16,23
included 43:17
  64:13 67:20 68:8
  77:2 87:2 90:12
  99:18 110:21
  111:14 112:10
  115:12 126:15
  129:17 138:22
  139:7,24 140:11
  149:18 159:23
  160:14 161:12
  166:18 191:2
  205:5 211:23
  212:4 221:10
  222:10 229:4
  254:13
including 101:5
  241:11
incorporated
  256:12

increase 131:15
increased 214:2
  214:22
independent 63:9
  75:22 76:24 81:10
  151:14 190:24
  221:13
index 153:22
  155:5
indian 101:7
indiana 4:20 17:22
  18:6 26:18 179:20
indianapolis 27:10
  187:12
indicate 119:9
  217:24 218:19
  220:1 223:2,6
  224:1
indicated 105:14
  107:10
indicating 254:13
indication 244:24
indirectly 172:15
  172:17
individuals 193:18
indoor 185:14,15
indoors 97:10,13
  185:13
inductive 69:3
industry 193:20
ineffective 132:5
infer 143:3
infestation 220:7
infested 38:3
  68:16
influence 194:23
information 10:11
  17:20 34:15 43:17
  43:23 50:24 58:2
  62:15 67:9 69:18
  88:13 103:18

111:14 121:12
208:24 245:5
**informed** 58:20
**ingredient** 30:4
**initials** 193:1
236:2
**injecting** 209:20
**innumerable**
203:8
**input** 53:12 57:18
**insect** 22:3,14
23:10 26:1 29:24
33:22 34:2 35:7
35:13 36:9,9
80:10,11 92:5
141:16 146:19
147:12 148:9
149:4 174:18
176:15 183:15
200:3 214:3 215:1
216:9,10 225:9,17
**insecticide** 68:14
**insecticides** 23:1,3
34:5
**insects** 23:19 34:8
34:12 40:8 101:8
101:11 116:20
118:3 120:24,24
121:1,3,16,18,21
121:23 122:10
131:24 150:8
177:4 183:12,14
**inside** 31:1 83:7
104:1 146:12
162:19 184:18
247:21,24
**instance** 23:15
56:5 102:4 109:24
124:7 136:9 138:1
140:13 143:24
150:1 157:23

171:13 184:21
192:1 199:16
226:22
**instructed** 32:14
163:5 240:3
**instructions**
185:10 221:4
**intent** 214:18,20
**interaction** 208:20
**interest** 22:3
142:10 148:12
195:15
**interested** 10:16
19:10 253:9
**interject** 209:19
**internet** 71:22
191:19
**interpret** 245:21
**interpretation**
238:8
**interpreting** 72:8
216:24 219:3
**interrogatory**
234:11
**introducing**
209:10,13
**invade** 34:8
**inventors** 36:12
**investigate** 70:3
70:15
**investigates** 98:15
98:18
**investigating**
15:10 108:13
**investigation**
70:17,18 230:19
**investigations**
70:8
**investment** 19:6
**invited** 78:11,12

**involved** 11:19
18:21 22:15 23:17
23:20 24:9 26:2
27:13 168:3
**involvement** 13:15
**involving** 36:2
**iowa** 35:4,5,6,7,8,9
39:4
**irregardless** 122:5
**issue** 44:1 49:13
56:2,9,22 81:11
84:9 99:22 223:17
233:17
**item** 61:14
**items** 41:17 60:8
110:9
**iteration** 213:7

**j**

**jacket** 100:22
184:8 185:5
**jackets** 91:9,17,19
100:12 114:4
159:13 174:11
185:5,13,16
**jackhammer**
157:23
**january** 1:16
72:17 241:5,12
252:6
**jean** 69:9
**jeanne** 68:7
**jeff** 7:6
**jeffrey** 68:7
234:15
**job** 18:22 32:18
175:6 237:11
**john** 12:7,7
**join** 10:6
**joined** 8:14,16
**jointed** 89:20

**journal** 38:18
63:16 68:9,11
74:22 88:12,17
128:24 216:13
225:10,17 233:22
**journals** 38:15
48:11 50:4,4,9
89:6
**judge** 197:15
**july** 129:12 132:14
132:18
**june** 159:24 160:4
160:24 247:3,19
247:20

**k**

**k** 252:3
**kansas** 77:17 99:2
179:21
**keep** 92:8 134:6
204:11
**kept** 42:10,14
**khz** 238:16
**kids** 46:12 240:13
**kill** 23:23 199:14
**kilohertz** 44:7
45:9 46:2 49:14
49:23 50:9,14,19
51:9,15,15 52:16
54:8,12,14,17,19
54:23 55:2 80:6
102:5 103:5,9,14
130:23 136:19
137:1,10 138:12
140:18 142:23
186:11 239:4
249:6,11,22 250:2
**kind** 10:2 13:11
15:13 28:11 29:12
45:19 65:24 66:24
69:2 85:6 106:7
126:3 143:14

161:9 197:4 198:9
202:16 207:8
233:18
**kinds** 175:10,21
**kingdom** 89:18
**knew** 36:18 42:12
150:17 151:21
158:17 192:14
**know** 5:20 6:1
8:23 9:6,7 12:2,14
13:11 14:24 15:12
16:16 19:3,7,22
23:10 24:7,12
25:17 28:5 31:22
31:22 32:20 37:15
37:17 38:5 40:1
42:9 45:6,13
46:19 47:16 48:20
50:11 53:15,16
55:12 58:22 59:1
61:9 62:24 63:2,7
63:13 67:19 68:5
68:17,24 70:20
72:9 73:9 74:11
74:13,14,14 75:4
75:10 76:11 77:4
77:6,18,19 80:5,21
82:8 83:12 88:19
89:7 90:5 92:7,8
93:7 94:10 96:3
97:6 100:19
102:20 104:24
108:24 109:3
110:6,10 111:1,17
112:15,18 115:15
117:2 118:10,11
125:7,9 127:8
128:5,18 133:17
133:20 136:7
137:23 139:6,13
140:6,23 142:3

143:20,24 144:3
144:14 147:7,8
148:7,16 149:2
150:21 152:16,24
153:4,5,13,15,16
155:15,18,19,23
155:24 156:3,7,11
157:2,2,6,16 158:4
158:6,11 160:19
162:22,22,24
163:21,22 165:9
165:22 166:23
169:10 170:4,5,6,8
170:15,17,19,20
170:22 171:5,20
173:1,14 175:24
178:19,20 179:9
179:21 181:11,16
181:24 182:15
183:18,24 184:6
188:8,11 192:22
193:2,17,24 195:8
195:10 196:7,9,10
196:11,15 197:13
198:10 199:23
200:18 203:11
208:16,17 212:3
225:11,13,18
232:12,15 233:22
235:18 237:19,24
238:2 240:8,12
**knowing** 46:21
**knowledge** 10:3
32:23 36:24 43:12
44:19 50:11 54:5
54:23 55:19 56:16
61:1 98:19 133:21
143:8,9 149:22
213:1,8 250:10
**knows** 18:8,9 42:8
168:8

**koehler** 96:11
133:15
**koehler's** 176:24

**l**

**l** 1:13,23 58:12
252:4
**lab** 31:1,2 57:9,9
77:21 224:19
**label** 93:22 97:1
121:15
**labeled** 45:22
46:11 47:1 49:9
59:18 85:20 86:9
90:21 92:15 95:3
95:8 103:24 113:6
114:15 116:2
119:21 120:1,7,23
121:8 131:2
134:13 137:21
138:14 153:22
186:19 221:20
222:19 234:17
243:13 250:13
**labels** 99:9
**laboratory** 106:22
151:10 163:14
165:17 168:7,11
169:15 196:17
206:8 245:19
**labs** 79:3
**lack** 136:5
**large** 172:18,21
242:21
**largely** 166:5
**larger** 144:2
**late** 10:24 240:14
**latin** 114:23
**lawn** 12:8
**lawsuit** 11:20
193:13,17

**lay** 149:15
**lead** 42:22 45:6
**leader** 27:4 28:19
29:16 30:16
**learn** 213:9,9
**learned** 58:18
**learning** 30:17
31:13 42:11
**leave** 155:1,9
187:2 189:7
193:18
**leaving** 23:20 36:7
**led** 24:3 31:18
**left** 24:10 32:8
90:8 154:23 193:4
222:15 235:24
249:5
**legal** 18:15 65:9
198:15 254:1
257:1
**legally** 198:11
**legals** 81:23
**length** 42:15
139:20 147:3
148:24
**les** 42:24 51:21,24
72:2,2 101:23
125:13 151:18
239:2
**leslie** 64:2
**letter** 11:5 254:19
**level** 31:24 48:3
49:17 50:15,20
51:16 55:5 56:5
72:5 73:6 77:7,8
102:23 105:23
106:4,23 107:4
108:4,15 110:11
155:16 158:10
197:19 201:3,21
208:10,15 217:22

218:7,13,16,18
219:11,14,15,17
219:23 224:5,7,19
232:1,16 233:23
243:19
**levels** 44:7 46:3
49:24 50:10 51:10
55:18,20 103:10
110:1 111:13,13
**license** 1:24
**life** 246:11,14
**light** 46:11 82:24
83:2
**likelihood** 107:21
**limitation** 198:13
**limiting** 76:5
**line** 15:13,15 39:5
45:7 46:1,10
74:11 93:6 151:18
254:13 256:7
257:3
**lined** 227:19 228:8
228:19 231:20
**lines** 128:8
**lining** 167:8
**liquid** 30:5
**list** 21:8 37:1 38:7
45:18 87:3,3 91:6
112:10 137:9
**listed** 16:9 17:20
35:20 41:24 45:16
49:24 50:7 72:23
74:5 84:13 85:15
86:1,17 92:17
96:10 113:10
120:11,14,17
122:2 135:5 138:5
139:15 140:7
141:16 167:20
186:4,14 192:1
256:7,17

**listen** 47:9
**listing** 193:19
256:7
**lists** 90:23 101:4
114:18 130:16
135:12
**literature** 67:14
74:8 75:7,8,9,12
75:15,22 76:24
89:8 214:23
220:19 232:13
**litigation** 6:23
20:11
**little** 7:18 13:13
21:1 22:4 82:24
98:15 129:5
142:12 143:6
145:19 182:15
196:16 225:16
240:13 241:14
**lived** 161:10
**lives** 45:18
**living** 187:24
188:7
**llc** 18:4,7
**llp** 2:10
**location** 153:14
185:3 243:20
244:9
**locked** 24:12
**logic** 158:9
**logical** 206:12
**long** 40:18 43:5
68:16 77:24 91:24
101:3 104:17
108:8 114:4 115:9
135:21 138:24
141:10 145:13
158:11 159:8
167:5,7 194:11

**longer** 158:24
**look** 17:19 35:22
35:24 36:1 45:11
45:15,17 50:6
53:8 62:20 65:12
66:20 69:7 74:17
74:22 78:2 83:9
85:4 94:1 95:6
100:18,18 104:23
111:4,14 112:19
112:24 113:3,22
119:20 125:14
127:7,16 128:9,9
130:15 135:8,19
139:17 140:24
141:3 150:11
153:17 154:4,20
156:6 186:11,17
190:2 191:12,17
191:21 212:1
215:13 216:20
221:23 224:15
227:14 232:8
233:18 237:21
238:11 245:6
**looked** 15:13 83:8
98:6 101:20 105:8
113:1 164:21
176:6 183:1
190:20 191:2,8
192:23 204:2
224:21
**looking** 59:17 65:2
73:14 111:20
118:18 132:21
160:2 161:20
166:24 180:12
188:21 195:6
204:9 211:18
213:20 242:13,15

