IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| DEBORAH GALOSKI, individually and on behalf of all others situated, | CASE NO. 1:14-CV-00553 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | **JOINT MOTION FOR ORDER DIRECTING NOTICE TO CLASS AND APPROVAL OF PROPOSED NOTICE PLAN AND NOTICE DOCUMENTS** |
| APPLICA CONSUMER PRODUCTS | |
| Defendants. | |

GRANTED: X  DENIED: ___
IT IS SO ORDERED.
/s/ Donald E. Nugent 4/4/17
U.S. District Judge

Plaintiff, Deborah Galoski, and Defendant, Applica Consumer Products, by and through the undersigned counsel (herein "the Parties") respectfully move this Court to order that notice of this action be issued to the classes certified by this Court, and approve the plan, outlined below, for such issuance of notice to the class. Further, the Parties request that the Court approve the draft forms of publication and mail notice attached hereto as Exhibit 1 and Exhibit 2, respectively.

Both the proposed plan and the notice documents have been agreed upon by the Parties. Accordingly, it is respectfully requested that this Court order the notice be issued in the manner set forth below, and in the attached Exhibits.

### I. Factual and Procedural History

Plaintiff Deborah Galoski filed a putative class action against Defendant for its sale of "ultrasonic" pest repellers which allegedly did not perform as expected. On August 28, 2015, this Court granted Plaintiff's motion for class certification, certifying a class of purchasers in Ohio,

1