**looks** 26:12 28:24
29:15 30:14 33:1
34:19 37:2 46:8
59:21 63:24 72:22
86:11 88:9 90:14
92:14 102:7 112:2
114:9 116:7 120:2
120:4 121:5 123:1
130:23 147:3
153:18 187:4
216:12 234:8,9,13
234:14 235:4,9,19
246:21
**looper** 96:1
**loose** 20:19
**lot** 34:11 39:8
53:16 142:14
143:6 175:21
181:12 192:7
203:10
**lots** 175:23
**loud** 55:13
**loudness** 55:12
**love** 206:4
**low** 54:18,19
157:11 182:13
183:4,18 205:8,18
205:21,22 206:9
206:20 207:7,14
208:8 209:6
242:17
**lower** 56:12,13
106:19,23
**lumped** 190:21
**lunch** 127:2,3,6

**m**

**machine** 72:7
**machines** 56:2
57:2
**madam** 254:10

magazine 63:15

magnitude 52:17
53:4,10,22,23
55:11,14 57:17
72:4,18 138:13
141:22 142:24
186:12 239:8

mail 12:12 16:11
57:7,11,20,21
71:12,21 72:1,3,16
73:1

main 147:16

major 33:23

making 128:4
129:21 226:15
234:9 243:5

mallis 229:18,19
230:2,22

man 58:4,7,10
59:21 80:21

managed 27:11

management 9:4,5
9:10,12,13 18:23
21:22,24 25:19
26:3 28:19 29:4,7
106:7 218:2,21
220:3,5 230:5,9

manager 24:3
25:11 27:16 28:1
28:3,12 220:10

managers 28:5

managing 27:12
77:13 78:3,9

manual 66:16

manufacturer
7:16 61:1,3,7,11

manufacturers
15:23 61:5 90:21
92:15 93:23 95:4

manufacturing
61:19 144:16,22

mapping 33:15

mark 16:21,23
71:2,3 84:15 85:2
129:3,4 180:6,6
185:19 215:21
227:7

marked 3:11 17:2
17:6 19:24 58:23
71:6,16,24 84:22
85:18 86:8 111:24
112:1 127:7 129:7
134:4,14 154:5
180:10 185:20
213:18 215:15,19
216:3 227:11,17
228:7,15 231:19
234:1 244:21
246:4

market 19:3,8

marking 85:11
86:20

marks 188:11

mass 61:7

masters 38:23
194:17

match 8:3,5 110:5
110:7,17,18 111:8
128:10 238:9

matched 111:3
148:13 186:12

material 16:5,18
23:13 46:19 79:23
128:21 221:5,6
243:4

materials 15:7
41:11 43:21 44:23
46:2,6 47:19,24
48:7 49:21 56:19
59:11 60:12,16
63:18 69:9 71:10
74:4,5 78:19

84:13 85:24
129:17 164:4,8
186:5 222:11

mathematical
167:22

matrix 23:10

matter 4:11 14:9
42:5,22 58:21
67:13 158:16
178:18 229:3

matters 6:23

meal 101:7

mean 18:11 22:2
22:10 23:3 27:7
31:20 32:17,18
35:17 37:11 38:15
50:17,20 51:15,16
53:17 56:18 65:23
70:12 75:9,16
77:8 83:13 89:16
92:7 94:10,12
97:5 99:17 102:16
123:21 124:17
125:4 126:9 133:1
136:17 139:19
152:5 153:5,22
154:15 155:13,18
157:8 158:8 161:3
161:5,17 163:22
172:21 173:3
174:15 178:15
181:20 187:6
193:10 195:11
196:5 198:8 199:1
200:7 205:19,20
210:10,19 211:3

meaning 198:14
200:11 202:20,22

meaningful
197:22,24

means 27:8 29:19
30:20 51:9,10
55:13 120:24
193:8 198:10,11
198:19 200:15
203:11

meant 53:23 75:15
80:6,7 126:19
178:21

measure 54:12

measured 47:2
49:10 145:11
238:16

measurement
102:23 104:1

measurements
45:10 49:19 83:16
83:20 84:1 116:16

measures 151:6

measuring 138:2

mechanism 118:1
188:3 197:15

medication 6:8

meet 40:13,16,18
65:10 145:7

meeting 39:22
41:1,3,7 222:4

meetings 39:23
40:21

meister 58:5 64:1

member 7:24 8:11
11:22,23 12:10,15
13:16

memory 43:3
180:4 184:19
211:20 224:17

memos 40:23

mention 60:21
167:18 168:1
179:14 195:17
245:12 248:11

**mentioned** 12:23
24:14 25:2,8
45:24 203:17
253:6
**mentioning**
212:14
**met** 4:8 31:11
40:19
**meters** 222:4,5,5
**method** 69:6
168:20 209:11,14
209:15 213:7
242:24 243:2
**methodology**
31:21 35:6 80:11
212:21
**mice** 23:16 36:10
91:7 93:2 135:20
136:9 138:1,14,17
139:8,11 140:1,4
140:11,13,22
150:13 151:22,24
152:1,4,6,9,10,14
153:4,6,23 154:1,9
154:21 157:5,8,9
158:11 159:11
178:2,12 227:1
**middle** 8:12
238:14
**midwest** 254:16
257:1
**millions** 92:24
**mind** 59:2 73:11
200:21,22 238:5
**minds** 30:2
**mine** 36:12
**minor** 33:8
**minus** 249:20,23
250:4
**minute** 39:22 43:7
69:20 84:18 127:2

131:7 203:13
216:16 238:17
**minutes** 242:5,10
245:6
**missing** 156:10
168:2
**model** 82:10,12
135:14 136:10
137:6 138:2
141:16 145:13
165:1 172:18,19
174:7 226:24
**modeling** 33:13
39:3
**models** 137:9,21
138:5,7,9,10,21
139:7,15,24
140:10 141:20
147:16 164:20
222:10 250:8
**moment** 4:8 12:23
20:18 71:13 87:22
88:3,24 90:16
93:16 103:1 109:4
208:20
**monday** 40:19
**money** 193:18
**moniker** 31:23
**monitor** 37:20,24
**monitoring** 23:21
24:2 36:8
**month** 240:22
241:12
**morning** 4:7 5:3
143:5
**mosquito** 68:22
95:24 97:15
**mosquitos** 68:23
91:8,14 93:3 97:8
**moth** 101:7

**moths** 91:10 93:3
**mounted** 115:17
**mouse** 36:14
138:19 152:23
153:13 155:8
236:9
**mouthful** 33:15
**move** 127:11
148:22 153:14
171:23 181:12,13
233:24 244:9
**moved** 27:9,16
28:6 162:2,23
224:6
**movement** 154:1
**moves** 179:6
**moving** 243:19
**multiple** 119:7
220:6

**n**

**n** 3:1
**name** 4:7,15,16
18:3,15 58:5,8
68:11 80:21
112:17 114:23
150:17 254:6
255:3,4,15 256:3,4
256:21
**named** 26:20
58:10 59:21,24
81:4 90:9,16
133:16 190:23
**names** 99:6 193:2
**national** 27:4
**natural** 169:16
206:7 226:9
**naturally** 45:14
**near** 121:17,20,22
121:24 122:11,20
166:20

**nearly** 131:24
**necessarily** 51:9
74:7 142:24
206:17 237:11
**necessary** 242:22
242:23 243:20
244:10
**need** 5:19 87:10
110:13 118:21
142:24 152:16
163:5 210:19
244:8
**needed** 28:4 29:6
34:12 240:4 244:7
**needs** 145:8
**negative** 125:20
210:24 211:7
232:21
**neither** 101:11
151:7
**network** 31:7
36:11
**networking** 23:21
**neutral** 28:12
**never** 9:1 10:5
12:10 13:22 44:11
77:20 92:10
108:17 109:4
138:15 144:7,10
145:24 154:23
165:7 220:11,12
220:12 225:21
233:21
**new** 12:6 30:6,7,23
**newly** 29:20
**nice** 187:11
**night** 37:17
**nobody's** 65:1
**non** 39:15 54:4
195:5

**nonscientific**
213:5
**nope** 128:20,22
**normally** 74:16
**north** 1:14 2:12
252:7
**northern** 1:2
252:11
**norway** 86:22
135:20 141:4
174:10 185:23
**nos** 16:10 49:20
**notarized** 254:15
**notary** 255:10,18
256:15,23 257:23
**note** 235:24
236:23 238:24
254:12
**noted** 94:14
124:10 199:21
200:23
**notes** 40:24 52:22
52:23 64:10 71:10
227:7,15,18,21,23
228:2,8,9,13,16,18
228:21,23 229:2,7
229:9 231:21
234:2,6,10,14,17
234:23 239:14
242:5
**notice** 1:10 17:9
158:1 253:4
**noticed** 236:14
**notices** 12:11
**november** 10:24
11:1,4 241:5
**null** 106:9 210:6,8
**number** 3:11 26:7
28:2 52:5 54:13
59:11 82:13 89:2
90:1,23,24 121:1,3

122:9 135:10,13
137:5 138:7
201:10 205:9,18
206:9 221:22
223:21 226:16
232:5 254:7,13
**numbered** 45:18
89:21 112:10
123:6
**numbers** 36:2
60:14 82:11
105:15 107:11
168:2 169:8,9,10
205:21,22 207:7
242:17,22 256:7
**numerically**
232:19,21 233:7
233:10

**o**

**o** 4:16 252:3,3
**object** 48:14 76:4
94:9 117:9 119:4
128:3 161:1,15
163:19 166:8
177:6 187:16
199:18 249:13
**objecting** 119:8
**objection** 94:14
118:4 144:19
159:14 164:12
172:7 178:16
199:21 201:5
204:5 206:22
207:3,16
**objective** 33:21
169:15 209:16,17
**objectives** 65:24
67:8
**observation**
116:17 122:22
124:11

**observations**
236:7
**observed** 108:5
245:22
**obstructions** 170:8
170:19 172:3
**obv** 61:13
**obvious** 46:9
**obviously** 16:2
24:8 61:13 73:8
134:20 149:16
160:6 167:15,23
186:8
**october** 10:24
**odor** 38:2
**odors** 38:1
**offender** 5:9
**offer** 18:18 19:16
87:11
**offered** 15:12
**office** 4:18,19
**official** 255:15
256:21
**officially** 101:11
**oh** 2:5 20:2 35:24
71:15 87:19,20
110:14 118:21
123:24 167:11
173:16 184:24
185:19 187:8
190:7 205:4
212:13 215:19
233:1 236:24
248:6,20 249:16
**ohio** 1:2 179:23
252:11 254:2
**okay** 4:12,17,22
5:8,13,20 6:8,12
6:15,19 7:1,8,20
8:6,10,13 9:11
10:6,10,22 11:6

12:5,23 13:7
15:21 16:1,17
17:13,19 19:18
20:2,14 21:7,16,20
22:6 23:14,18
25:13 26:4,11,24
27:12,15 28:6,13
29:9 30:9,13
31:20 32:8,13,16
33:1,6,21 35:14,20
36:20 38:4,20
39:13 40:21 41:6
41:21 42:2 43:1
45:24 46:10,19,22
47:4,23 49:20
50:12 51:22 53:3
53:13,14,18,20
54:4,7,10,21 55:8
55:17 56:4 57:5
57:13,14,20 58:4,7
58:22 59:7,17
60:7,15,17 61:17
62:2,15,19,23
63:24 64:10 65:14
66:23 67:5,12
68:1 69:12 70:11
71:1 72:6,11,13
73:1,13,17,23
75:14 76:9,13,20
77:6,10 78:4,14
79:2,21 81:1 82:4
85:2,5,7,14,18
86:3,7,19,23 87:2
87:14,20,22 88:2
89:14 90:2,4,8
92:13 93:7,11
98:7,11,22 101:2
101:16 103:21
105:1,9,12 106:12
107:4 108:4
109:19 110:15

112:6,21 113:6,22
114:12,17,18,24
115:19 116:18
117:22 118:17
119:13,20 120:10
120:13 121:8
122:5,24 123:16
123:24 124:5
126:22 127:10,12
127:15 130:12
131:1,10,12
132:16 134:3,11
136:17 137:12,15
137:19,24 139:13
139:22 141:13
143:5 145:3,18,20
146:8,21 147:6,14
148:2 150:15
151:14,22 152:2
152:11,18,21
154:4,24 155:11
155:21 156:10,18
157:7,11,16 160:4
160:5 162:24
164:2,15,22 165:7
165:21 166:5,13
168:18,21 169:7
171:9,16 172:13
173:16,22 174:1,5
174:14,21 175:9
175:14,17,21
176:9 179:17
180:1,5,19,22
181:11 183:16
184:17 185:24
186:3,4 187:10
188:1,6,9,17,19
189:22 191:7,16
191:19 192:18
193:22 194:23
195:3 196:5,16,19

197:11 198:5,18
199:4,7,13,15
200:4,18 201:20
202:10,16,18
203:2,6 205:4,8,22
206:13 209:1,8
210:14,23 212:2
212:13,19 213:15
213:22 214:1
215:9,12,23 216:2
216:8,18,21,22
217:3,6,9,15 218:4
218:15 222:18,24
225:6 226:14
227:14 228:11,15
229:2,6,9,13
230:15 231:4,19
233:24 234:23
238:4,21 239:19
240:8 241:19,22
242:1,7,12 243:8
243:12 244:12
246:3 248:12
249:2 250:14
**old** 52:7
**once** 8:16 24:8,9
24:11 66:18 84:15
142:21
**one's** 178:18
**ones** 36:18,19 37:5
60:21 82:14
204:18 225:12,23
226:8,8
**opened** 82:20
**openings** 121:16
121:19,21,23
**operate** 243:21
**operates** 126:2
**operation** 48:12
49:22

**opined** 164:16,19
237:16
**opinion** 20:21 21:4
108:22 120:2
126:8 140:9,15
142:6,20 148:14
153:24 160:20
164:24 166:13
168:5,22 169:8,9
171:20 173:13,16
173:17 174:2,6
178:18,23 179:14
182:8,22,23
185:12 188:20
191:5 196:24
198:17 200:4,19
202:19 205:1,8
206:14 211:11
214:2 223:16
225:24 226:3,15
229:3,23
**opinions** 129:21
158:19 226:20,23
**opportunities** 8:17
9:5,20
**opportunity** 10:7
10:16 15:13
171:23
**opposite** 171:6
**opt** 12:17
**orally** 40:1
**order** 66:3 67:11
89:18,19 92:1
129:5 167:2 232:4
235:5 251:2
**organism** 157:20
158:9 198:12
199:2 207:8
**organisms** 92:2
205:15 206:5,5

**organization** 75:5
**orientation** 222:6
**origin** 56:12
192:22
**original** 60:4 74:3
143:2 247:6
**orkin** 176:17
**ornamental** 9:17
22:1 25:8,10,14
28:21
**outcome** 132:12
148:17 201:23
203:21,23 210:2
253:9
**outdoors** 106:24
184:20 185:1
**outlet** 246:19
247:15
**outline** 95:20
103:17 114:10
221:24 228:17
235:8,11 239:17
239:19,20
**outlined** 99:23
**outlines** 100:7
113:23 139:19
**outlining** 102:5
**output** 48:13
49:14 50:14,20
51:15 72:19 104:1
135:16 137:6,11
140:18 141:21
142:11 145:10
146:16 148:13
**outputs** 49:23
72:22 110:1,19,20
249:6
**outside** 19:19,20
25:1 28:12 41:6
41:21 47:19 49:20
70:22 96:24 147:3

150:6 155:6
157:24 184:15
204:18,22 248:1
250:20,21
**outstanding** 5:16
**overlapping** 111:7
**overlaps** 111:4
**overseeing** 29:12
29:13 30:11,12
**oversimplifying**
197:12
**overstock.com**
192:2
**owned** 13:13
21:17 82:9
**owner** 37:15 61:6

**p**

**p** 105:15 107:12
**p.m.** 1:17
**package** 60:10
66:12 82:20 83:1
83:1 97:1 177:18
196:2 214:12
**packages** 83:5
**packaging** 97:22
172:14,22 174:14
177:3,7,8,9,15,21
177:24 178:4
**packet** 64:13
**packets** 229:4
**pad** 167:11
**page** 17:19 45:17
71:18,18,24 90:20
90:20 92:13 93:8
95:13 97:24 99:1
100:4,24 104:4
112:20 113:3,9,22
114:15 115:3
119:21 123:7
126:3 127:17,20
127:21 129:23

130:1,15 131:1
137:13 139:4
140:24 141:3,6,9
150:23 151:4
153:17,21 156:6
156:10,15,17
162:7,18 164:22
167:20 170:17
173:15 180:15,17
186:16,17,18,19
192:9,9,9 212:10
213:17,21 217:7,7
221:23 222:14,23
236:1,5 238:11
239:18 242:15
243:12 245:14
249:3 254:13
256:7 257:3
**pages** 61:10 89:21
89:23 95:14,14,21
101:14 103:17,21
103:22 105:2,10
113:23 116:1
122:24 123:6
125:22 135:6,9
156:8 193:19
231:22 232:23
**paid** 240:5
**painesville** 2:5
**paired** 105:13
107:10 181:2
184:4 222:3 223:1
**pan** 9:22,24
**paper** 16:10,16
38:17 167:11
220:13 223:10,15
224:22 227:19
228:8,17,19
231:20 232:24
233:3 239:12

**papers** 38:12,14
39:10,19 40:1
51:6 96:19 231:14
232:5 243:3,10
**paragraph** 10:14
15:5 151:4 180:18
**parameters**
202:14
**pardon** 167:3
203:2
**park** 2:4
**parlance** 101:10
**part** 12:21 14:3
31:2 80:10,11
81:14 98:5 110:17
161:17 196:2
204:5 219:13
256:9
**partial** 217:21
219:9
**partially** 131:22
**participate** 17:16
**participated** 38:7
**particular** 192:13
**parties** 253:2,8
**pass** 224:10
**passed** 224:10
**patent** 36:11 37:9
**patents** 35:14 37:1
**pathogens** 22:2
**pathology** 33:8,9
**patterns** 152:14
**paul** 1:9 3:3 4:2
17:20 18:6,8,15,18
21:9,13 252:8
254:8 255:4,9
256:4,13 257:20
**pay** 78:10
**paying** 125:5
**peak** 136:19,24
137:10 138:12

140:17 142:23
145:10,14 148:13
249:10,18,21
**peer** 38:18,21
46:20 47:17 48:10
50:4,8 77:1 89:6
**pellet** 30:5
**pellets** 23:15
**pending** 109:18
252:9
**people** 19:5 27:24
28:2,8,10,16 29:14
31:7,16,18 77:13
156:12 179:7
196:12 238:2
**people's** 30:2
**percent** 105:20
123:17 124:1,8
151:8 158:8
217:22 218:7,13
218:16,18 219:11
219:15,17,23
224:5,6,14,19
**percentage** 117:12
117:23
**perform** 84:8
**performance**
32:22 151:9,12
**performed** 80:17
80:18 93:17 152:3
184:15,22,22
204:13 224:13
226:4,21
**performing** 26:18
222:9
**period** 181:20
**periods** 158:24
**person** 59:24
111:11 125:5
203:20 210:19

**personal** 28:5 77:6
**personally** 29:11
  30:10 108:17
  252:7 255:11
  256:15
**perspective**
  195:18 198:15
**pertaining** 1:12
**pest** 7:16 9:4,5,9
  9:11,12 11:12,15
  13:2,17 14:1,4,7
  14:10 18:22 19:19
  20:21,24 21:5,22
  21:23 22:5 23:23
  28:19 33:23 40:5
  43:13 44:1,10,17
  45:4 49:13 55:5
  56:22 59:18 63:14
  66:6 67:15 68:19
  73:21 74:8,23
  76:6 78:3,6,15
  81:11 82:3,4 83:7
  86:10 87:15 89:15
  92:21 95:22,22,23
  95:23,24 97:6,9,13
  97:18 106:6
  118:19 135:14
  139:2 141:15
  142:1 144:8,17
  146:11,17,23
  147:1,10,12,17
  148:8 149:4 150:3
  164:9 170:23
  171:4 172:11
  185:6 187:14
  188:2 191:9,20
  214:3,5 218:2,21
  219:5 220:3,5,9
  221:3,15 223:16
  230:5,9,15

**pestchaser** 86:21
  186:2
**pestcontrol.html.**
  93:6
**pestex** 90:9
**pests** 22:3,12,14
  22:17,18 23:7,11
  26:1,1,2 35:7 36:9
  36:10 39:11 75:1
  75:19 76:15,23
  90:22,23,24 91:11
  92:20,23 93:4
  95:17,19 97:4
  99:4 100:14
  101:12 147:19
  150:8 159:10
  173:18 174:3,8,16
  178:2,11 179:8,12
  182:9 190:22
  214:11,15 232:14
**pete** 58:5
**peter** 64:1
**ph.d.** 1:9 3:3 4:2
  33:2,4 194:16
  252:9 254:8 255:4
  255:9 256:4,13
  257:20
**phase** 30:17,22
  31:6,19 236:7
**phenomena**
  142:13,15
**phenomenon**
  158:3
**pheromones** 37:22
**phil** 133:15 176:24
**phone** 8:22 14:17
  18:19 52:7 57:6
  254:2
**photocopies**
  177:19

**photographed**
  247:10
**photographs**
  40:24 166:10
  246:8,10,12
**phrase** 10:17
**phylogenetic**
  89:17
**phylum** 89:18,18
**physical** 82:4
  115:14 142:13,16
  147:3
**physically** 81:20
**physicist** 80:3
  102:21
**physics** 43:12
  46:11 50:3,4
  80:10 142:11
  146:12 237:2
**pick** 188:2 203:22
**picked** 36:15
  56:10 70:19
**picking** 37:24
  211:4
**picture** 104:5
  115:4
**pictures** 82:1 90:1
  90:4 105:5 116:3
  116:5,7 118:17
  122:6
**piece** 34:17 228:17
  232:24 239:12
**pieces** 190:21
**pink** 33:13,22
  34:14 35:5
**pipeline** 26:21
**pitch** 54:16,16,18
**place** 2:4 197:3
  198:14 202:5
  243:17,22 244:7,8

**placed** 165:23
  182:3 222:6
**placement** 213:14
**places** 31:7 91:23
**plain** 11:17
**plaintiff** 1:4 2:8
  4:10 9:7 64:6
  252:12
**plaintiff's** 60:19
  213:19
**plans** 64:23
**plant** 29:24 33:8,9
  61:18
**plants** 33:10
**play** 107:3
**please** 16:23 87:20
  94:19,21 119:14
  136:6 145:4
  217:11 254:11,11
**plexiglas** 104:11
**plexiglass** 115:8
  115:22 162:12
  165:24 222:4
  248:2
**plot** 231:13
**plug** 163:2 246:19
**plugged** 82:22
  83:17 171:9
  247:14
**plus** 118:20
  241:13 249:20,23
  250:4
**podcast** 47:10
**podium** 143:19
**point** 14:19 16:2
  16:17 20:13,22
  29:9 30:10 43:20
  44:22 46:5,23
  60:11 64:18 78:18
  103:8,12 108:6,20
  114:14 128:10,14

139:3 170:6
178:24,24 190:9
190:14 191:8
195:14,15,21
214:20 216:15
217:6 239:3 240:3
243:10 244:4
**pointed** 48:23
223:22 229:15
**pointing** 218:6
**points** 59:9
**poisons** 92:20
**poor** 202:4
**popular** 203:9
225:9,22
**population** 157:12
182:14 183:4,8,18
205:9 206:15,20
207:15 208:8
209:6 220:7
**populations** 68:15
**portion** 105:6
170:24 171:4
213:12
**position** 26:16
27:18,19,20 28:13
28:23 30:13 35:3
**positions** 26:8
29:16
**positive** 163:10
201:11 211:8,10
232:19,20 245:15
245:20
**possibly** 19:14
**pound** 60:9
**pounds** 16:10
**powder** 155:6
**powerpoint** 85:19
86:9 88:3,7,9
92:14 93:10,22
104:7 105:7

110:20 111:20,23
112:2,3,8 114:12
115:13 124:13,15
124:22 125:8,12
127:6 128:23
132:20 133:1
134:9
**powerpoints**
234:20
**ppt** 234:18
**practice** 35:2
168:7,11,19,23
196:21 203:12
210:14
**practices** 196:17
**pre** 45:5
**preceding** 112:24
113:1 119:20
**predevelopment**
31:10
**predict** 34:7
**predictable** 34:16
**preparation** 41:11
**prepare** 20:10
41:20 228:1 234:6
**prepared** 42:18
65:15 93:8,13
95:3 112:15
228:23 237:19
239:14
**preparing** 17:16
41:21,22
**preposterous**
92:15 93:22 95:3
**presence** 252:19
**present** 20:13 21:9
197:4 253:5
**presentation**
85:19 110:12
112:3 124:13,15
132:20

**presented** 8:17
177:17 232:3
**pressure** 44:7
50:10 102:8,16,24
103:5,14 110:19
238:16 239:1,6
**presumably**
113:24
**presume** 175:3
**pretty** 80:9 174:22
**previous** 114:10
115:12 183:17
199:6 214:22
**previously** 73:7
216:3 244:21
**primarily** 9:4,17
23:1,8 96:24
**primary** 39:5
**principal** 21:8
**prints** 155:8
**prior** 21:12,13
40:12 53:20 54:21
76:3 112:8 134:21
136:2
**priori** 106:18
**privileged** 70:7
**probability** 224:4
**probably** 25:8
37:11 41:18 43:7
94:1 97:10,13
103:22 111:6
184:20 194:17
**problem** 183:4
207:2,6,7 208:13
**procedure** 1:11
74:13 255:5 256:5
**procedures** 131:17
180:18 222:3
231:5
**proceedings** 1:17
39:17

**process** 8:19,24
31:24 142:9
144:16,22 209:17
226:15 231:24
**processes** 32:5
**produce** 9:18
**produced** 25:23
79:23 83:3 108:10
164:20 223:7
224:2 229:11
245:24 249:19
250:4
**producer** 61:7
**producing** 249:22
**product** 32:6
36:21 37:19 59:19
60:24 61:12 62:5
62:9 66:15 70:15
90:16 140:7 148:4
148:23 179:7
193:19 214:9
**production** 254:16
254:24
**products** 1:6 7:9
9:18 22:21 25:13
25:21 29:7 30:24
30:24 70:4,8
77:14 93:1 98:15
98:18 186:9 193:5
195:5 252:12
254:6 255:3 256:3
**professional** 10:8
75:5 77:8
**professor** 39:4
**professors** 35:11
**profile** 109:1
**program** 196:14
**programmed**
193:5
**programs** 193:4

**project** 24:3 29:7
34:6 194:12
240:19
**projects** 31:16
**promoted** 27:3
**properly** 195:3
200:1 209:18
**properties** 245:24
**proportional** 73:5
**proposals** 29:7
**proprietor** 38:3
**protection** 27:4
**protocol** 156:7,11
**protocols** 14:6
168:12
**prove** 145:14
198:6
**provide** 20:21
21:4 240:4
**provided** 16:6
48:16 53:1 60:12
79:1 96:14 129:18
227:15 232:13
**provides** 8:8
**providing** 75:18
**proving** 165:14
**public** 255:10,18
256:15,23 257:23
**publication**
216:11,12
**publications** 39:15
**publicly** 43:21
**publish** 38:11,21
**published** 38:15
38:17,23 47:20
48:11 49:2 88:11
88:17 89:5 95:8
95:15 133:16
161:13 212:6
215:7 216:9
225:12,21 230:24

233:21
**publisher** 218:5
**publishes** 225:14
**publishing** 50:8
**pulled** 68:13 71:21
**purchaser** 193:12
**purchasers** 193:9
195:19
**pure** 144:6
**purport** 193:16
221:18
**purports** 178:1
**purpose** 34:6
171:22 196:24
197:11,14 210:11
232:10
**purposely** 197:2
**purposes** 98:8
138:2 146:11
153:21 209:11,14
**pursuant** 1:10
253:4
**pushed** 51:1
**put** 12:3 23:15
24:23 35:1 59:2
74:2 82:20 83:17
88:15 99:23
118:14 124:11,12
124:14,23 129:10
155:6 163:6
165:18 181:16
182:17 192:6
195:13 197:2
199:3 210:9
225:20 229:12
232:7
**putting** 244:13
**pwb** 236:1,4

**q**

**qualified** 88:14
**qualifier** 38:16
50:2 112:13
**qualify** 48:19
76:11 86:4 87:7
96:8 140:6 161:6
193:7
**quality** 31:15
**quest** 66:18
**question** 5:15,23
5:24 6:4 42:13
48:15,18 53:4
57:12,15,23 70:20
72:4,11,15,21
73:11,15,18 74:3
75:20,21 76:10
80:2 88:19 94:7
94:10,17 109:18
110:9 112:17,19
117:10,15 118:5
119:5,13 124:6
126:21 137:4
139:6 143:11
144:20 145:1,18
145:22 147:20
148:19 150:22
160:11 161:2,16
163:20 166:9
177:7 178:17
187:17 189:11,17
190:13 199:19
206:24 207:5,13
207:19,23 208:1,8
208:12,17,20
210:8 212:2,9,11
216:17 217:13
220:16 223:14
225:2,3,7 237:4,24
238:4,15 239:1,2
239:13 242:20

**questioned** 238:2
**questioning** 72:17
**questions** 4:12,23
43:8 44:4,6,16
52:9,13,16 57:13
57:21 73:23 79:16
80:13 81:2 85:7
86:6 87:9 89:14
98:9 114:13
125:16,19 127:11
128:19 131:12
135:2 144:20
167:14 184:10
188:23 189:9
194:21 209:5,7
218:3 227:8
235:20 242:11
244:15,16 248:14
250:23
**quick** 20:19 59:9
216:17,21
**quickly** 42:11
**quite** 100:21 238:9
**quote** 30:24
146:13 193:8
197:3 219:24
223:1
**quotes** 40:2

**r**

**r** 4:16 27:4,17,19
28:18 30:23 87:17
201:9,10,14
**race** 5:18
**raised** 237:24
**ran** 30:6
**range** 206:21
250:1
**rank** 176:18
**rat** 36:14 160:3
185:23

**rate** 57:9,9 240:19 241:16,20
**rats** 86:22 91:7 93:2 135:20 141:4 158:11 159:11 174:10 186:24 187:13,13,23 188:8,11,12,12,23 189:5 238:14
**raw** 168:1,17,23 169:3,4,9
**reach** 209:16 248:7
**reached** 105:11 106:5
**read** 63:24 64:5 68:9 78:24 80:8 82:21 88:10,15,15 92:17 94:20,22 98:4 107:10 109:17 117:17,18 119:13,15 123:19 124:12 128:8 131:2,5,11 132:9 145:4,5 151:3 158:17 180:20 181:7,23 208:7,19 208:22 214:6 217:12 218:23 221:9 235:18 236:6 237:9 245:9 255:5,6,12 256:5,6 256:17
**readership** 225:11
**readily** 107:1
**reading** 50:11 70:19 98:20 120:21 170:15 184:2 217:2 218:17 223:10 254:19

**reads** 126:4 217:19 243:17,21
**ready** 84:18
**real** 20:19 59:9 76:2 87:18 196:11 216:20 221:2 232:1 246:11,14
**realize** 62:6 225:16
**really** 22:14 23:9 34:17 39:8 53:7 58:20 110:22 111:17 119:7 201:14 205:19 233:23 244:14
**realm** 128:22
**reask** 145:8 239:13
**reason** 5:19,24 6:12 65:23 93:11 98:22,24 100:3 110:17 118:16 132:16,22,24 143:3 177:20,22 183:8 189:3 193:22 206:7 212:20 254:14 256:8 257:3
**reasonably** 165:11 165:16
**reasoning** 69:3,3
**reasons** 210:22
**recall** 11:18 41:5 67:2,11 90:13 116:15 125:14 133:14 237:21
**receipt** 254:18
**receive** 12:11 15:7
**received** 33:2 67:9 105:20 238:2

**recollection** 176:20,22 224:16
**reconnect** 10:4
**reconnected** 10:5
**record** 4:8,15,18 5:3 14:14 16:13 47:13,14 59:4,5 71:23 84:18,19 85:10 90:14 91:7 92:18 94:22 114:2 117:18 119:15 131:6 139:5 145:5 173:20,21 203:13 203:14 207:23 208:22 229:14 256:9
**recorded** 52:22
**records** 93:12 99:21
**recount** 50:14 249:21
**recounted** 132:20 250:8
**recounting** 125:23 132:11 150:24
**recounts** 95:15
**rectangular** 170:7
**red** 82:24 83:2
**redesigned** 213:2
**reduce** 31:24 220:6
**reduced** 151:8 189:23 252:20
**reduction** 68:15
**refer** 134:3 185:22 215:22
**refereed** 38:15 39:15,24 63:15 128:24 216:13
**reference** 44:22 46:5 47:23 48:6

49:21 88:2 142:17 145:15 162:6 231:10 232:8 254:7
**referenced** 45:19 51:7 63:2,4 229:22 231:5,13 255:11 256:15
**references** 45:8,18 69:2,5 77:3 85:15 86:1,18 87:3 112:11 234:24
**referred** 44:3 86:12 230:6
**referring** 60:13 98:9 130:6 177:9 212:2 219:7 250:11
**refers** 18:12
**reflect** 71:24 122:6 122:22
**reflected** 122:15 232:24 246:10
**reflects** 114:3 247:20
**refresh** 59:18 180:4 184:19 211:19
**regard** 116:12 133:7,12,24 230:1
**regarding** 95:15
**regardless** 122:6 171:24
**registrable** 31:5
**related** 19:12 32:21 39:3 55:11 57:19 72:5,18 80:10 132:13 191:5 253:8
**relationship** 200:9 200:16,17 201:12

released  181:1
  184:4
reliability  238:5
reliable  124:18
  211:10
relied  84:13 85:15
  86:1,18 87:4,7
  88:4,14 96:16
  160:24 161:2,14
  186:5 222:11
  243:4
rely  74:7 109:5
  129:20
relying  189:19
  212:17 227:3
remain  12:21
  153:14
remaining  25:20
remarks  121:9,11
  121:12
remember  11:8,24
  15:18,21 38:22
  53:6,11 54:10
  55:9 57:8,14 66:1
  77:20 78:4 79:5
  91:20 92:1 177:7
  184:10 198:20
  217:2 224:15
  230:11,17,20
remembering
  150:20
remind  232:8
remote  36:8
rendered  226:19
rent  12:4
repeat  94:18 207:5
  208:18 212:3
  213:7
repel  39:11 40:7
  74:24 75:19 76:15
  76:22 95:17

116:20 117:24
118:1 123:14
128:1,14 131:23
131:24 146:16
147:11 150:8
160:22 164:9,18
164:20 165:2,12
166:14 174:8
182:24 217:24
218:20 219:6
220:2 223:7 224:3
227:1 245:18
repelled  90:22
  185:6 223:12
repellency  108:5
  108:11,15 151:6
  176:7,13 217:19
  219:10,21
repellent  68:22
  86:21 187:15
  188:3,14
repellents  183:11
  189:1
repeller  13:17
  14:1 20:24 43:13
  44:10 45:4 55:6
  59:18 66:6 83:8
  118:19 146:24
  147:10 164:9
  170:23 171:4
repellers  7:16
  11:13,15 13:2
  14:4,7,11 19:19
  20:22 21:5 40:5
  44:1,17 49:13
  56:22 67:15 68:19
  73:21 74:9,23
  76:6 78:6,16
  81:11 82:3,5
  92:21 117:4,8
  144:8 172:11

191:9,20 219:5
221:3,15 223:17
230:16
repelling  117:8
  118:3 132:5
  139:10 140:3,13
  140:21 141:15
  142:1 144:17
  146:11 147:1,19
  148:8 149:4 150:3
  157:5 176:21
  182:5 183:13
repertoire  220:9
rephrase  177:12
  207:22
rephrasing  207:24
replicate  109:6
  152:1,7,9 201:15
  201:24
replicates  151:24
  152:5,8 154:9
  157:7 182:10
  183:20
report  16:22 17:9
  17:10 28:10,11
  41:16,20,21,24
  42:18,22 43:18
  44:4 45:15 52:10
  52:11,21 53:9
  58:15,16,23 59:15
  60:19 63:3 65:13
  65:15,18,21 66:8
  67:20,23 72:22,23
  73:15 74:5 79:9
  80:9 85:12 86:17
  88:3,17,18,23 89:3
  90:12,15 93:1
  98:21 99:18,19,23
  108:11 110:21
  111:16 122:23
  124:18,21 126:16

132:13,19 133:16
134:4,13,21
135:12,15 137:5
149:17 150:13
153:18 155:24
158:16 159:24
160:9,13,14 161:9
164:16,23 166:19
167:18,24 168:6
168:16 170:6,16
173:14 186:6
195:13 204:16,17
204:19,22 205:6
211:24 212:5,12
212:18 213:15,17
216:6 222:11
223:22 235:13,16
235:20 237:2
238:12 239:20
240:1,4,5,6,6
242:13 245:14
247:2,2,3,19
250:13
reported  1:23
  125:20 131:14
  160:10 212:6
  217:20 236:12
  245:17 252:18
reporter  1:14 5:1
  73:24 112:1 252:5
  255:7
reporting  50:18
  211:1
reports  50:8 80:23
  89:2 91:4,13
  100:1 116:15
  124:10 126:14
  149:16 191:2
  244:5
represent  160:22

**representative** 183:7

**represented** 144:18 214:10

**representing** 2:8 2:16 4:10 11:17

**request** 62:23 256:9,11

**requested** 12:19 16:19 62:16 63:20

**required** 156:21

**requirement** 240:8

**requirements** 61:10

**research** 7:23 8:7 8:11,14,16 10:6,11 10:23 14:3 15:6 26:18,20 27:9,11 35:1,11 43:24 55:2,22 56:9 64:16 73:13 75:10 78:14,22 79:14,16 88:18 95:8 98:14 98:17 124:18,21 151:14 161:13,14 168:16 204:14 214:21 219:19 221:14 231:6,14 232:1,2,5 233:13

**researcher** 25:12 106:17 107:1 108:14 206:3 207:14 219:13

**researchers** 30:11 50:13 51:7 80:17 133:10 149:24 158:18 204:6,12 224:18

**reserved** 251:1 253:1

**residential** 22:20

**resolved** 237:8

**resource** 28:1

**resources** 27:16 74:12

**respect** 122:18,19 246:3

**respective** 253:2

**responder** 12:4

**response** 72:2 85:20 112:4 180:13 246:5

**responses** 114:15 131:18 222:20 234:11

**responsible** 29:4 29:13 63:1

**rest** 236:6

**restate** 212:9

**result** 37:12 96:14 116:11,21 117:7 117:10 233:1,11 237:15

**resulting** 211:9

**results** 88:19 94:7 94:10,13 95:9 99:3 105:20 106:4 107:14 109:7,22 123:2 124:6 125:20,23 127:13 131:18 132:19 143:1 145:15 148:15 150:2,9 154:20 155:13 159:5 160:9 163:10 165:18 172:1 189:4,11 190:11 191:6 195:7 197:9,16,21 198:3 201:16 203:5 205:10,16

205:16 206:15,18 207:13 208:9 209:22 211:7,8,10 211:17 212:6 217:23 218:19 219:24 223:6 224:1 232:14,18 233:4,7,9,10 238:10 243:17 245:13,20,22

**retailers** 90:21 92:16 93:23 95:4

**retained** 14:18 133:22

**retire** 24:11 32:13 32:14,15,20

**retired** 24:5,8 32:10,11

**retirement** 10:8

**returned** 254:18

**review** 16:6 40:23 41:3,14 48:10 66:7,9,14,14 67:14 67:22 72:9 74:8 75:7,8,9,12,15,22 76:24 79:23 81:20 101:19 125:12 134:20 148:3 193:5 216:16,19 220:19 221:4 234:2,23 235:3,15 254:12 255:1 256:1

**reviewed** 38:18,21 41:10,17,19,23 46:20 47:17 48:10 50:4,8 58:23 67:10,16,19,24 68:3 72:13 74:6 77:1 87:23 89:6 105:6 109:21

124:5 149:14,15 167:15 215:7 221:6 226:19 230:12 240:11

**reviewing** 69:15 78:19 93:20 184:10 236:17 237:1

**reviews** 191:13,21 192:11,15,19,23 193:4,19 194:1 196:8

**revisit** 209:7

**reyes** 58:8 59:22 64:2

**rid** 92:19

**right** 4:14 16:3 24:4,7 26:5 28:24 30:12 34:20,23 36:22 38:4 44:13 45:18,22 46:3,14 48:23,24 49:2,15 49:18 53:8 59:14 71:18 80:1,2 86:19 87:4,6,24 89:3 93:9 96:15 96:17 99:1,10,21 101:13 102:2 106:18 109:7 110:10 111:21 114:12 115:13 118:18 123:19 126:24 130:18,22 134:8 135:6,17,23 138:18 141:21,22 146:4 147:22,23 149:19 153:20 154:13,22 155:10 160:3 161:24 162:4,23 163:3,23 166:21,22 167:6

168:3 169:2 173:5
178:2,12 183:21
184:6 186:9
189:21 194:4
195:10,20,24
197:10 201:17
202:24 204:16
207:21 212:9,16
214:19 219:1,3
221:6,7,11 232:11
233:24 234:4
235:6 238:21,23
239:7,10 241:8
242:7,10 243:1
244:15 247:13
249:4 250:3,24
**rigorous** 200:24
200:24
**risk** 108:24 109:1
**roaches** 93:3
**road** 36:23
**robot** 193:11
**rodent** 23:21 36:9
142:2 147:11
152:17 155:12
156:1 157:15
**rodents** 23:17
40:10 75:1,19
76:16,23 93:2
152:19
**roger** 60:20 64:8
**role** 27:16 28:7
29:2,3,4
**roles** 77:12
**room** 37:11,14,20
38:3 169:16,22,24
170:9,11,12,22,24
170:24 171:17,19
171:24 172:3,4,18
172:18,21 173:8
173:11 179:8

187:1,2,3,5,14,19
187:24 188:7,13
189:6,7,8,24,24
222:6
**rooms** 169:19,22
170:17 243:18,23
244:8
**root** 159:1 170:3
**rootworm** 35:13
**rule** 56:17 240:9
240:11,13
**rules** 1:11 4:24
255:5 256:5
**run** 13:22 153:7
197:2 203:21
210:14
**running** 117:6,22
156:13

**s**

**s** 3:10 58:12 256:8
256:8 257:3
**safe** 92:21
**safely** 93:1
**saith** 251:4
**sale** 192:1
**sampling** 33:14
**sanford** 7:6 42:3
**satisfied** 92:24
**saw** 92:10 109:22
116:11 166:10
238:9
**saying** 14:21 48:15
94:6 100:9 107:24
123:24 124:4
182:21 193:7
199:17 218:22
219:4,9,22 224:9
224:11 232:16
233:6
**says** 26:4 27:3,15
30:16 33:11 39:13

100:9 105:13
112:22 115:7,16
130:20 156:21
160:9 169:20,21
169:23 181:22
184:20 185:1,1
236:1 249:13
**scale** 92:4
**scamper** 153:9,11
**scanned** 234:8
**school** 38:22
194:14
**schreck** 132:8
**science** 210:11
216:9,10 221:14
225:9,17
**scientific** 13:3,8,10
14:6,11 28:14
29:10 48:11 51:6
54:2,4,23 55:19
69:6 76:2,17,21
88:12,16 102:3,11
103:13 109:10,14
111:12 126:8
140:9 142:6 143:8
143:10 144:7,11
146:9,21 147:4,8
152:22,24 153:24
159:3 160:21
164:17 165:1
168:20 174:6
181:8 182:14,22
182:23 183:3
188:22 196:21
198:16,16 201:21
202:19 209:11,14
209:15 211:9
213:6,6 226:24
232:15 233:22
242:23 243:2

**scientist** 13:21,22
26:17 69:5 78:8
81:4 105:18
107:13 126:11
168:5 200:19
210:16 212:21
**scientists** 27:11,13
28:17 29:4 77:15
155:11
**scope** 10:2 72:16
81:14 97:1
**scorp** 182:5
**scorpion** 101:7
180:2,13 181:1,5
181:17 182:2,3,10
183:21,22 184:4
**scorpions** 101:12
174:11 179:14,17
179:18 180:2
181:9,11,13 182:6
182:9,10,16,24
183:1,6,8 184:7
**scratch** 104:15
185:7
**scrutiny** 31:11
**seal** 163:7 255:15
256:21
**sealant** 162:15
166:3
**sealed** 162:13
166:3
**search** 63:11
74:21 75:3 84:6
96:18 159:19
191:20
**searches** 89:10,12
**searching** 15:15
151:19
**season** 34:4
**second** 56:17 66:7
92:21 94:5 95:22

102:7 105:13
113:9 121:14,15
222:22 231:8
**section** 85:16
131:2,3,10 186:19
213:16,18 217:11
217:12,15 222:15
222:19 230:11,13
238:20 242:16
243:12
**see** 5:1 8:5 15:16
19:23 26:22 31:11
38:4 45:8,21
67:21 79:8 82:22
83:7,16,20 84:1
91:4,13 95:7,17
101:17 102:4
104:2,11 105:2
109:23 112:18
113:23 115:3
118:21 125:23
126:19 127:21
130:1,15 135:10
136:11 138:12
139:10,18 149:1
150:16,24 154:12
154:21 155:12
165:9 167:10
172:22 174:5
175:3,8,18 176:15
181:24 182:1
186:11 188:10
189:4 191:24
192:10,24 204:12
207:2,7 210:16
213:15 215:19
217:14 220:19
221:14,24 222:7
230:14 232:10
237:9 238:22
245:11

**seeing** 91:20
190:11,14 208:13
**seek** 8:2
**seen** 17:13 85:12
85:22,23 86:15,24
87:23 112:7
129:15 134:16
136:1 138:20
153:6 165:14
177:15,17 181:13
185:14,15 216:6
220:11,12,12
245:6
**segmental** 89:20
**sell** 15:23 22:22
**seminar** 110:11
124:16,23
**seminars** 39:19
**send** 20:16 38:2
57:11
**sending** 63:1
**sense** 196:18,18
**sent** 36:15 41:17
57:12 60:5,5,8,17
60:22 61:18 63:5
63:6,7 72:16 82:4
240:2
**sentence** 73:8
107:10 136:21
180:21 182:7
219:7
**sentences** 180:23
217:16
**separate** 27:18,20
180:24 184:3
**series** 82:11,16,17
89:19
**serve** 8:17 21:2
**services** 18:18
19:16 64:21 65:7

**serving** 136:2
**set** 60:4 81:9
105:23,24 106:17
106:19,20 107:1
228:7 253:10
**setting** 22:20,20
25:1,24 106:11
201:21 210:5
246:23 247:14
**settings** 29:23
**setup** 222:13
247:4
**seventh** 96:1
**shape** 139:14,20
143:20 144:14
146:23 147:2,9,13
148:9,16 170:20
172:3
**shaped** 91:23
144:1 232:22
**shapes** 140:2
148:5
**shaping** 235:13
**shared** 59:3
**sheet** 60:24 62:5,9
89:24 139:17
140:8 148:4,23
232:7 233:3
254:13,15,15
256:7,10,18 257:1
**sheets** 82:15
**short** 14:15 77:17
131:8 209:2
240:16 242:8
**shorter** 54:14
**shorthand** 1:14
252:5
**shoulder** 215:13
**show** 118:18
176:12,23 202:6
202:10,13 214:21

215:8 238:18
244:20
**showed** 131:18
161:9 166:5 176:6
244:22
**showing** 83:2
246:13
**shown** 254:16
**side** 53:13 170:23
171:3,18,19
232:11,19 235:24
246:24
**sided** 90:3
**sides** 246:22
**sigma** 31:16,20,21
**sign** 205:19
**signal** 36:15 38:2
**signaling** 36:13
**signals** 23:22,22
**signature** 250:24
252:24 253:22
254:14
**signed** 255:13
256:18
**significance** 106:2
106:23 108:6,16
108:22 218:7
224:8
**significant** 39:14
105:15 107:12,19
108:1,13 217:22
219:10,16,22
223:3,5 232:19,20
233:7,11
**significantly**
131:22 145:16
**signing** 254:19
**silver** 91:23
**silverfish** 91:10,16
91:21 92:10

**similar** 114:9
131:18 140:19
142:22,23 148:14
165:24 222:8
**simple** 57:22
**simplistic** 106:5
**simply** 195:17
**sincerely** 254:22
**single** 109:5
**sir** 5:21 173:24
227:21 254:10
**sit** 139:23
**site** 196:10
**sites** 56:11
**situation** 106:22
206:19 211:7
**six** 16:10 31:16,20
31:21,24 32:1
35:19 37:2 60:9
68:14 116:2,5
151:24 152:10
157:9 180:24
182:10,10 183:1
183:12,17,20
184:2,7 223:4
246:10
**sixth** 95:24
**size** 139:14,19
148:9,16 172:17
172:18,21,21
**sizes** 140:2 148:5
**slash** 205:20
**slide** 92:14 93:22
95:3,8 99:2
103:24 116:2
124:23
**slides** 95:7
**slugh** 58:10,12
64:1
**small** 18:22 31:18
34:10 228:17

232:24 239:12
**smaller** 135:12
144:4
**smart** 19:13
**smells** 38:1
**society** 39:21
225:13,23
**sold** 15:22 70:4
**solely** 35:17
**solutions** 254:1
257:1
**solve** 73:10
**somebody** 12:6
50:23 168:24
**sonic** 86:20 186:1
**soon** 11:2
**sorry** 11:17 97:12
110:14 123:7
197:12 221:17
240:13
**sort** 15:5 18:14
29:8 139:21
198:22 228:18
229:14
**sound** 5:10 44:7
46:11 49:5,22
50:9,24 51:1
52:17 54:13 92:22
101:14 102:7,16
102:24 103:5,14
104:1 110:19
168:19 179:15
238:15 239:1,6
245:17,24 248:2
**sounds** 143:17
**source** 93:5,24
94:2
**south** 2:4
**southern** 33:24
**space** 83:11,15

**span** 99:14
**spatial** 33:13
**speak** 5:9 11:6
102:1
**speaker** 53:13,19
55:15,16 56:14
73:5 77:22 83:11
143:18,21,22
144:1 147:9
**speakers** 54:2,5
143:11,13,15
**speaking** 5:4
152:15
**spec** 82:15 139:17
140:8 148:23
**specialist** 157:15
**specialists** 175:5
176:2
**specialized** 54:5
**specialties** 33:6
**species** 85:20
101:6 112:4
113:24 114:7,10
135:15 176:8,11
181:10 246:6
**specific** 23:18 45:7
56:22 57:23 61:10
66:13 69:9,14
73:15 77:1 95:7
107:16 110:20
118:7 139:4 143:1
158:4 160:23
168:12,12 177:13
178:4 183:14
187:5 196:18
201:1 242:20
243:10
**specifically** 16:19
20:10 53:21 56:7
57:3 84:8 96:4
98:17,19 126:15

132:13 133:7
135:5 136:18,24
140:12,20 144:11
156:4 160:8
163:10 164:2,4,10
164:22 172:24
190:23 192:12
208:6 213:20
230:1,12 250:11
**specification**
59:19 60:24 62:5
62:9 148:4
**specifications** 79:7
130:21
**specificity** 106:4
**specifics** 61:3
150:11
**specified** 50:9
**specs** 12:9
**spectrum** 7:11
**speculation** 144:6
**spell** 4:15
**spelled** 4:16
**spend** 240:21
**spent** 26:4 242:14
**spider** 135:21,22
226:12
**spiders** 91:8 93:3
101:3,10 114:4
141:10,11 159:11
166:18 167:1,7
168:3 171:22
178:1,12 226:13
**spl** 249:20,23
250:5
**split** 102:21
231:13
**spls** 44:7
**spoke** 15:7 44:24
44:24 67:1,12
69:19 71:13

125:13 135:1
**spoken** 41:7 73:2
**sponsoring** 125:2
  125:3
**spray** 23:9,11
  24:22,24 34:10,17
  199:11,17
**sprayed** 34:2
**sprays** 23:4 220:8
**square** 115:10
  169:22,22,24
  170:3,3,7 173:8,11
**squared** 201:9,10
  201:14
**squirrels** 91:7,13
  93:2
**ss** 252:2
**stab** 48:22 76:12
  159:8 226:1
**stage** 31:10
**standard** 88:18
  106:13 151:9,12
  156:23
**standpoint** 13:4
  14:11 54:2,4
  109:11 142:12
  159:4 183:3
**stanley** 56:23
**start** 26:10 29:21
  30:21 37:12 87:14
  121:6 181:19,21
  217:16 228:16
  234:2
**started** 4:24 26:13
  30:7 66:18 69:24
  120:3 121:14
  239:20
**starts** 239:11
**state** 4:17 18:5
  26:17 35:9 39:4
  42:14 77:18 99:2

205:14 252:1
  255:10 256:15
**stated** 186:14
  194:4
**statement** 20:23
  126:4,10,13 209:9
  214:18,20 219:11
  243:6 246:1
  255:13,14 256:19
  256:19
**states** 1:1,11 97:9
  115:1 174:19
  175:12,19 176:15
  179:19 245:15
  252:10
**stationary** 181:12
**statistical** 190:18
  191:1 201:8 231:5
**statistically**
  105:15 107:11
  108:1,13 223:3
  232:18,20 233:6
  233:11
**statistics** 194:12
  206:1 229:21
  231:4
**steigerwald** 68:7
  69:9 234:15 235:5
**stenographically**
  252:18
**step** 147:6 196:5
  231:24
**steps** 31:3
**stipulation** 5:14
**stored** 36:16
**strange** 93:21
**strategies** 68:14
**strategy** 25:19
**strictly** 21:18
  23:18

**strike** 19:21
  104:15 129:24
  130:20 163:1
  167:19 177:2
  193:22
**strip** 231:13
**strong** 205:11
**stronger** 205:15
**structure** 115:12
**struggle** 198:6
**stuart** 58:10 64:1
**studied** 221:19
**studies** 35:12
  48:10 66:4 93:18
  95:15 96:3,7
  99:15 100:20
  106:7 116:12
  133:11,24 138:20
  204:3,10 205:3
  221:10 224:12,14
  226:4,18 227:3
  243:3 244:5
**study** 33:10 73:21
  84:9 86:20,21
  98:10 108:18
  122:16 129:11
  133:15 163:16
  167:16 168:14
  169:15,19 171:22
  172:5 181:16
  182:4,14 185:23
  212:4 215:6 218:8
  219:4 220:11,20
  221:18 244:24
  247:18 248:23
  250:9,15,17
**studying** 50:7
**stuff** 47:9,16 67:21
**style** 104:20 222:9
**subi** 77:16 79:13
  80:14 86:13 91:17

99:6 100:1 127:24
  128:4 130:5,16
  179:22 205:2
  218:5 234:18
  245:2 247:4,19
  248:23
**subi's** 78:4 80:8
  116:12 176:23
  180:1
**subject** 57:8 58:21
  75:17,23 76:1,5,15
  76:16,22 77:1
  141:24 167:23
  169:17 190:19
**subjective** 176:16
  178:23 179:4,5
**subjects** 207:10
**submitted** 130:1,8
  241:11
**subramanyam**
  77:4 78:15,20
  86:12 93:9,12,15
  93:21 95:19 99:14
  100:7,16 105:10
  111:15 112:16
  113:16 122:16
  123:1 126:14,19
  130:2 133:6,13
  134:1 215:7
  216:24 221:19
  223:20
**subscribed** 255:10
  256:14 257:21
**subsection** 156:19
  213:21 242:21
  243:21
**subsections** 33:7
  243:13
**successful** 107:15
**sued** 193:17

**sufficient** 160:21 164:17,24 174:6 226:23
**sufficiently** 218:1 218:20 220:2
**suggest** 245:7
**suggested** 151:9 151:11
**suggesting** 247:1
**suit** 11:16 253:8
**suite** 2:4,12 254:1
**summary** 236:5,5 236:8,11 237:10 237:18,20 238:9
**superior** 254:1
**supplementary** 69:17
**supplied** 59:11 234:24
**supply** 43:16
**support** 185:3 211:5
**supposed** 189:2
**supposedly** 28:12 32:3
**sure** 5:22 35:22 51:22 62:3 68:1,4 69:8 72:10 87:13 94:12 100:17,19 100:21 104:23 115:17 119:6 126:17 129:1 141:21 161:2 168:10,14 170:13 170:14,16 187:11 187:12 192:8 197:14 206:11 215:2 237:14
**surprise** 193:6 225:20

**survey** 194:7,13 194:17,20,24 195:6
**surveys** 194:10
**suspect** 211:12,14 211:17 212:18
**swing** 136:23
**swore** 13:14
**sworn** 4:1,4 252:15 255:10,13 256:14,18 257:21
**symposiums** 65:10
**synonym** 157:21
**system** 36:11
**systems** 29:17,22 30:8 36:4,5

**t**

**t** 3:10 4:16 105:14 107:10 223:2
**table** 9:1 111:1 135:12 136:12 137:5,21,22 138:6 138:22 139:8,15 140:1,11 147:15 149:18 167:21
**tables** 52:20 135:11
**tactics** 220:6
**take** 5:13,16,19 18:19 34:15 39:8 48:22 64:10 65:12 74:1 76:12 87:21 100:9 109:2 127:1 127:7,16 135:8 136:23 142:15 158:12 159:8 160:12 161:18 165:18 169:18 170:2 173:3 193:10 203:3 209:1 216:16

226:1 230:18 232:6 237:9 241:6 241:9 248:20 251:3
**taken** 1:13 14:15 47:4 127:3 131:8 209:2 240:16 242:8 243:14
**takes** 83:11,14 156:7
**talk** 7:18 8:4,23 39:22 42:20 43:5 55:4,24 56:4,24 58:21 61:4 62:8 62:11 69:20 78:4 80:16 130:12 155:11 159:22 173:13 191:4 235:21
**talked** 14:24 15:11 38:6 42:2,17 46:1 52:8 57:5 58:4,7 60:18 64:15 69:20 93:15 98:15 133:5 139:18 140:8 143:5,6 156:23 158:18 159:10 160:6,17 196:16 218:12 219:12 242:18
**talking** 9:12 46:6 53:21 55:1 56:20 59:7 68:23,24 75:15 76:6 89:11 147:2 151:12 164:2 168:9 187:21 203:16 205:2 208:10 209:5 214:10 217:4 236:8 249:5

**talks** 78:7
**tall** 173:4,8,11
**tangential** 202:17
**target** 30:1
**teach** 202:1,3,4
**team** 99:15 113:16
**technical** 18:23 44:10,16 45:3 47:24 54:22 55:19 61:3,18 76:2,17,21 79:7 102:3,11 103:13 111:12 130:21 135:2 146:9,22 147:8 152:22 153:1 181:8
**technology** 29:17 30:17,22 31:6 61:6
**telephone** 42:23
**tell** 5:10 9:2,24 13:12 29:19 30:20 33:19 36:17 37:7 50:23 52:12 55:8 60:13,23 79:18 101:21 105:18 107:12,16,20 119:7 145:6 146:13,22 158:9 163:23 172:14 174:15 175:4 177:3 178:5,10 179:20 191:12,14 218:16
**telling** 108:14 122:7
**tells** 73:4 105:19 121:13 182:1,16 191:16
**term** 53:8 89:17 136:5 159:8

168:11 173:18
175:14 176:16
198:20,21 201:4
211:4 214:13
**terminix** 176:17
**termites** 22:15
**terms** 54:15
130:23 142:1
150:2 160:20
192:11 250:14
**terrifying** 105:5
179:15
**test** 29:6 91:19
99:3 104:1,5,21
109:5 115:4,11,23
117:6,23 119:10
119:12 120:3
121:15 124:7
125:6,7 131:17
132:12,17 136:9
142:21,24 143:2
145:16 150:1,14
151:22,24 152:4
153:23 154:2
156:13,14,22
157:4 159:23
160:3,5,6,23
161:20 162:9,11
162:18,19 163:9
163:14,15 165:17
165:22 166:1,5,18
166:23 167:1
168:3 176:6 180:1
180:17 181:1
182:24 183:5
184:3,21 185:2,14
185:15 186:8,15
186:18 187:1,2,3,5
189:5,6,7,8,12,23
201:8,9,16,22,24
202:14 205:9,15

206:5,18 207:10
209:24 210:1,2,7
210:12 211:17,23
212:12,23 213:11
222:3,9 223:8,22
224:3,9 236:9,12
238:5,6 246:13
247:6
**tested** 14:1 26:21
31:8 90:6,18 91:1
91:11 100:10,14
100:19 101:9
107:14 111:20
113:16,24 135:15
136:14 137:1,9
138:1,11,11,15,23
139:9 140:3,12,16
140:17,20 141:15
141:20 142:8
145:24 147:18
150:4 151:23
154:9 157:8,12
160:13 163:11
165:7 176:8,11
179:22 180:2
181:4 183:11
185:7,9 223:11
224:22 226:5,16
227:4 245:1 246:1
**testified** 4:4 87:22
134:23
**testify** 241:23
252:15
**testifying** 241:22
**testimony** 6:10
43:10 66:14 75:18
207:24 214:1
252:17,22 253:10
255:6,7 256:6,9,12
**testing** 50:16 51:7
69:4 79:3 94:12

99:7 111:10 118:8
130:17 144:8,11
148:11 154:2
156:4 158:22,24
163:17 183:10
202:7 210:5,20
242:22 244:6
**tests** 80:14,18
81:10 100:8 104:6
104:21 105:3,14
107:10 116:2
119:21 123:2
125:24 128:13,15
132:4 133:7
137:20 142:1
146:14 151:1
152:3 159:9,9
160:16 164:7,8,21
165:9,14 173:1
176:24,24 180:24
184:3,8,11,15
190:12 204:13
206:16,21 222:1
223:2,21 226:12
242:17 246:8
**textbook** 230:2,2
230:22 231:10
**textbooks** 229:16
229:18,22
**thank** 4:22 14:17
93:7 100:24
101:13 119:14
248:12 249:16
**thanks** 112:22
113:4 167:12
244:13
**theory** 201:15,18
**thereof** 253:9
**thesaurus** 198:22
**thing** 12:4 16:15
29:8 34:18 38:4

39:24 75:2 84:14
102:4 106:1,18
139:21 161:7
165:20 175:18
181:23 183:19
190:1 192:24
198:23 200:9
201:18
**things** 8:2 18:21
27:23 29:12 30:21
46:3 61:8 63:6
66:19 67:19 85:3
101:22 107:1,2
118:8 128:7 192:7
201:12 209:16
213:10
**think** 16:9 30:3
32:24 35:18,21
38:5 45:12 51:22
52:17 56:7 58:3
62:4 64:19 65:2
67:18 68:9 77:22
81:4,23 82:17
84:14 92:9 94:5
98:7 99:19 100:20
100:22,23 106:18
108:9 111:4,5,11
118:14 122:21
123:22 125:10
127:6,13 128:16
135:22 142:7
143:11 144:20
145:23 150:14
155:5,10,19 156:7
156:10 158:21
159:12,18 162:1
163:11 167:18,24
169:13 170:13
171:5,6,9,16 175:8
176:17 178:19,19
179:7,24 182:13

183:16 185:1
186:17 190:4
192:20 205:12,19
210:11 213:4,5,18
215:22 220:14,18
221:18 223:14
225:22 226:13
227:8 231:3
232:23 236:10,13
237:8 238:11
242:1
**thinking** 198:21
**third** 39:5 66:9
92:14 95:23 97:14
115:15 121:18
123:7 151:4
229:20
**thirty** 254:18
**thornburg** 2:10
7:2
**thought** 10:15
137:17 142:9
178:21
**thoughts** 210:10
**three** 8:21 9:1,19
26:3 66:2,23 83:1
85:21 92:17 95:7
95:14,21 104:17
112:5 113:10,10
113:15 130:16
131:20 132:4
148:20 150:1
151:24 152:3,6,8
152:12 157:8
170:17 221:19
223:3,23 229:4,15
245:1 246:6
**threshold** 106:8
106:10 155:16
157:2 224:14
233:14

**tick** 95:23 97:5
**ticks** 91:9,14 97:5
**tie** 20:19 190:10
**tight** 32:2,3
**time** 1:16 6:17,19
13:12 26:7,19
27:2,14 33:22
38:11,20 74:19,19
99:14 108:9
110:16,18 141:2
157:24 159:22
160:5 180:3 181:5
181:14,23 188:10
188:24 203:1,3
210:18 220:21
224:18 237:9
241:6 242:14
244:14
**times** 8:21 34:4
45:19 148:20
149:22,24 152:12
231:24
**title** 68:16 93:8
103:24 128:9,12
128:16 246:13
**titled** 33:12 86:20
**today** 4:12,23 6:9
41:12,23 45:19
53:1 112:8 133:5
139:23 159:10
229:11 241:11,20
**today's** 40:12
**todd** 130:8,13
**toes** 196:5
**told** 11:8 45:3
51:23 53:6 54:10
55:10 65:17,20
77:12 81:17
191:15 199:19
**toll** 12:4

**tone** 54:16
**tool** 218:2,21
220:3,5
**top** 19:24 45:16
130:16 141:17
147:17 150:10
162:3,12 176:18
176:18,19 222:15
249:4
**topic** 98:12 102:14
103:2,3 134:18
**topics** 66:20,23
**torpedo** 91:23
**total** 157:9,12
182:11,14 183:5
183:18 208:8
240:23 241:2,4,5
**totality** 229:7
**totally** 211:3
**totals** 206:15,20
207:15 209:6
**toto** 161:18
**touch** 202:16
**touched** 144:2
**tough** 110:16,18
**toxic** 23:12,23
24:21
**trace** 4:20 17:21
**track** 94:18
210:13
**tracking** 151:5,7
155:6
**tracks** 154:1
**tractor** 12:8
**trade** 63:14
216:11,12
**traditional** 33:12
**traditionally** 34:1
**trailer** 13:13 21:1
**training** 143:10
152:18

**transcribed** 255:7
**transcript** 252:22
254:11,12 255:5
255:12 256:5,11
256:17
**transcription**
252:21
**transition** 92:2
**transonic** 113:12
113:13,13 123:5,7
123:13 125:24
126:6 127:14
128:1,13,14
130:17,17,18
163:11
**traps** 36:14,17
**travel** 56:1 57:2
172:10
**traveled** 171:18
**treated** 107:18
154:13,17,21
**treatment** 68:14
105:22,23 106:8
107:13,21 108:1
108:12 154:5
176:23 198:4,10
198:11 202:6,11
**treble** 143:13
**trend** 189:20,23
190:18
**tried** 36:6 63:10
110:5,7 155:7
161:17 168:2
**true** 56:8 107:21
148:10 158:7
171:14 190:17
252:21
**truly** 105:5
**truth** 252:15,16,16
**truthful** 6:10

**try** 25:18 34:13
48:19 65:10 76:14
95:6 108:11
109:23 116:24
117:3 118:11
141:1 145:22
162:1 199:3 212:7
231:12
**trying** 12:3 19:3,7
37:9,19 41:5
48:20 71:17 109:7
110:17,18 117:24
151:19 169:1
239:3
**tube** 104:17
**turf** 9:16 21:24
25:8,10,14 28:21
**turn** 19:23 21:7
89:22 92:13 99:1
104:4 129:23
131:1 150:13
159:21 166:17
180:17 232:23
239:10 248:17,17
249:3
**turned** 36:20
119:9 124:3 171:7
171:10,24
**twice** 94:5
**two** 4:20 8:21,24
9:19 25:2 30:21
40:20 47:19 49:19
51:20 61:4 83:1
101:6 104:17
113:23 114:6
115:7,9,22 119:5
120:23 122:1,8
123:7 127:17
138:9 144:20
151:24 152:3,5,8
152:12 153:19

154:12 157:7
169:22 180:23
201:12 215:11
222:7 228:5
229:19 243:13
244:16 248:14
**type** 10:11 14:3
22:18 24:22 31:15
31:16 36:5 37:3
39:24 50:24 61:17
64:20 67:14 69:2
74:7 102:22
121:11 124:16
162:14 166:3
187:14 188:2
194:6 231:21
**types** 9:2 18:17
19:15 22:21 25:13
25:21 52:13
101:22
**typewriting**
252:20
**typical** 28:5
247:13
**typically** 19:6
25:19
**typographical**
128:17

**u**

**u** 58:12
**u.s.** 28:19
**uh** 25:3 46:24
49:11 60:1 90:10
97:23 104:13
109:9 156:9
211:15 217:18
222:21
**ult** 184:1
**ultimate** 33:21
**ultimately** 182:4
222:14,18

**ultrasonic** 7:16
11:12,15 13:2,8,17
13:23 14:1,4,7,10
19:19 20:21,24
21:5 39:11 40:5,7
43:13 44:1,10,17
45:4 46:2 48:1,4,4
48:8,12,13 49:13
49:23 51:8 55:5
56:1 59:18 66:6
67:15 68:19 73:21
74:8,23,24,24
75:18 76:5,15,22
78:6,15 81:11
82:3 83:7,21 84:1
85:21 90:1,22
95:16,16 99:3
112:5 115:16
116:8 117:7
123:18,18 124:2,9
131:20 132:2,3
142:21 143:21
144:2,5,8,12 146:1
146:5,10,16,23
147:10 150:7
151:10 156:4
162:13 164:8
170:23 171:4,6,17
172:10 180:23
184:2 187:9,19
191:9 195:5 214:4
219:5 220:20
221:3,15 230:15
245:18 246:6
249:18
**ultrasonics** 15:17
50:5
**ultrasound** 83:3
86:9 87:15 89:15
126:6 131:15,19
131:21 132:4

180:14 217:20
223:6 224:2
**ultrasounds** 13:5
**unaware** 45:10
90:17,19
**uncertainty**
209:23
**unclear** 5:24
**uncommon** 210:23
**underlying** 78:21
79:14 80:18 104:6
104:21 223:21
226:1,4 237:23
**underneath**
136:11
**understand** 5:23
6:1 8:1,9 24:11
48:18 49:12 61:22
72:10 76:10 80:5
80:9 88:10 94:16
102:16,18 106:3
117:15 136:6
144:24 154:15
155:18,19 157:20
161:3,5 168:10
178:14 184:1
187:22 192:5
195:4 206:11
207:18 212:19
236:4 250:18
**understanding** 8:6
51:14 54:20 72:15
102:23 103:9
107:9 136:4,14
137:3,8,12,15,19
138:3,4,10,16,23
139:12,23 141:13
141:23 146:15
152:2 154:10,11
154:18,19 157:19
172:9,12 179:5

181:4,6 186:24
187:3 191:10
203:18 214:17
223:9
**understood** 6:5
39:7 56:8 79:22
124:16 154:3
248:1
**undetermined**
252:9
**unfamiliar** 44:9
150:6
**unfavorable**
233:10,11
**unfortunately**
215:10
**unit** 115:16 120:7
120:14,17 121:17
121:17,19,20,22
121:24,24 122:2,8
122:11,11,13,14
123:18 124:1
126:6 132:2
142:17 162:2
171:6 182:2
243:19,21 244:9
**united** 1:1,11 97:9
115:1 174:19
175:12,19 176:15
179:18 252:10
**units** 13:13 123:18
124:2,2,9 132:3
142:17 204:15
221:22 243:18,22
244:8 250:1
**university** 33:2
34:21 35:8,9 39:4
99:2
**unknown** 101:6
114:7 133:14
145:13

**unobstructed**
171:17
**unreasonable**
213:4
**unspecific** 225:16
**unsure** 201:21
**untreated** 107:19
154:13,16
**urban** 18:22 21:23
22:8,12,16,19,22
22:24 24:14 25:1
28:19 78:3 175:20
230:5
**use** 13:7 40:7
44:23 64:19,20
65:3,5 66:11,16
69:1 82:21,21
92:22 95:16 118:6
126:11 150:7
157:22 163:12,18
164:10 165:3,8,13
166:1,15 168:11
172:18,19 174:12
174:24 175:15
183:22 184:17,20
184:23,24 185:2
185:11 196:21
198:20,21 199:20
200:15,23 203:1
209:18 211:14
219:14 220:8,8,9
224:13,18 227:2,4
234:13 243:15
244:1 246:10,14
246:23 247:5,8
**useful** 68:10
**user** 246:17
**users** 92:24
**usually** 12:18
24:20,24 30:2
39:21 91:22

200:12
**utilize** 188:7
**utilized** 187:14

| v |
| --- |

**v** 254:6 255:3
256:3
**valid** 124:17
**validated** 133:3
**value** 68:18
105:16 124:12,14
124:17 189:13,15
201:15
**valued** 195:16
**variability** 142:12
142:14
**variable** 142:10
145:9 148:12
200:1 201:22
**varied** 131:19
**various** 8:2 31:3
36:17 82:11
118:18 204:2,10
221:10
**varying** 150:2,9
190:11
**vela** 1:13,23 252:4
**venture** 19:11
**verbalize** 5:5
**verbiage** 182:1
**verified** 193:8,11
195:19
**veritext** 254:1,7
257:1
**veritext.com.**
254:16
**vermin** 137:3
138:9
**verminex** 90:16
**version** 230:21
**versus** 163:14

**vetting** 8:24 67:3
**victor** 86:20 186:1
189:5 190:19,19
**videotapes** 40:24
**view** 119:3 232:1
**viewpoint** 188:22
**violated** 56:17
**virtually** 202:23
**visible** 246:22
**visited** 15:19
77:20
**volition** 32:13
**voltage** 52:17 53:4
53:10,18,22,23
55:10,14 57:16
72:4,18 73:4
138:13 141:22
142:23 186:12
239:8
**volume** 56:12
**voluminous** 16:12
**vs** 1:5 235:5
239:21

| w |
| --- |

**w** 1:9 3:3 4:2
17:21 18:6,8,15,18
21:9,13 252:8
254:8 255:4,9
256:4,13 257:20
**wacker** 1:15 2:12
252:8
**waiman** 59:24
**wait** 87:12,12
189:17 238:17
**waived** 254:19
**wall** 163:6 246:20
246:24 247:14,16
247:17,21,22
**walls** 163:3
**wang** 81:5

**want** 4:23 5:22 6:1
7:18 10:5 15:15
20:18 37:15 51:22
59:8 67:21 70:6
72:10 84:12,17
87:6 92:7 98:16
106:3 116:22
120:2 149:1
157:22 164:3
170:16 173:13,20
177:13 184:9
185:19 190:3
191:4 202:8,11,16
206:11 207:11
209:6 210:3 214:8
215:2,21 216:15
217:6 218:16
219:14 224:21
241:9 243:5
248:19 249:3
**wanted** 20:15
42:13 62:2,19
63:5 68:1 78:9
88:4 157:3 171:23
195:8,10 212:23
212:24 231:12
232:12 248:4
**wants** 200:8
**warning** 69:21,23
70:20 98:1,3,10,23
**wasps** 91:18
**waste** 141:2
**water** 91:10,15
**wave** 48:4,4 51:1
54:13 56:1
**waves** 13:8,23
39:11 40:7 46:2
48:1,8,12,13 49:5
49:22,23 50:24
57:1 74:24 75:19
76:15,22 83:21

84:1 95:16 142:22
143:22 144:2,5,12
146:10,16 150:8
171:17 172:10
**way** 7:4 10:16
26:12 28:9 29:23
32:21 34:7 46:20
46:21 47:17 102:1
106:21 120:4
133:4 134:8 136:4
136:8,16 143:21
146:22 154:24
162:14 163:12,17
164:10 167:19
169:12 171:18
187:4 193:11,24
194:5,24 195:6
197:7 199:3
200:12,14 202:7
202:11 203:20
204:13 205:14
207:24 208:18
210:11 214:14
216:23 224:11
225:15,21 226:6,6
247:4 253:8,9
**ways** 50:18
**we've** 16:12 17:6
20:1 21:11 42:10
45:19 49:1 85:18
86:8 111:24 113:6
130:5 133:5 134:4
145:23 147:14,15
159:10 160:17
165:10 190:12
191:1 214:9
227:17 228:7,15
231:19 234:1
242:17
**weaker** 205:22

**website** 46:16 47:4
65:1
**websites** 15:18
47:21 49:2 191:21
**weed** 22:2 24:23
25:18 26:1
**weeds** 23:2 24:21
**wei** 164:19
**weighing** 233:4
**weight** 88:16
124:11,24 196:1
**weitech** 79:3,6
80:19 85:21 90:6
90:18 91:1,12
94:12 96:4 99:16
100:2,15 101:9
104:22 110:2
111:21 112:5
113:18 116:13
133:11,20 136:10
137:2 138:2,6
139:9 140:2,7
141:16 147:16
150:1 157:3
160:13,19 190:1,2
204:11,15,23
222:10 226:5
245:12 246:7
**weitech's** 111:9
**weitechs** 133:18
**weitzman** 130:8
130:13
**went** 8:19 34:19
34:20 46:1 66:24
74:6 77:22 78:5
83:2 117:11,13
120:5 142:9
151:18 154:24
159:18 192:11
230:13 238:19

**west** 222:6
**whatsoever** 41:4
152:18
**whereof** 253:10
**whoever's** 194:24
**wholly** 21:17
**wide** 173:4 250:1
**width** 139:20
147:4 148:24
**wife** 42:8
**wikipedia** 69:2
**wild** 86:21 135:20
135:20 136:9
138:1,14,17 139:2
139:8,10 140:1,4
140:11,13,21
141:4 153:23
157:5
**wish** 54:6
**wit** 252:6
**witness** 3:2 4:1,3
6:20,23 8:7,18
11:21 12:10 16:3
21:3 42:12 60:19
62:23 64:17,21
78:12 81:9 94:23
109:19 117:19
118:6 119:16
126:22 128:7
145:6 147:22
161:17 163:21
164:13 166:10
167:8,11 173:22
178:18 187:18
201:6 206:23
207:4,18 208:18
208:23 211:19
213:19 225:3
241:10 248:21
249:14 252:14,18
252:19,23 254:8

254:11 255:1,4,11
256:1,4,15
**witnesses** 8:8 15:1
**witness'** 254:14
**wives** 42:9
**wonder** 35:22
**wondering** 136:20
**word** 54:16 55:12
58:3 65:6 73:7
87:18 108:20
112:22 118:6,7
122:13,14 138:24
178:20,23 199:20
200:5 201:1,1
202:24 205:11,13
208:5 211:12,14
**worded** 126:10
**words** 4:20 66:17
94:1 108:19,21
124:22,24 178:13
200:20 208:4
**work** 7:1,8,15
23:24 25:9 26:12
28:14,16 37:12
44:11 48:1 49:5
61:2 70:18 84:5
146:11,13 176:5,9
177:4 178:6
183:13 190:15
194:13,16 199:20
206:10 207:12
216:24 223:23
**worked** 7:4 31:17
70:9 77:10,16
116:19 157:4
183:13 242:2
**working** 13:4 32:4
36:8 76:3 83:2
108:8 121:5
135:16 137:6,11
140:18 148:13

199:5 202:11
214:5,13 228:5
**works** 47:9,16
109:8 136:5,8
183:19
**world** 30:23 31:8
97:14
**worried** 179:23
**worth** 195:19
242:11
**write** 219:2
**writes** 123:15,16
131:14
**writing** 18:22
**written** 62:6 68:12
75:17 79:23
124:18,21 131:11
238:15 240:22
**wrong** 15:4 50:13
72:10 99:13
134:24 168:1
186:23
**wrote** 33:11 41:20
80:23 91:17
218:24
**www.hitecpet.c...**
93:6

**x**

**x** 3:1,10 137:3
138:9,14
**xerox** 177:18

**y**

**yeah** 12:2 28:8
36:1 38:16,17
39:16 45:11 47:13
57:14 59:20 62:1
62:4 63:12,12
66:2 67:22 71:15
72:11 74:15 78:12
80:24 87:19 93:10

98:6 107:5 113:2
114:23 118:23
122:15,22 134:10
153:3 166:22
167:6,8 173:17
177:18 181:21
184:14 190:6
194:15,17 197:10
202:13,13 204:17
206:13 207:10,18
210:18 211:19
215:17,20 219:2
224:11,23 230:23
231:17,23 234:12
235:12 241:10
248:8,20 249:1
250:18
**year** 99:13 159:4
160:9 212:6
**years** 26:5 28:14
28:23 32:19 38:8
77:9 78:1 108:9
177:8 230:3 231:2
243:9
**yellow** 91:9,17,19
100:11,22 114:4
159:13 174:11
184:8 185:5,5,13
185:15 228:8,17
228:19 239:12
**yep** 234:19
**york** 12:6

**z**

**zero** 121:13
**zeros** 32:1
**zionsville** 4:20
17:22

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.